UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture<br><br>Plaintiff<br><br>v.<br><br>GILBERTO PIETRI ORENGO, BERTA PELLICIER RODRIGUEZ a/k/a BERTA PELLICIER a/k/a BERTHA PELLICIER a/k/a BERTHA P. PIETRI, and their Conjugal Partnership<br><br>Defendants | CIVIL NO.<br><br><br>Foreclosure of Mortgage |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting by the United States Department of Agriculture- through the undersigned attorney, who respectfully alleges and prays as follows:

1.    Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2.    Plaintiff, United States of America, is acting through the United States Department of Agriculture, which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of five (5) promissory notes that

affect the property described further below.

3.   The first promissory note is for the amount of **$65,000.00**, with annual interest of 5%, subscribed on June 6, 1986. *See Exhibit 1.*

4.   For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 41.   *See Exhibit 2.*

5.   On March 13, 1992, the note for $65,000.00 was modified, to the amount of $64,361.14, under the terms and conditions stipulated and agreed therein, through Deed No. 28. *See Exhibit 3.*

6.   Plaintiff is also the owner and holder of a promissory note for the amount of **$35,000.00**, with annual interest of 8 ¾%, subscribed on October 20, 1987. *See Exhibit 4.*

7.   For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 67.   *See Exhibit 5.*

8.   On March 13, 1992, the note for $35,000.00 was modified, to the amount of $21,683.60, under the terms and conditions stipulated and agreed therein, through Deed No. 28.   *See*

*Exhibit 3.*

9.  Plaintiff is also the owner and holder of a promissory note for the amount of **$17,800.00**, with annual interest of 4 ½%, subscribed on June 1, 1990. *See Exhibit 6.*

10. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 27. *See Exhibit 7.*

11. On March 13, 1992, the note for $17,800.00 was modified, to the amount of $18,754.21, under the terms and conditions stipulated and agreed therein, through Deed No. 28. *See Exhibit 3.*

12. Plaintiff is also the owner and holder of a promissory note for the amount of **$150,000.00**, with annual interest of 3.75%, subscribed on September 4, 1997. *See Exhibit 8.*

13. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 59. *See Exhibit 9.*

14. Plaintiff also owns and holds of a promissory note for the amount of **$100,000.00**, with annual interest of 5%, subscribed on July 20, 1998. *See Exhibit 10.*

15. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 65. *See Exhibit 11.*

16. According to the Property Registry, defendants GILBERTO PIETRI ORENGO and BERTA PELLICIER RODRIGUEZ are the owners of record of the real estate property subject of this case. Said property is described -as it was recorded in Spanish- as follows:

> RÚSTICA: Predio de terreno de ciento cincuenta y seis cuerdas, sita en los Barrios Naranjo y Aguas Blancas del término municipal de Yauco, colindante por el NORTE, con terrenos de Luis Natalí y otros, Antonio Castañer antes, hoy de Juan Adrover; por el ESTE, con terrenos de Luis Natalí y Juan Juliá; por el OESTE, con tierras pertenecientes a los Hermanos Giussepi, separados en parte por una quebrada; y por el SUR, con tierras de Juan Juliá y con la finca de seis y media cuerdas que es el remanente de la finca principal.
>
> Property 5,411, recorded at page 173 of volume 373 of Yauco, Property Registry of Ponce, Puerto Rico, Section II.
>
> *See Title Search attached as Exhibit 12.*

17. The title search attached to this complaint confirms the registration of the mortgage liens that secure the loan obligations between the plaintiff and the defendants. *See Exhibit 12.*

18. It was expressly stipulated in the notes evidencing the

indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

19. The defendant party herein, jointly and severally, has failed to comply with the terms of the mortgage contracts by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness due and payable, the defendant party owes to the plaintiff, according to the Certification of Indebtedness included herein as *Exhibit 13*, the following amounts, as to November 12, 2020:

   a) On the $65,000.00 Note, as modified:

      1) The sum of $45,932.14, of principal;

      2) The sum of $42,053.34, of interest accrued, and thereafter until its full and total payment, which interest amount increases at the daily rate of $5.6629;

      3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

   b) On the $35,000.00 Note, as modified:

1) The sum of $6,722.06, of principal;

2) The sum of $9,755.13, of interest accrued, and thereafter until its full and total payment, which interest amount increases at the daily rate of $1.2892;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

c) On the $17,800.00 Note, as modified:

1) The sum of $11,793.21, of principal;

2) The sum of $11,208.11, of interest accrued, and thereafter until its full and total payment, which interest amount increases at the daily rate of $1.4539;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

d) On the $150,000.00 Note:

1) The sum of $145,248.98, of principal;

2) The sum of $104,114.87, of interest accrued, and thereafter until its full and total payment, which interest amount increases at the

6

daily rate of $14.9229;

   3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

  e) On the $100,000.00 Note:

   1) The sum of $67,904.74, of principal;

   2) The sum of $60,108.19, of interest accrued, and thereafter until its full and total payment, which interest amount increases at the daily rate of $9.3021;

   3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

20. The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the properties described in this complaint.

21. Codefendants GILBERTO PIETRI ORENGO and BERTA PELLICIER RODRIGUEZ are not currently active in the military service for the United States. *See Exhibit 14.*

22. The real estate property mentioned before is subject to the following liens in the rank indicated:

(A)   Property 5,411:

   1) Recorded liens with preference or priority over mortgage herein included:

      a. MORTGAGE: Constituted by Gilberto Pietri Orengo and his wife Berta Pellicier Rodríguez, in favor of Puerto Rico Production Credit Association, in the original principal amount of $10,000.00, with 12.50% annual interests, due on presentation, constituted by deed #192, executed in San Germán, Puerto Rico, on December 10, 1983, before Notary Tomás E. Vivoni Public, recorded at page 168 of volume 167 of Yauco, property number 5,411, 5th inscription.

      b. MORTGAGE: Constituted by Gilberto Pietri Orengo and his wife Berta Pellicier Rodríguez, in favor of Puerto Rico Production Credit Association, in the original principal amount of $20,000.00, with 10.50% annual interests, due on presentation, constituted by deed #132, executed in San Germán, Puerto Rico, on September 19, 1985, before Tomás E. Vivoni Notary Public, recorded at overleaf of page 168 of volume 167 of Yauco, property number 5,411, 6th inscription. Junior Liens with inferior rank or priority over mortgage herein included:

**VERIFICATION**

I, JACQUELINE LAZU LABOY, of legal age, married, executive and resident of Humacao, Puerto Rico, in my capacity as acting LRTF Director of the Farm Service Agency, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

   1) My name and personal circumstances are stated above;

   2) I subscribed this complaint as the legal and authorized

representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage;

5) From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service Agency;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 18 of November, 2020.

JACQUELINE LAZU LABOY

PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a)  That defendant's party pays unto the plaintiff the amounts claimed on this complaint;

b)  Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c)  That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d)  That if the proceeds of such sale be insufficient to cover the amounts specified under paragraph 16 of this prayer, said defendant be adjudged to pay to the United States the total amount of money remaining unsatisfied to said paragraph (a) of this prayer, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the properties of said defendants;

e)  That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

f)  That once the property is auctioned and sold, the Clerk

of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

g) For such further relief as in accordance with law and equity may be proper.

In Guaynabo, Puerto Rico, on November 18       , 2020.


/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913

FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
GUAYNABO, PR 00970
TEL. 787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

CERTIFIED TRANSLATION

Form FmHA 1940-17 (S)

(Rev. 11-1-78)

DEPARTMENT OF AGRICULTURE OF THE UNITED STATES
FARMERS HOME ADMINISTRATION
NOTE

| LOAN CLASS |
| --- |
| Type: FM |
| Pursuant to: |
| _ Consolidated Farm & Rural Development Act |
| X Emergency Agricultural Credit Adjustment Act of 1978 |

| Name | | ACTION REQUIRED BY THE NOTE: |
| --- | --- | --- |
| Gilberto PIETRI ORENGO | | X Initial Loan  _New Payment Plan _Subsequent Loan _Reamortization |
| State | Office | _Consolidation   _Sale on Credit and subsequent loan |
| PUERTO RICO | YAUCO | _Consolidation        Differed Payments |
| Case No. | Date | |
| 63-16-081262039 | JUNE 6, 1986 | |

FOR THE VALUE RECEIVED, the undersigned Borrower(s) and any other codebtor will jointly and/or severally pay to the order of the United States of America, through the United States Farmers Home Administration (hereinafter the "Government") or its assignee in its office in YAUCO, PUERTO RICO or in another place designated by the Government in writing, the principal sum of SIXTY FIVE THOUSAND dollars ($65,000.00) plus interest over the indebted principal at FIVE percent (5%) annually. If this note is for a Limited Resources loan (indicated in the "LOAN CLASS" box above, the Government can **CHANGE the PERCENTAGE OF INTEREST**, in accordance to the regulations of the Farmers Home Administration, no more frequently than quarterly, notifying the Borrower by mail with thirty (30) days in advance to its last address. The new interest rate shall not exceed the highest interest percentage established in the regulations of the Farmers Home Administration for the kind of loan stated above.

Principal and Interest shall be paid in 31 installments, as indicated below, except if it is modified by a different interest rate, on or before the following dates:

$1,861.00 in January 1, 1987                  $_____ in January 1, 19__
$_____ in January 1, 19__                $_____ in January 1, 19__
$_____ in January 1, 19__                $_____ in January 1, 19__
$_____ in January 1, 19__                $_____ in January 1, 19__
$_____ in January 1, 19__                $_____ in January 1, 19__

and $4,229.00 subsequently on January 1, of each year until the principal and interest are completely paid except that the final installment of the debt evidenced herein, that if not paid before, shall be due and payable in 30 years from the date of this note and except that advanced payments may be made as


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

provided below. The consideration involved herein will support any agreement modifying the payment plan.

If the total amount of the loan is not advanced at the time of the closing, the loan will be advanced to the Borrower as requested by the Borrower and approved by the Government. The approval of the Government will be given as long as the advance is requested for a purpose authorized by the Government. Interest will be accrued for each advance from its current date as shown in the Advances Registries at the end of this note. The Borrower authorizes the Government to include the amount(s) and date(s) of such advance(s) in the Advances Registry.

In each reamortized or consolidated note, or with a new payment plan the interest accrued at the date of this instrument must be added to the principal and this new principal will accrue interest at the rate of the percentage evidenced by this instrument.

Every payment made in any debt represented by this note will be first applied to interest calculated at the effective date of the payment and then to the principal.

Payments advanced from the stipulated installments or any part thereof, may be made at any time at the choice of the Borrower. Reimbursements and extra payments, as defined in the regulations (7 C.F.R.1861.2) of the Farmers Home Administration according to the source of the funds involved, after paying towards the interest, shall be applied to the last installments due under this note and will not affect the obligation of the Borrower to pay the remaining installments as specified herein. If the Government at any time assigns this note and ensures payment of it, the borrower will continue making the payments to the Government as a collecting agent of the holder.

While this note is in possession of an insured lender, the advance payments made by the Borrower may, at the option of the Government, be sent by the Government shortly to the holder or, except the final payment, may be withheld by the Government and remitted to the holder based on the annual installment due. The effective date of every payment made by the Borrower, except payments withheld and remitted by the Government to the holder based on the annual installment due shall be the date of the check of the Treasury of the United State by which the Government remits the payment to the holder. The effective date of any advance payment withheld and remitted by the Government to the holder based on the annual installment due shall be the date of the advance payment by the Borrower and the Government shall pay the interest to which the holder is entitled to that accrue from the effective date of any of such advance payments and the date of the check to the Treasury remitted to the holder.

Any amount advanced or invested by the Government for the collection of this note or to preserve or protect the guarantee of this loan or otherwise invested under the terms of any guarantee agreement or other instrument executed in regards to the loan evidenced herein, at the option of the Government shall be part of the loan and will accrue interest at the same interest rate as the principal of the debt evidenced herein and will be due and payable immediately by the Borrower to the Government without need for request.

The property built, improved, purchased, or refinanced totally or in part with the loan evidenced herein may not be leased, assigned, transferred or encumbered voluntarily or otherwise, without the prior written consent of the Government. Unless the Government consents otherwise in writing, the Borrower will personally operate such property as a farm if this loan is made to a Farm Owner (FO).

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

If a "Consolidation and a Subsequent Loan". "Consolidation", "Reamortization" or a "New Payment Plan" is indicated in the upper box of the first page "Action Required by this Note", this note is granted to consolidate, reamortize, or evidence a new payment plan but not in payment of the principal and interest of the following loan(s) or agreement(s) of subrogation (new terms).

| VALUE OF THE NOTE | INTEREST | DATE | ORIGINAL BORROWER | LAST TERM DUE |
|---|---|---|---|---|
| $ | % | _____, 19_ | | _____, 19_ |
| $ | % | _____, 19 | | _____, 19_ |
| $ | % | _____, 19 | | _____, 19_ |
| $ | % | _____, 19 | | _____, 19_ |
| $ | % | _____, 19 | | _____, 19_ |
| $ | % | _____, 19 | | _____, 19_ |
| $ | % | _____, 19 | | _____, 19_ |

The guarantee documents taken regarding the loans evidenced by these notes described and other related obligations are not affected by the execution of this consolidation, reamortization or new payment plan. These guarantee instruments will continue in effect and the guarantee offered for the loans evidenced by the notes described will remain as guarantee for the loan evidenced by this note and by any other related obligation.

REFINANCING AGREEMENT: If at any time the Government determines that the Borrower can obtain an loan from a responsible credit union or other private source of credit at a reasonable interest rate and terms for loans of similar term and conditions, the Borrower, upon request of the Government will request and accept the loan in sufficient amount to pay this note completely and pay the necessary shares if the lender is a credit union.

DEFAULT: Lack of payment when due of any debt evidenced herein or breach of any condition or agreement under this document will constitute default under any other instrument evidencing a debt of the Borrower insured or guaranteed by the Government or in any other way related to such debt; the breach of any other instrument will constitute default under the terms of this document. IF THERE IS ANY DEFAULT, the Government, at its option may declare all or part of such debt due and payable immediately.

This note is given as evidence of a loan to the Borrower granted or insured by the Government pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the kind of loan as indicated in the box "LOAN CLASS" above. This Note is subject to the current regulations of the Farmers Home Administration and its future regulations not inconsistent with the stipulations herein.

We hereby expressly waive presentation, protest, and notice.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[signed]

_____

Gilberto Pietri Orengo,    Borrower

[signed]

_____

Berta Pellicier,   Borrower


LUCHETTI, STREET 1 H-24
YAUCO, PR 00768


ADVANCES REGISTRY

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $65,000.00 | 06-06-86 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |

TOTAL        $65,000.00

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Forma FmHA 1940-17 (S)
(Rev. 11-1-78).

| | CLASE DE PRESTAMO |
|---|---|
| | Tipo: __EM__ |
| | De acuerdo a: |
| | ☐ Consolidated Farm & Rural Development Act |
| | ☒ Emergency Agricultural Credit Adjustment Act of 1978 |

## DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS
## ADMINISTRACION DE HOGARES DE AGRICULTORES

## PAGARE

| Nombre | Gilberto PIETRI ORENGO | | | ACCION QUE REQUIERE PAGARE: |
|---|---|---|---|---|
| Estado | PUERTO RICO | Oficina | YAUCO | ☒ Préstamo Inicial  ☐ Nuevo Plan de Pago |
| | | | | ☐ Préstamo Subsiguiente  ☐ Reamortización |
| | | | | ☐ Consolidación y préstamo  ☐ Venta a Crédito |
| Caso Núm. 63-16-081262039 | | Fecha JUNIO 6, 1986 | | subsiguiente  ☐ Pagos Diferidos |
| | | | | ☐ Consolidación |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su cesionario en su oficina en ———————————— YAUCO, PUERTO RICO———————————— o en otro sitio designado por el Gobierno por escrito, la suma principal de ——SESENTA Y CINCO MIL———— ——————————— dólares ($ 65,000.00 ) más intereses sobre el principal adeudado al ————————CINCO—————————POR CIENTO ( ——5—%) anual. Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en ——31—plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | | | |
|---|---|---|---|---|
| $ 1,861.00 | en enero 1, 19 87 | $ | | en enero 1, 19 ; |
| $ | en enero 1, 19 ; | $ | | en enero 1, 19 ; |
| $ | en enero 1, 19 ; | $ | | en enero 1, 19 ; |
| $ | en enero 1, 19 ; | $ | | en enero 1, 19 ; |
| $ | en enero 1, 19 ; | $ | | en enero 1, 19 ; |

y $ 4,229.00 ————————subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en ——30—años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Jay-Ce Agricultura

Página 2

Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARE | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciados por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO: Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

GILBERTO PIETRI ORENGO _(Prestatario)_

BERTA PELLICIER _(Prestatario)_

URB. LUCHETTI, CALLE 1 H-24

YAUCO, PUERTO RICO   00768

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $ 65,000.00 | 06-06-86 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 65,000.00 | |

Jay-Ce Agricultura

_Posición 2_

Forma FmHA 1940-17 (si)
(Rev. 11-1-78)

Fmls Fond 427-1(1, 1-1
(Rev. 10-82)

NUMERO    CUARENTA Y UNO --------------
NUMBER    FORTY ONE ------------------

-----------HIPOTECA VOLUNTARIA----------
----------VOLUNTARY MORTGAGE------------

En  Yauco, Puerto Rico, a los Seis (6) días del mes de Junio de---
In  Yauco, Puerto Rico, at Six (6) days of the month of June of---

mil novecientos ochenta y seis.------------------------------
nineteen hundred and eighty six.----------------------------

----------------ANTE MI----------------
----------------BEFORE ME---------------

---------------IGNACIO PINTADO PINTADO----------
---------------IGNACIO PINTADO PINTADO----------

Abogado y Notario Publico de la Isla de Puerto Rico con residencia en Yauco,-----
Attorney and Notary Public for the Island of Puerto Rico, with residence in Yauco,-----

Puerto Rico ----------- y oficina en  Yauco, Puerto Rico.----------
Puerto Rico ----------- and office in  Yauco, ------------- Puerto Rico.----

----------------COMPARECEN----------------
----------------APPEAR--------------------



Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denominada---
The persons named in paragraph TWELFTH of this mortgage------------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances---------

aparecen de dicho párrafo.----------------
appear from said paragraph.---------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I the Notary attest to the personal knowledge of the appearing parties, as well as to their

de su edad, estado civil, profesion y vecindad.-------------
statements which I believe to be true of their age, civil status, profession and residence.----

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this---

miento
voluntary mortgage.

----------------EXPONEN----------------
----------------WITNESSETH:-------------

PRIMERO  El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST  That the mortgagor is the owner of the farm or farms described in

parrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage  and of all rights and interest in the same

denominada de aquí en adelante "los bienes
hereinafter referred to as "the property

SEGUNDO  Que los bienes aquí hipotecados n estan afectos a los gravamenes que
SECOND  That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.
specified in  paragraph ELEVENTH herein

TERCERO  Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD  That the mortgagor has become obligated to the United States of

America  actuando por conducto de la Administracion de Hogares de Agriculof America, acting through the Farmers Home Administration,

res, denominada de aquí en adelante el "acreedor hipotecario" en relación con
hereinafter called the "mortgagee" in connection with

un prestamo o préstamos evidenciado por uno o ...as pagares o convenio de sub
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)

rogación, denominado en adelante el "pagaré" sean uno o mas. Se requiere por
hereinafter called "the note" whether one or more. It is required by

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges

hayan estimado sobre la propiedad hipotecada.
estimated against the property

CUARTO: Se sobreentiende que
FOURTH: It is understood that

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the

suma de principal especificada en el mismo, concedido con el propósito y la inten
principal amount specified therein made with the purpose and intention

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty One

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda
the Housing Act of Nineteen Hundred and Forty Nine, as amended

das

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez sera el
it may be assigned from time to time and each holder of the insured note, in turn,

prestamista asegurado
will be the insured lender

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree
(Three) When payment of the note is insured by the mortgagee the

dor hipotecario otorgara y entregara al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.
and interest.

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay

que sera designada como "cargo anual"
ments on the note, to be designated the "annual charge"

(Cinco) Una condición del aseguramiento de pago del pagaré sera de que el tene
(Five) A condition of the insurance of payment of the note will be that the holder

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales
will forego his rights and remedies against the mortgagor and any

Form FmHA 427-1(S) PR
(Rev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will upon the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any

cualquier convenio suplementario por parte del deudor
supplementary agreement

SEIS. Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
SIX. It is the purpose and intent of this mortgage that, among other things,

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note, but when the note is held by an insured

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default

plimiento por parte del deudor hipotecario.
by the mortgagor

QUINTO. Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH. That, in consideration of said loan and (a) at all times when the note

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph (Two) of paragraph NINTH hereof

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in

3

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances there to belonging,

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
The rents, issues and profits thereof and revenues and

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest

ellas, siendo entendido que este gravamen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad
after maturity until paid have been paid in full

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el, en
thereon before and after maturity until paid, losses sustained by the

dor hipotecario como asegurador del pagaré contribuciones prima de seguro y cual
mortgagee as insurer of the note, taxes, insurance premiums and

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno
attorney's fees of the mortgagee all extensions and renewal of any of

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional

adicional especificada en el párrafo NOVENO de este documento.
amounts as specified in paragraph NINTH hereof

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:
SIXTH: That the mortgagor specifically agrees as follows:

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness



FORM FHA 427-1(P) PR
rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal—

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del CINCO
subparagraph shall bear interest at the rate of   FIVE

———————————— por ciento (————5 %)—
———————————— per cent   (————5 %)—

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the

- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance

hasta que los mismos sean satisfechos por el deudor hipotecario.
until repaid to the mortgagee.

(Único) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Last) All advances made by mortgagee as described in this mortgage,

teca, con sus intereses vencerá inmediatamente y será pagado por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee

hipotecario determinare.
determines.

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely

los propósitos autorizados por el acreedor hipotecario.
for purposes authorized by mortgagee.

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, grava-
(Seven) To pay when due all taxes, special assessments, liens

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagor

tecario bajo los términos de esta hipoteca.
under the terms of this mortgage.

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions

aprobare el acreedor hipotecario.
approved by mortgagee.

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property, he will not commit nor

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish



Forma ... dA 427 (PR)
1- 8(3)

removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
and pledges or improvement on the property, nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca
mortgagor of the covenants of this mortgage

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option



7

podrá instituir aquellos procedimientos que fueren necesarios en defensa de los
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurridos por el acreedor hipotecario en dicho
interest, and any costs or expenditures incurred by mortgagee by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree
should abandon the property or voluntarily deliver it to mortgagee,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare
in whatever order and manner mortgagee may determine

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario, puede obtener un préstamo de una asociación de crédito para produc
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

varias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciséis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluida como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree
incompetent, a bankrupt, an insolvent, or make an assignment for the benefit of



8

FmHA 427-1 (S) PR
(Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice (One) to—

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness

al acreedor hipotecario aquí garantizada, inmediatamente vencido y pagadera y
to the mortgagee secured hereby, immediately due and payable and—

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.
request the protection of the law.

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and

rarios de abogado.
attorney's fees.

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios y sin afectar la respon-
obligation herein set forth, and without affecting the liability

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)

- 9 -

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituida u otorgar diferentemente o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituido sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigida hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

expresará más adelante.
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee

10

Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier adjudicación en expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceeding for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property of any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presente tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de SESENTA Y CINCO MIL DOLARES ($65,000.00).----------------------------------
of SIXTY FIVE THOUSAND DOLLARS ($65,000.00).---------------------------------
-----------------------------------------------------------------------------

OCTAVO: El deudor hipotecario por la presente renuncia al tramite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca esta sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado. --------------------------------
insuring of the loan hereinbefore mentioned.

NOVENO. Las cantidades garantizadas por esta hipoteca son las siguientes:----------
NINTH: The amounts guaranteed by this mortgage are as follows:

Una  En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One  At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagor

hipotecario cediere esta hipoteca sin asegurar el pagare ----------------------------
should assign this mortgage without insurance of the note-------------------------

SESENTA Y CINCO MIL -----------------------------------------------------------
SIXTY FIVE THOUSAND ----------------------------------------------------------
------------------------------------------------------------ DOLARES ($65,000.00---)
------------------------------------------------------------ DOLLARS  ($65,000.00---)

el principal de dicho pagaré, con sus intereses según estipulados a razón del--------
the principal amount of said note, together with interest as stipulated therein at the rate of--------

Cinco --------------------------------------- por ciento (-----------5 %) anual;
Five ---------------------------------------- per cent  (-----------5 %) per annum;

-----------------------------------------------------------------------------------



11

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender.

(A) SESENTA Y CINCO MIL --------------------------------
(A) SIXTY FIVE THOUSAND --------------------------------

----------------------------------DOLARES ($ 65,000.00----)
----------------------------------DOLLARS  ($ 65,000.00----)

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as

se específica en el pagaré, con intereses según se específica en el párrafo SEXTO.
specified in the note, with interest as stated in paragraph SIXTH.

Tercero;
Three.

(B) ROVENTA Y SIETE MIL QUINIENTOS --------------------
(B) NINETY SEVEN THOUSAND AND FIVE HUNDRED -------------

----------------------------------DOLARES ($ 97,500.00----)
----------------------------------DOLLARS  ($ 97,500.00----)

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might

sufrir bajo su seguro de pago del pagaré.
sustain under its insurance of payment of the note.

Tres. En cualquier caso y en todo tiempo.
Three. In any event and at all times whatsoever.

(A) VEINTISEIS MIL DOLARES ----------------------------
(A) TWENTY SIX THOUSAND DOLLARS ------------------------

($ 26,000.00 ----------) para intereses después de mora.
($ 26,000.00 ----------) for default interest.

(B) TRECE MIL DOLARES ---------------------------------
(B) THIRTEEN THOUSAND DOLLARS --------------------------

($ 13,000.00 ----------) para contribuciones, seguro y otros adelantos para la con
($ 13,000.00 ----------) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph

SEXTO, Tercero;
SIXTH, Three.

(C) SEIS MIL QUINIENTOS DOLARES -----------------------
(C) SIX THOUSAND AND FIVE HUNDRED DOLLARS --------------

($ 6,500.00----------) para costas, gastos y honorarios de abogado en caso
($ 6,500.00----------) for costs, expenses and attorney's fees in case

de ejecución;
of foreclosure.

(D) SEIS MIL QUINIENTOS DOLARES -----------------------
(D) SIX THOUSAND AND FIVE HUNDRED DOLLARS --------------

($ 6,500.00 ----------) para costas y gastos que incurriere el acreedor hipoteca
($ 6,500.00 ----------) for costs and expenditures incurred by the mortgagee in

rio en procedimientos para defender sus intereses contra cualquier persona que inter
proceedings to defend its interests against any other person interfering with

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as

se consigna en el párrafo SEXTO, Trece.
provided in paragraph (SIXTH) Thirteen.

12

Forma    . 427-1(S) PR
(Rev. 10-82)



DECIMO: Que el los pagaré(s a que se hace referencia en el parrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD

de esta hipoteca es (son) descrito(s) como sigue:
of this mortgage is(are) described as follows:

"Pagaré otorgado en el caso número  Seis Tres raya Uno Seis raya Cero----
"Promissory note executed in case number  Six Three dash One Six dash Cero----

Ocho Uno Dos Seis Dos Cero Tres Nueve (63-16-081262039),-----------
Eight One Two Six Two Cero Three Nine (63-16-081262039);-----------
-----------------------------------------------fechado el día----
-------------------------------------------------------dated the ----

Seis (6) -------- de Junio -------------------- de mil novecientos------
Six (6) -------- day of June ------------- nineteen hundred and --------

ochenta y seis (1986)------ por la suma de  SESENTA Y CINCO MIL------
eighty six (1986)----------- in the amount of  SIXTY FIVE THOUSAND-----

($65,000.00) ------------------------------- dólares de principal más
DOLLARS ($65,000.00) -------------------------------- of principal plus------

intereses sobre el balance del principal adeudado a razón del  Cinco ------------
interest over the unpaid balance at the rate of   Five -------------------------

-------------------------------------------- (----------5%-) por ciento anual,
-------------------------------------------- (----------5%-) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,-----------

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed--------

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due----------------

a los  TREINTA (30) -------------------------------------------------
and payable  THIRTY (30) -----------------------------------------------

años de la fecha de este pagaré.---------------------------------------
years from the date of this promissory note.--

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the----

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United----

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act--------

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as--------

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers----

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the----

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.----------
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.------

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which--------

constituye Hipoteca Voluntaria, se describe como sigue:------------
voluntary mortgage is constituted, is described as follows------



- 13 -

RUSTICA:  Predio de terreno de CIENTO CINCUENTA Y SEIS CUER-
DAS, sita en los barrios Naranjo y Aguas Blancas del término
municipal de Yauco, colindante por el NORTE, con terrenos de
Luis Natali y otros de Antonio Castañer antes, hoy de Juan----
Adrover; por el ESTE, con terrenos de Luis Natali y Julia----
Juliá; por el OESTE, con tierras pertenecientes a los Herma-
nos Giussepi, separados en parte por una quebrada y por el---
SUR, con tierras de Juan Juliá y con la finca de Seis y Media
Cuerdas que es el remanente de la finca principal.  Inscrita
en el Registro de la Propiedad de San Germán, al folio Ciento
Sesenta y Cuatro (164) del Tomo Ciento Sesenta y Siete (167)
de Yauco, Finca Número Cinco Mil Cuatrocientos Once (5411),-
e Inscripción Primera.---------------------------------------

URBANA:  Solar Número VEINTICUATRO (24) del Bloque "H" del--
Plano de URBANIZACION LUCCHETTI, radicado en el Barrio Jácan-
nas, del término municipal de Yauco, Puerto Rico, compuesto-
de TRESCIENTOS TREINTA Y TRES METROS OCHENTICINCO CENTIMETROS
CUADRADOS (333.85 m/c), colindando por el NORTE, en Veinti----
cuatro metros dieciocho centímetros (24.18) con el Solar-----
H-Veinticinco (H-25); por el SUR, en Veinticuatro metros------
treintiocho centímetros (24.38) con el Solar N-Veintitres-----
(H-23); por el ESTE, en trece metros setenticinco centímetros
(13.75) con la Calle Número Uno (1) de la Urbanización; y por
el OESTE, en trece metros setenticinco centímetros (13.75)---
con el Río Yauco.  Enclava una casa de hormigón reforzado y--
bloques, de una sola planta, dedicada a vivienda.  Inscrita--
en el Registro de la Propiedad de San Germán, al folio Sesen-
ta y Cinco (65) del Tomo Ciento Setenta y Seis (176) de Yauco
Finca Número Cinco Mil Seiscientos Cincuenta y Seis (5656),--
Inscripción Primera.-----------------------------------------

Adquirió el prestatario la descrita finca por compra a Don----
Borrower acquired the described property by purchase to Mr.--

José Manuel Pietri Orengo y Doña Emilia Pacheco, la finca A;-
José Manuel Pietri Orengo and Mrs. Emilia Pacheco, the farm A;

y por compra a Urbanización Lucchetti, Inc. y Banco Crédito--
and by purchase to Urbanización Lucchetti, Inc. and Banco----



y Ahorro Ponceño, representados la primera por Don José A.----
Crédito y Ahorro Ponceño, represented the first by Mr. José A.

Vientos, y el segundo por Don Tomás Serrano, Jr., la finca B,
Vientos, and the second by Mr. Tomás Serrano, Jr., the farm B,

según consta de la Escritura Número Treinta y Cinco (35),----
pursuant to Deed Number Thirty Five (35),--------------------

de fecha Cinco (5) de Septiembre de mil novecientos setenta--
dated September Five (5), nineteen hundred and seventy-------

y tres (1973), otorgada en la ciudad de Yauco, Puerto Rico,--
three (1973), executed in the city of Yauco, Puerto Rico,----

ante el Notario Luis Negrón López, la finca A; y según consta
before Notary Luis Negrón López, the farm A; and pursuant to-

de la Escritura Número Setenta y Tres (73), de fecha Seis (6)
Deed Number Seventy Three (73), dated April Six (6),---------

de Abril de mil novecientos sesenta y ocho (1968), otorgada--
nineteen hundred and sixty eight (1968), executed-----------

--------------------------------------------------------------

en la ciudad de Ponce, Puerto Rico, ante el Notario Ariel---
in the city of Ponce, Puerto Rico, before Notary Ariel------

Colón Clavell.----------------------------------------------
Colón Clavell.----------------------------------------------

DUODECIMO:  Que comparecen en la presente escritura como----
TWELFTH:  The parties appearing in the present deed as------

Deudores Hipotecarios DON GILBERTO PIETRI ORENGO Y DOÑA BER-
Mortgagors MR. GILBERTO PIETRI ORENGO AND MRS. BERTA--------

TA PELLICIER, mayores de edad, casados entre sí, propietarios
PELLICIER, of legal age, married, proprietors,--------------

y vecinos de Yauco, Puerto Rico, cuya dirección postal es:--
and neighbors of Yauco, Puerto Rico, whose postal address is:

Urbanización Lucchetti, Calle Uno (1), H-Veinticuatro (H-24),
H-Twenty Four (H-24), One (1) Street, Urbanización Lucchetti,

Yauco, Puerto Rico.-----------------------------------------
Yauco, Puerto Rico.-----------------------------------------

DECIMO TERCERO:  El importe del préstamo aquí consignado----
THIRTEENTH:  The proceeds of the loan herein guaranteed-----

se usó o será usado-----------------------------------------
was used or will be used------------------------------------



------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

Form FHA 427-1(S) PR
Rev. 1963

fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DÉCIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta cláusula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el termino hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DÉCIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante la vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present



dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DÉCIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el presente o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(#13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(#13) of the twenty eighth of May, nineteen hundred sixtynine (1969) (31

L.P.R.A. 1851
L.P.R.A. 1851

DÉCIMO SÉPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with

fondos del préstamo aquí garantizado se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

DECIMO NOVENO. Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construida previa
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

VIGESIMO: Este instrumento garantiza asimismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidós del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa    a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety a (42 U.S.C. 1490a)

-----En el párrafo DECIMO TERCERO se indica que el préstamo aquí-
-----In paragraph THIRTEENTH is said the loan herein-----------

consignado se uso ó será usado para fines agrícolas, pero especi-
guaranteed was used or will be used for agricultural purposes,---

ficamente será usado para mejoras permanentes en la finca y para--
but specifically will be used for improvement permanents on the---

pagar deudas.----------------------------------------------------
farm and for paid debts.----------------------------------------

--------------------------------------------------------------

--------------------------------------------------------------

--------------------------------------------------------------

--------------------------------------------------------------

--------------------------------------------------------------



orma Fm... 427-1(S) PR
Rev. 10-82)

—ACEPTACION—
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.
I, the authorizing Notary, have made to him (them) the pertinent legal warnings

Así lo dicen y otorgan ante mí, el Notario autorizante el los comparecientes(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s) advertí.
I advised him (them).

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its

en su contenido, pone(n) sus iniciales en cada uno de los folios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES

FE de todo el contenido de esta escritura.
FAITH to everything contained in this deed.

FIRMADO: GILBERTO PIETRI ORENGO Y BERTA PELLICIER.

Firmado, signado, sellado y rubricado: Ignacio Pintado
Pintado.
Hay cancelado en su original los correspondientes sellos
de Rentas Internas y el Impuesto Notarial.

CERTIFICO que es copia fiel y exacta
de su original obrante en mi Proto-
colo de Instrumentos Públicos del
corriente año al que se remite.
Y a petición de Don Gilberto Pietri
Orengo y Doña Berta Pellicier,

expido una copia de la presente escritura,
en esta acostumbrada expedición.





17

DEED NUMBER TWENTY-EIGHT

REAMORTIZATION OF MORTGAGE LOAN
AND MORTGAGE MODIFICATION

In Yauco, Puerto Rico, on the day March thirteen, nineteen ninety-two (1992).

BEFORE ME

OSCAR CASTELLON PEREZ, Attorney and Notary Public of this Island, with residence and offices in Yauco, Puerto Rico.

APPEAR

[Seals]

THE FIRST PARTY: AS MORTGAGORS: MR. GILBERTO PIETRI ORENGO AND MRS. BERTA PELLICIER RORIGUEZ, both of legal age, married to each other, he is a farmer by trade, she is a homemaker, and residents of Yauco, Puerto Rico, and they report that they have the following Social Security number: XXX-XX-XXXX and XXX-XX-XXXX, respectively.

THE SECOND PARTY: AS MORTGAGEE: UNITED STATES OF AMERICA, acting through the Administrator of the Farmers Home Administration, in accordance with the provisions of the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961," with headquarters in Washington, District of Columbia, United States of America. The party is represented in this action by MR. CARLOS B. VEGA, of legal age, married, employee and resident of Sabana Grande, Puerto Rico, Social Security Number: XXX-XX-XXXX, in his capacity as Director of the Farmers Home Administration Yauco Office; said agency has employer account number ████████ F. His credentials are duly recorded at the Property Registry.

I DO ATTEST

To my personal acquaintance with the parties and, through their statements, to their personal circumstances. They assure me they have, and, in my judgment, they do have the necessary legal capacity for this type of granting and, consequently, freely and voluntarily:

THEY STATE

FIRST:  That the Mortgagors are currently the owners of the following property:

*Bk - 353 Yauco*
*Pg - 71*
*Frm - 5,411*
*11ᵗʰ Rec.*

RURAL PROPERTY: Plot of land of ONE HUNDRED FIFTY-SIX CUERDAS (156), located in the Neighborhoods of Naranjo and Aguas Blancas of the Municipality of Yauco. Bordered to the NORTH by plots of land belonging to Luis Natali and others previously belonging to Antonio Castañer, presently belonging to Juan Androver; to the EAST by plots of land belonging to Luis Natali and Juan Julia; to the WEST by lands belonging to the Giuseepi Brothers, separated in part by a ravine; and to the SOUTH by plots of land belonging to Juan Julia and the remnants of the main farm. Recorded at the Property Registry of San Germán on page one hundred sixty-four (164) of Book One Hundred Sixty-Seven (167) of Yauco, farm number five thousand four hundred eleven (5411), first recording.

[Seals]

*Bk - 176 Yauco*
*Pg - 70*
*Frm - 5656*
*7ᵗʰ Rec.*

URBAN PROPERTY: Plot number twenty-four (24) of Block "H" of the Luchetti Urban Development Plan, located in the Neighborhood of Jácanas of the Municipality of Yauco, Puerto Rico. Composed of THREE HUNDRED THIRTY-THREE SQUARE METERS AND EIGHTY-FIVE SQUARE CENTIMETERS (333.85 m²). Bordered to the NORTH by Plot number H twenty-five (H-25) along twenty-four meters and eighteen centimeters; to the SOUTH by Plot number H twenty-three (H-23) along twenty-four meters and  thirty-eight centimeters; to the EAST by Development Street Number One (1) along thirteen meters and seventy-five centimeters (13.75); and to the WEST by the Yauco River along thirteen meters and seventy-five centimeters (13.75).
Includes a one-story house made of reinforced concrete and cinderblock to be used as housing. Recorded at the Property Registry of San Germán on page sixty-five (65) of Book one hundred seventy-six (176) of Yauco, farm number five thousand five hundred fifty-six (5656) and first recording.

TITLE AND CHARGES

Said property is subject to Mortgage in favor of the United States of America, acting through Farmers Home Administration, in the following amounts, to wit:

A. MORTGAGE in guaranty of one promissory note in favor of The Federal Land Bank of Baltimore in the amount of SEVENTEEN THOUSAND DOLLARS ($17,000.00) with interest at a rate of twelve point fifty percent (12.50%) per annum and with maturity on February 1, 2013. It was established through Deed Number One Hundred Twelve (112), granted in San Germán on September sixteen (16), nineteen eighty-two (1982), before the notary Tomás E. Vivoni. Recorded on the back of page 167 of book 167 of Yauco, farm number 5411 and fourth recording. A condition of this mortgage is that no easement may be established without the written consent of the mortgagee.

[Seals]

B. MORTGAGE in guaranty of one promissory note in favor of Puerto Rico Production Credit Association or to its order in the amount of TEN THOUSAND DOLLARS ($10,000.00), with interest at twelve point fifty percent (12.50%) per annum and with maturity upon presentation. It was established through Deed Number One Hundred Ninety-Two (192), granted in San Germán, Puerto Rico, on December ten (10), nineteen eighty-three (1983), before the notary Tomás E. Vivoni. Recorded on page 168 of book 167 of Yauco, farm number 5411 and fifth recording.

C. MORTGAGE in guaranty of one promissory note in favor of Puerto Rico Production Credit Association or to its order in the amount of TWENTY THOUSAND DOLLARS ($20,000.00) ,with interest at ten point fifty

percent (10.50%) per annum and with maturity upon presentation. It was established through Deed Number One Hundred Thirty-Two (132), granted in San Germán, Puerto Rico, on September nineteen (19), nineteen eighty-five (1985), before the notary Tomás E. Vivoni. Recorded on the back of page 168 of book 167 of Yauco, farm number 5411 and sixth recording.

D. MORTGAGE in guaranty of one promissory note in favor of the United States of America, acting through the Farmers Home Administration, in the amount of SIXTY-FIVE THOUSAND DOLLARS ($65,000.00), with interest at 5% per annum and with maturity at 30 years from the date of the promissory note. It was established through Deed Number Forty-One, granted in Yauco, on June six (6), nineteen eighty-six (1986), before the notary Ignacio Pintado Pintado, recorded on page 169 of the book 167 of Yauco, farm number 5411 and seventh recording. A condition of this mortgage is that it may not be sold, leased or mortgaged without the consent of the mortgagee

[Seals]

E. MORTGAGE in guaranty of one promissory note, over this and another farm, in favor of United States of America, acting through the Farmers Home Administration, in the amount of THIRTY-FIVE THOUSAND ($35,000.00) DOLLARS, with interest at a rate of 3 3/4% percent per annum and with maturity at seven years from the date of the promissory note. It was established through Deed Number Sixty-Seven (67), granted in Yauco on October twenty (20), nineteen eighty-seven (1987), before the notary Ignacio Pintado Pintado, recorded on the back of page 170 of

book 167 of Yauco, Puerto Rico, farm number 5411 and eight and final recording.

A condition of this mortgage is that it may not be sold, leased or mortgaged without the consent of the mortgagee.

Refer this title and charge to the real estate property recorded on page 164 of book 167 of Yauco, farm number 5411 and first recording.

<div align="center">TITLE AND CHARGES</div>

[Seals]

A. MORTGAGE in guaranty of one promissory note in favor of *La Corporación de Crédito Agrícola* [Farm Credit Corporation] in the amount of SIX THOUSAND DOLLARS ($6,000.00), with interest at nine point eight quarters percent (9 8/4 %) per annum and with maturity upon presentation. It was established through Deed Number Sixty (60), granted in San Juan on May ten (10), nineteen eighty-four (1984), before the notary Carmen Dolores Ruiz López, recorded on the back of page 66 of book 176 of Yauco, farm number 5656 and second recording.

B. MORTGAGE in guaranty of one promissory note, over this and another farm, in favor of the United States of America, acting through the Farmers Home Administration, in the amount of SIXTY-FIVE THOUSAND DOLLARS ($65,000.00) with interest at five percent (5%) per annum and with maturity at thirty (30) years from the date of the promissory note. It was established through Deed Number Forty-One (41), granted in Yauco, Puerto Rico, on June six (6), nineteen eighty-six (1986), before the notary Ignacio Pintado Pintado. Recorded on page 67 of book 176 of Yauco, farm number 5656 and third recording.

A condition of this mortgage is that it may not be sold, leased or mortgaged without the consent of the creditor.

MORTGAGE in guaranty of one promissory note, over this and another farm, in favor of United States of America, acting through the Farmers Home Administration, in the amount of THIRTY-FIVE THOUSAND DOLLARS ($35,000.00) with interest at eight and three quarters percent (8 ¾%) per annum, and with maturity upon presentation at seven (7) years from the date of the promissory note. It was established through Deed Number 67, granted in Yauco, Puerto Rico, on October twenty (20), of nineteen eighty-seven (1987), before the notary Ignacio Pintado Pintado. Recorded on page 68 of book 176 of Yauco, Puerto Rico, farm number 5656 and fourth and final recording. A condition of this mortgage is that it may not be sold, leased or mortgaged without the consent of the creditor.

[Seals]

Refer this title and charge to the real estate property recorded at the Property Registry of San Germán on page 65 of book 176 of Yauco, farm number 5656 and first recording.

SECOND: The mortgagors continue to state that, in order to re-amortize the mortgage debts, they did request and obtain the consent of the mortgagee, United States of America, acting through the Administrator of the Farmers Home Administration, in accordance with the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961," and the approved regulation to the effect, to re-amortize of the mortgage debt.

THIRD: The mortgagors state that they have personal knowledge of each and every one of the obligations, clauses and stipulations contained or mentioned in the mortgage deeds, and through this act do clearly, solemnly, and fully agree to comply with each and every obligation, clause and stipulation required by the Farmers Home Administration.

[Seals]

RE-AMORTIZATION AND MODIFICATION

OF PROMISSORY NOTE AND MORTGAGE PAYMENT

FOURTH: The appearing party, MR. CARLOS B. VEGA, in his capacity, states that as the Mortgagors have been accepted to receive the benefits of the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961," as amended, he has agreed to re-amortize and modify the payment structure of the installments recorded on the Promissory Notes and mortgages as follows:

MORTGAGE in amount of SIXTY-FIVE THOUSAND DOLLARS ($65,000.00): The total amount owed, as of March thirteen (13), nineteen ninety-two (1992), on the promissory note in the amount of SIXTY-FIVE THOUSAND DOLLARS ($65,000.00) is SIXTY-FOUR THOUSAND THREE HUNDRED SIXTY-ONE DOLLARS AND FOURTEEN CENTS ($64,361.14), with interest at a rate of (4.5%) percent, which interests shall not include the amount of THREE THOUSAND SEVEN HUNDRED SIXTY-EIGHT DOLLARS AND THIRTY-EIGHT CENTS ($3,768.38) as interest that may not be capitalized, and which shall be paid as follows:

FOUR THOUSAND THREE HUNDRED THIRTY-NINE DOLLARS ($4,339.00) on or before January first, nineteen ninety-three (1993), and an equal amount on January first until the year of two thousand seventeen (2017).

[Seals]    MORTGAGE in amount of THIRTY-FIVE THOUSAND DOLLARS ($35,000.00): The total amount owed, as of March thirteen (13), nineteen ninety-two (1992), on the promissory note in the amount of THIRTY-FIVE THOUSAND DOLLARS ($35,000.00) is TWENTY-ONE THOUSAND SIX HUNDRED EIGHTY-THREE DOLLARS AND SIXTY CENTS ($21,683.60), with interest at a rate of seven percent per annum, which interest shall not include the amount of TWO THOUSAND ONE HUNDRED TWENTY-EIGHT DOLLARS AND THIRTY-ONE CENTS as interest that may not be capitalized and which shall be paid as follows:

TWO THOUSAND TWO HUNDRED NINETY DOLLARS ($2,290.00) on or before January first, nineteen ninety-three (1993), and an equal amount each January first until the year of two thousand eight (2008).

MORTGAGE in amount of SEVENTEEN THOUSAND EIGHT HUNDRED DOLLARS ($17,800.00): The total amount owed, as of March thirteen (13), nineteen ninety-two (1992), on the promissory note in the amount of SEVENTEEN THOUSAND EIGHT HUNDRED DOLLARS ($17,800.00) is EIGHTEEN THOUSAND SEVEN HUNDRED FIFTY-FOUR DOLLARS AND TWENTY-ONE CENTS ($18,754.21), with interest at a rate of four point five percent (4.5%) per annum, which interest shall not include the amount of NINE HUNDRED NINETY-FOUR DOLLARS AND EIGHT CENTS ($994.08) as interest that may not be capitalized and which shall be paid as follows:

ONE THOUSAND FIVE HUNDRED SEVENTEEN DOLLARS ($1,517.00) on or before January first, nineteen ninety-three (1993), and an equal amount each January first  until the year of two thousand eleven (2111).

[Seals]

MORTGAGE in amount of TWELVE THOUSAND TWO HUNDRED DOLLARS ($12,200.00): The total amount owed, as of March thirteen (13), nineteen ninety-two (1992), on the promissory note in the amount of TWELVE THOUSAND TWO HUNDRED DOLLARS ($12,200.00) is TWELVE THOUSAND EIGHT HUNDRED FIFTY-FOUR DOLLARS AND FIFTEEN CENTS ($12,854.15) with interest at a rate of four point five percent (4.5%) per annum, which interest shall not include the amount of SIX HUNDRED EIGHTY-ONE DOLLARS AND THIRTY-FOUR CENTS ($681.34), as interest that may not be capitalized and which shall be paid as follows:

ONE THOUSAND NINE HUNDRED THIRTY-TWO DOLLARS ($1,932.00) on or before January first until the year of two thousand one (2001).

FIFTH: The appearing party MR. CARLOS B. VEGA, acting in his capacity, delivers to me, the Notary, the promissory notes that secure, respectively, the mortgages. He assures me that they have not been negotiated or encumbered in any way by their current holder and owner, the United States of America, and once identified by myself, the Notary, confirming that are the same promissory note, I do proceed to affix the following note to the backs of each:

PROMISSORY NOTE in the amount of SIXTY-FIVE THOUSAND DOLLARS ($65,000.00): "The amount of this promissory note and the mortgage that guarantees it, re-amortized on March thirteen (13), nineteen ninety-two (1992), gave a total amount owed of SIXTY-FOUR THOUSAND THREE HUNDRED SIXTY-ONE DOLLARS AND FOURTEEN CENTS, that is, <u>SIXTY THOUSAND FIVE HUNDRED NINETY-TWO DOLLARS AND EIGHT CENTS of interest, accruing interest itself at a rate of four point five percent (4.5%) per annum, and THREE THOUSAND SEVEN HUNDRED SIXTY-EIGHT DOLLARS AND THIRTY-EIGHT CENTS of interest that may not be capitalized,</u> which shall be paid as follows:

*Correction at end*
*$60,592.76*
[Illegible]
*3,76*[Illegible]
*4.5% int.*
*3,7*[Illegible]

FOUR THOUSAND THREE HUNDRED THIRTY-NINE DOLLARS ($4,339.00) on or before January first, nineteen ninety-three, and an equal amount each January first until the year of two thousand seventeen (2017), pursuant to Deed Number Twenty-Eight (28), dated March thirteen (13), nineteen ninety-two (1992), before the notary Oscar Castellón Pérez. I Do Attest. In Yauco, Puerto Rico, March thirteen (13), nineteen ninety-two (1992. (Signed, stamped and initialed) OSCAR CASTELLON PEREZ , NOTARY PUBLIC.

[Seals]

(Signed, stamped and initialed) OSCAR CASTELLON PEREZ, NOTARY PUBLIC.

PROMISSORY NOTE in the amount of THIRTY-FIVE THOUSAND DOLLARS ($35,000.00): The amount of this promissory note and the mortgage that guarantees it, re-amortized on March thirteen (13), nineteen ninety-two (1992), gave a total amount owed of TWENTY-ONE THOUSAND SIX HUNDRED EIGHTY-THREE DOLLARS ($21,683.00), that is NINETEEN THOUSAND FIVE HUNDRED FIFTY-FIVE DOLLARS AND TWENTY-NINE CENTS ($19,555.29) of interest, accruing interest itself at a rate of seven (7%) percent per annum, and TWO THOUSAND ONE HUNDRED TWENTY-EIGHT DOLLARS AND THIRTY-ONE CENTS ($2,128.31) of interest that may not be capitalized, which shall be paid as follows:

TWO THOUSAND TWO HUNDRED NINETY DOLLARS ($2,290.00) on or before January first, nineteen ninety-three (1993), and an equal amount each January first until the year of two thousand eight (2008), pursuant to Deed Number Twenty-Eight (28), dated March thirteen (13), nineteen ninety-two (1992), before the notary Oscar Castellón Pérez, I Do Attest. In Yauco, Puerto Rico, March thirteen (13), nineteen ninety-two (1992). (Signed, stamped and initialed) OSCAR CASTELLON PEREZ, NOTARY PUBLIC.

[Seals]

PROMISSORY NOTE in amount of SEVENTEEN THOUSAND EIGHT HUNDRED DOLLARS ($17,800.00): The amount of this promissory note and the mortgage that guarantees it, re-amortized on March thirteen (13), nineteen ninety-two (1992), gave a total amount owed of EIGHTEEN THOUSAND SEVEN HUNDRED FIFTY-FOUR DOLLARS AND TWENTY-ONE CENTS ($18,754.21), that is SEVENTEEN THOUSAND SEVEN

HUNDRED SIXTY DOLLARS AND THIRTEEN CENTS ($17,760.13) of principal, NINE HUNDRED NINETY-FOUR DOLLARS ($994.00) of interest, accruing interest itself at a rate of four point five percent (4.5%) per annum, and NINE HUNDRED NINETY-FOUR DOLLARS AND EIGHT CENTS ($994.08) of interest that may not be capitalized, which shall be paid as follows:

ONE THOUSAND FIVE HUNDRED SEVENTEEN DOLLARS ($1,517.00) on or before January first, nineteen ninety-three (1993), and an equal amount each January first until the year of two thousand eleven (2011), pursuant to Deed Number Twenty-Eight (28), dated March thirteen (13), nineteen ninety-two (1992),

[Seals]     before the notary Oscar Castellón Pérez, I Do Attest. In Yauco, Puerto Rico, March thirteen (13), nineteen ninety-two (1992). (Signed, stamped and initialed) OSCAR CASTELLON PEREZ, NOTARY PUBLIC.

PROMISSORY NOTE in amount of TWELVE THOUSAND TWO HUNDRED DOLLARS ($12,200.00): The amount of this promissory note and the mortgage that guarantees it, re-amortized on March thirteen (13), nineteen ninety-two (1992), gave a total amount owed of TWELVE THOUSAND EIGHT HUNDRED FIFTY-FOUR DOLLARS AND FIFTEEN CENTS ($12,854.15), that is TWELVE THOUSAND ONE HUNDRED SEVENTY-TWO DOLLARS AND EIGHTY-ONE CENTS of principal, SIX HUNDRED EIGHTY-ONE DOLLARS AND THIRTY-FOUR CENTS of interest, accruing interest itself at a rate of four point five percent (4.5%) per annum, and SIX HUNDRED EIGHTY-ONE DOLLARS AND THIRTY-FOUR CENTS of interest that may not be capitalized, which shall be paid

as follows:

ONE THOUSAND NINE HUNDRED THIRTY DOLLARS ($1,932.00) on or before January first, nineteen ninety-three, and an equal amount each January first until the year of two thousand one (2001), pursuant to Deed Number Twenty-Eight (28), dated March thirteen (13), nineteen ninety-two (1992), before the notary Oscar Castellón Pérez, I Do Attest. In Yauco, Puerto Rico, March thirteen (13), nineteen ninety-two (1992). (Signed, stamped and initialed) OSCAR CASTELLON PEREZ, NOTARY PUBLIC.

CLARIFICATION AND CORRECTION:

In the above paragraph five, where the promissory notes to be re-amortized are identified and described, it is hereby clarified and corrected that in relation to to the underlined content of promissory note for SIXTY-FIVE THOUSAND DOLLARS ($65,000.00), it should read as follows:

[Seals]

"...SIXTY THOUSAND FIVE HUNDRED NINETY-TWO DOLLARS AND SEVENTY-SIX CENTS ($60,592.76) of principal and THREE THOUSAND SEVEN HUNDRED SIXTY-EIGHT DOLLARS AND THIRTY-EIGHT CENTS ($3,768.38) of interest, accruing interest itself at a rate of four point five percent (4.5%) per annum, and THREE THOUSAND SEVEN HUNDRED SIXTY-EIGHT DOLLARS AND THIRTY-EIGHT CENTS ($3,768.38) of interest that may not be capitalized..."

Thus corrected this insertion, I Do Attest to same.

Once the respective notes are placed and signed, I return them to the appearing party, Mr. Carlos B. Vega, in his capacity.

SIXTH: The appearing parties entering into contract by way of this instrument agree that this re-amortization does not constitute an extinctive novation of the aforementioned existent obligation (debt), as there does not exist nor is there any incompatibility between said obligation (debt) and the modification of same under the terms and conditions herein recorded. Therefore, it is requested that the Honorable Property Registrar note the foregoing upon the recording of this document.

[Seals]

ACCEPTANCE AND WARNINGS

The MORTGAGORS and THE MORTGAGEE accept this deed as it has been drafted according to their instructions, and after I have made all the legal warnings pertinent to this type of granting.

READING AND GRANTING

The notary did read this deed to the appearing parties out loud and in one act, after advising them of their right to personally read same and to request the presence of instrumental witnesses, which rights they did waive, the appearing parties proceed to ratify the deed in its entirety and affix their initials in the left margin to each and every page of this deed and sign their full names at the end of it. TO ALL THAT HAS BEEN STATED HEREIN, I, THE AUHTORIZING NOTARY, DO ATTEST AND CERTIFY.

[Seals]

*Signed: Gilberto Pietri Orengo*
*Berta Pellicier Roriguez*
*Carlos B. Vega*

Signed, stamped, and initialed and sealed: OSCAR CASTELLON PEREZ
The corresponding [Illegible] seals are attached and cancelled.
Signed [Illegible] on each and every [Illegible] original, as well as [Illegible] Authorizing Notary
Corresponds [Illegible] of its contents [Illegible] in my protocol of public instruments.
IN WITNESS WHEREOF, and for the interested party, today, *Mar. 13*, 19*92*, I do issue this *1ˢᵗ Certified* copy, which I sign, stamp, initial and seal.
I DO SO ATTEST AND CERTIFY.

[Signature]

[Stamp]

```
┌──────────────────────────────────────────────────────────┐
│                    Property Registry                       │
│                        Section                             │
│                                                            │
│  Submitted at [Illegible]                                  │
│  Entry [Illegible]                                         │
│  [Illegible]                                               │
│  [Illegible]                                               │
│  [Illegible]                                               │
│  [Illegible]                                               │
│  In PR [Illegible] of 19                                   │
│                                               Registrar    │
└──────────────────────────────────────────────────────────┘
```

[Handwritten]
This document is recorded where indicated in the margin next to the farms described in Same. [Illegible] and encumbered both farms by mortgages in favor of United States of America, acting through Farmers Home Administration, in the amounts of $65,000.00, $35,000.00, $12,200.00 and $17,800.00, farm 5411 is also encumbered by a mortgage in favor of Federal Land Bank of Baltimore in the amount of $17,000.00 and by two mortgages in favor of Puerto Rico Production Credit Association in the amounts of $10,000.00, $20,000.00. Farm 5656 is also encumbered by another mortgage in favor of la *Corporación de Crédito Agrícola* [Farm Credit Corporation] in the amount of $6,000.00 and further subject to an easement in favor of AFF and A.A.A. and restrictive conditions.

San Germán on March 1, 1994.
No fees.

[Signature]
Registrar

OK
[Illegible handwriting]
[Illegible]-23-95

1927-1 (S) PR                                    ACCEPTANCE

The appearing party (parties) ACCEPT(S) this deed in the manner it has been drafted, after I, the authorizing Notary, have made to him (them) the pertinent legal warnings.

So, the appearing party (parties) state and execute before me, the authorizing Notary, without requesting the presence of witnesses, having waived his (their) right to do so, of which I advised him (them).

After this deed was read by the appearing party (parties), he (they) ratify its contents, place(s) his (their) initials on each page of this deed, including the last one, and all sign before me, the authorizing Notary, who DOES ATTEST to everything contained in this deed.

SIGNED: GILBERTO PIETRI ORENCO AND BERTA PELLICER RODRIGUEZ

[Seals]          Signed, Stamped, Sealed and Initialed: IGNACIO PINTADO PINTADO

Exempt from payment of Internal Revenue fees
The corresponding and Puerto Rican Bar Association Notary Tax
Seal is attached and cancelled.

        I CERTIFY: That this is a true and exact copy of the
        original which is filed in my Protocol of Public
        Instruments for the current year, to which I refer.
        And at the request Mr. Gilberto Pietri Orengo and
        Mrs. Berta Pellicier Rodrigurez, I do issue a copy of
        this deed, which consists of Seventeen (17) pages,
        leaving a notation of said issuance today, July
        Twenty (20), nineteen ninety-eight.


                        [Signature]

[Handwritten]
Recorded
[Illegible] Folio System
Farm 5,411
[Illegible] 14
Charges [Illegible]
Mortgage in favor of Production Credit Assoc. for $10,000.00
Mortgage in favor of Production Credit Assoc. for $20,000.00
Mortgage in favor of U.S.A. for $65,000.00
Mortgage in favor of U.S.A. for $35,000.00
Mortgage in favor of U.S.A. for $12,500.00
Mortgage in favor of U.S.A. for $17,800.00
Mortgage in favor of U.S.A. for $150,000.00
and this mortgage
Fees N/A
Ponce, August 20, 1998

[Seal]
[Signatures]

FmHA 427-1 (S) PR
10-82)

ACCEPTANCE

The appearing party (parties) ACCEPT(S) this deed in the manner it has been drafted, after I, the authorizing Notary, have made to him (them) the pertinent legal warnings.

So, the appearing party (parties) state and execute before me, the authorizing Notary, without requesting the presence of witnesses, having waived his (their) right to do so, of which I did advise him (them).

After this deed was read by the appearing party (parties), he (they) ratify its contents, place(s) his (their) initials on every page of this deed, including the last one, and all sign before me, the authorizing Notary, who DOES ATTEST to everything stated in this deed.

[Seals]

Before proceeding to sign, the authorizing notary states that he has identified the appearing parties through the following documents: Mr. Gilberto Pietri Orengo pursuant to his Puerto Rico Driver License number 676529; and Mrs. Berta Pellicier Rodriguez pursuant to her Electoral Identification Card 0887878.
That this deed consists of seventeen (17) pages.

I DO ATTEST AGAIN.

[Signature]

SIGNED: GILBERTO PIETRI ORENGO AND BERTA PELLICER RODRIGUEZ

SIGNED, STAMPED, SEALED AND INITIALLED: CARMEN T. SALICETI MALDONADO.

The corresponding Internal Revenue and Puerto Rican Bar Association Notary Tax seals are attached and cancelled on the original.

I CERTIFY: That this is a true and exact copy of the original which is filed in my Protocol of Public Instruments for the current year, to which I do refer. At the request of *Farmers Home Administration*, I issue the the first copy on the same date as its granting, leaving an annotation of said issuance.

[Stamp]

[Illegible box stamped]
[Handwritten]
[Illegible] PM
537.   436
[Illegible]
June 12, 90

This document recorded where indicated at the margin of the farms described on same. Control and farm (5,411) is encumbered by mortgages in favor of the Federal Land Bank of Baltimore in the amount of $17,000.00 and two mortgages in favor of Puerto Rico Production Credit Association in the amounts of $10,000.00 and $20,000.00. Farm (*5656*) is encumbered by a mortgage in favor of la *Corporación de Crédito Agrícola* [Farm Credit Corporation] in the amount of $6,000.00 and subject to an easement in favor of A.F.F. and A.A.A. and restrictive conditions. Both farms are encumbered by mortgages in favor of United States of America ([Illegible]), that is, acting through the Farmers Home Administration, in the amounts of $65,000.00, $35,000.00, and both are encumbered by the mortgage established herein.
San Germán, February seventeen, 1994.
No fees.

[Signature]
Registrar

[Seal]

[Handwritten]
Recorded under farm # 5411 of Yauco on
page [Illegible]
12th rec.
Subject to 3 mortgages in the amounts of $17,000.00, $10,000.00 and $20,000.00, in
favor of the Federal Land Bank and in favor of Puerto Rico Production Credit
Association [Illegible] and subject to 4 mortgages in the amounts of: $65,000.00,
$35,000.00, $12,200.00 and $17,800.00, respectively, in favor of the United States of
America, which were modified and subject to the mortgage established by this document.
Ponce, November 21, 1997.
No fees.

[Signature]
Registrar

[Seals]

------------ESCRITURA NUMERO VEINTIOCHO ------------

-------REAMORTIZACION DE PRESTAMO HIPOTECARIO---------

----------Y MODIFICACION DE HIPOTECA----------------

---En Yauco, Puerto Rico, a los trece días del

mes de marzo de mil novecientos noventa y dos (1992).

-------------------------------------------------------

-----------------------ANTE MI -----------------------

---OSCAR CASTELLON PEREZ, Abogado y Notario Público

de esta Isla, con vecindad, residencia y estudio

abierto en Yauco, Puerto Rico.---------------------

-----------------------COMPARECEN---------------------

---DE   UNA   PARTE:     COMO   DEUDORES   HIPOTECARIOS:

DON GILBERTO PIETRI ORENGO Y DOÑA BERTA PELLICIER

RODRIGUEZ, mayores de edad, casados entre sí, agri-

cultor él, ama de casa ella, y vecinos de Yauco,

Puerto Rico y quienes informan tener el siguiente

número de Seguro Social: ██████████ y ████████

██, respectivamente.---------------------------------

---DE LA OTRA PARTE:    COMO ACREEDOR HIPOTECARIO:

ESTADOS  UNIDOS  DE  AMERICA,  actuando  por  conducto

y a través del Administrador de la Administración

de Hogares de Agricultores, a tenor con las disposi-

ciones de la Ley del Congreso denominada "Consolida-

ted Farmers Home Administration Act of 1961", con

oficinas   principales   en   Washington,   Distrito   de

Columbia, Estados Unidos de América, representado

en este acto por DON CARLOS B. VEGA, mayor de edad,

casado, empleado y vecino de Sabana Grande, Puerto

Rico, Seguro Social Número: ████████████, en su

carácter de Director de la Oficina de Yauco, de

la Administración de Hogares de Agricultores, te-

niendo dicha agencia el número de cuenta patronal:

72-0564834  F  y  cuyo  carácter  consta  debidamente

acreditado en el Registro de la Propiedad. -----------

------------------------DOY FE------------------------

......De conocer personalmente a los comparecientes
y por sus dichos me constan sus circunstancias
personales. Me aseguran tener y a mi juicio tienen
la capacidad legal para este tipo de otorgamiento
y en tal virtud libro y voluntariamente:------------
------------------------EXPONEN------------------------
----PRIMERO:    Que los Deudores Hipotecarios, son
actualmente dueños de la siguiente propiedad:--------

To. 353 Yauco
Fo. 71
Fca. 5411
Insc. 11ª

RUSTICA:    Predio de terreno de CIENTO CINCUENTA
Y SEIS CUERDAS (156), sita en los Barrios Naranjo
y Aguas Blancas del término municipal de Yauco,
colindante por el NORTE, con terrenos de Luis Natali
y otros Antonio Castañer antes, hoy de Juan Androver;
por el ESTE, con terrenos de Luis Natali y Juan
Juliá; por el OESTE, con tierras pertenecientes
a los Hermanos Giuseppi, separados en parte por
una quebrada y por el SUR, con tierras de Juan
Juliá y con la finca de SEIS Y MEDIA CUERDAS que
es el remanente de la finca principal.  Inscrita
en el Registro de la Propiedad de San Germán, al
folio ciento sesenta y cuatro (164) del Tomo Ciento
Sesenta y Siete (167) de Yauco, finca número cinco
mil cuatro cientos once (5411), inscripción primera.

URBANA:    Solar número veinticuatro (24) del Bloque
"H" del Plano de Urbanización Luchetti, radicado
en el Barrio Jácanas, del término municipal de
Yauco, Puerto Rico, compuesto de TRECIENTOS TREINTA
Y TRES METROS OCHENTA Y CINCO CENTIMETROS CUADRADOS
(333.85 m/c), colindando por el NORTE, en veinti-
cuatro metros dieciocho centímetros (24.18) con
el Solar número H veinticinco (H-25); por el SUR,
en veinticuatro metros treinta y ocho centímetros
(24.38) con el solar número H-veintitres (H-23);
por el ESTE, en trece metros setenta y cinco centí-
metros (13.75) con la Calle Número Uno (1) de la
Urbanización; y por el OESTE, en trece metros seten-
ta y cinco centímetros (13.75) con el Río Yauco.
Enclava una casa de hormigón reforzado y bloques,
de una sola planta, dedicada a vivienda.  Inscrita
en el Registro de la Propiedad de San Germán, al
folio sesenta y cinco (65) del Tomo ciento sesenta
y seis (176) de Yauco, finca número cinco mil seis-
cientos cincuenta y seis (5656) e inscripción prime-
ra.------------------------------------------------

To. 176 Yauco
Fo. 70
Fca. 5656
Insc. 7ª

--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------

------------------TITULOS Y CARGAS ------------------------

----Dicha propiedad se halla afecta a Hipoteca
a favor de los Estados Unidos de América actuando
por conducto de la Administración de Hogares para
Agricultores por las siguientes sumas, a saber:----

-----A.   HIPOTECA en garantía de un pagaré
de The Federal Land Bank of Baltimore por la suma
de DIECISIETE MIL DOLARES ($17,000.00) con intereses
al doce punto cincuenta porciento (12.50%) anual
y con vencimiento el primero de febrero del año
2013.  Fue constituida mediante la Escritura Número
Ciento Doce (112) otorgada en San Germán el dieci-
seis (16) de septiembre de mil novecientos ochenta
y dos (1982) ante el notario Tomás E. Vivoni.
Inscrita al folio 167 vuelto del tomo 167 de Yauco,
finca número 5411 e inscripción cuarta.  Es condi-
ción de esta hipoteca que no se podrá constituir
servidumbre alguna sin consentimiento por escrito
del acreedor. ------------------ -------------------

-----B.   HIPOTECA en garantía de un pagaré a favor
de  Puerto  Rico  Production  Credit  Association  o
a su orden por la suma de DIEZ MIL DOLARES ($10,000)
con  intereses  al  doce  punto  cincuenta  porciento
(12.50%) anual y con vencimiento a la presentación.
Fue constituida mediante la Escritura Número Ciento
Noventa y Dos (192) otorgada en San Germán, Puerto
Rico, el diez (10) de diciembre de mil novecientos
ochenta y tres (1983) ante el notario, Tomás El
Vivoni.   Inscrita al folio 168, del tomo 167 de
Yauco, finca número 5411 e inscripción quinta.------

-----C.   HIPOTECA  en garantía de un pagaré a favor
de  Puerto  Rico  Production  Credit  Association  o
su orden por la suma de VEINTE MIL DOLARES -------
($20,000.00), con intereses al diez punto cincuenta



por ciento (10.50%) anual y con vencimiento a la presentación.  Fue constituida mediante Escritura Número Ciento Treinta y Dos (132) otorgada en San Germán, Puerto Rico, el diecinueve (19) de septiembre de mil novecientos ochenta y cinco (1985) ante el notario, Tomás F. Vivoni, inscrita al folio 168 vuelto del tomo 167 de Yauco, finca número 5411 e inscripción sexta.-------------------------

----D. _ HIPOTECA en garantía de un pagaré sobre esta y otra finca a favor de los Estados Unidos de América actuando por conducto de la Administración de Hogares de Agricultores por la suma de SESENTA Y CINCO MIL DOLARES ($65,000.00) con intereses al 5% anual y con vencimiento a los 30 años de la fecha del pagaré.  Fue constituida mediante la Escritura Número Cuarenta y Uno otorgada en ____, el 6 (seis) de junio de mil novecientos ochenta y seis (1986) ante el notario, Ignacio Pintado Pintado, inscrita al folio 169 del tomo 167 de Yauco, finca número 5411 e inscripción séptima.  Es condición de esta hipoteca que no se podrá vender, arrendar e hipotecar sin el consentimiento de la acreedora.---------------------------------

----E. _ HIPOTECA en garantía de un pagaré sobre esta y otra finca a favor de los Estados Unidos de América actuando por conducto de la Administración de Hogares de Agricultores por la suma de TREINTA Y CINCO MIL ($35,000.00) DOLARES con intereses al 3 3/4% porciento anual y con vencimiento a los siete años de la fecha del pagaré.  Fue constituida mediante Escritura Número Sesenta y Siete (67) otorgada en Yauco el veinte (20) de octubre de mil novecientos ochenta y siete (1987) ante el notario Ignacio Pintado Pintado, inscrita al folio número 170 vuelto del --------------------

tomo 167 de Yauco, Puerto Rico, finca número 5411 e Inscripción octava y última. Es condición de esta hipoteca que la propiedad no se podrá vender, arrendar e hipotecar sin el consentimiento de la acreedora. ------------------------------------------

Refiérase este título y carga al inmueble inscrito al folio 164 del tomo 167 de Yauco, finca número 5411 e Inscripción primera. ---------------------------

----------------------------------------------------------------

--------------------TITULOS Y CARGAS------------------

--A. HIPOTECA en garantía de un pagaré a favor de la Corporación de Crédito Agrícola por la suma de SEIS MIL ($6,000.00) DOLARES con intereses al nueve y ocho cuarto porciento (9 8/4%) anual y con vencimiento a la presentación. Fue constituida mediante la Escritura Número Sesenta (60) otorgada en San Juan el diez (10) de mayo de mil novecientos ochenta y cuatro (1984) ante la notario Carmen Dolores Ruiz López, inscrita al folio 66 vuelto del tomo 176 de Yauco, Puerto Rico, finca número 5656 e inscripción segunda.--------------------------

----B. HIPOTECA en garantía de un pagaré sobre esta y otra finca a favor de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores por la suma de SESENTA Y CINCO MIL DOLARES ($65,000.00) con intereses al cinco porciento (5%) anual y con vencimiento a los treinta (30) años de la fecha del pagaré. Fue constituida mediante la Escritura Número Cuarenta y Uno (41) otorgada en Yauco, Puerto Rico el seis (6) de junio de mil novecientos ochenta y seis (1986) ante notario Ignacio Pintado Pintado, inscrita al folio 67 del tomo 176 de Yauco, Puerto Rico, finca número 5656 e inscripción tercera.---------

---HIPOTECA por la suma de SESENTA Y CINCO MIL ($65,000.00): El importe total adeudado al día trece (13) de marzo de mil novecientos noventa y dos (1992) del pagaré por la suma de SESENTA Y CINCO MIL DOLARES ($65,000.00) asciende a la suma de SESENTA Y CUATRO MIL TRECIENTOS SESENTA Y UNO CON CATORCE CENTAVOS ($64,361.14) con intereses a razón del (4.5%) porciento cuyos intereses no incluirán la suma de TRES MIL SETECIENTOS SESENTA Y OCHO DOLARES CON TREINTA Y OCHO CENTAVOS---------- ($3,768.58) por concepto de intereses no capitalizados y la cual habrá de ser pagada en la siguiente forma: -------------------------------------- CUATRO MIL TRECIENTOS TREINTA Y NUEVE DOLARES-------- ($4,339.00) en o antes del día primero de enero de mil novecientos noventa y tres (1993) e igual cantidad el primero de enero hasta el año dos mil diecisiete (201( -------------------------------- ---HIPOTECA por la suma de TREINTA Y CINCO MIL DOLARES ($35,000.00): El importe total adeudado al día trece (13) de marzo de mil novecientos noventa y dos (1992) del pagaré por la suma de TREINTA Y CINCO MIL DOLARES ($35,000.00) asciende a la suma de VEINTIUN MIL SEISCIENTOS OCHENTA Y TRES DOLARES CON SESENTA CENTAVOS ($21,683.60) con intereses a razón del siete porciento anual cuyos intereses no incluirán la suma de DOS MIL CIENTO VEINTI- OCHO DOLARES CON TREINTA Y UN CENTAVOS por concepto de intereses no capitalizables y la cual habrá de ser pagada en la siguiente forma:-------------------- DOS MIL DOCIENTOS DOLARES ($2,200.00) en o antes del día primero de enero de mil novecientos noventa y tres e igual cantidad cada primero de enero hasta el año dos mil ocho (2008),--------------------

----HIPOTECA por la suma de DIECISIETE MIL OCHO-
CIENTOS DOLARES ($17,800.00):   El importe total
adeudado al día trece (13) de marzo de mil nove-
cientos noventa y dos (1992) del pagaré por la
suma de DIECISIETE MIL OCHOCIENTOS DOLARES----------
($17,800.00) asciende a la suma de DIECIOCHO MIL
SETECIENTOS CINCUENTA Y CUATRO DOLARES CON VENTIUN
CENTAVOS ($18,754.21) con intereses a razón de
cuatro punto cinco porciento (4.5%) anual cuyos
intereses no incluirán la suma de NOVECIENTOS NOVEN-
TA Y CUATRO DOLARES CON OCHO CENTAVOS ($994.08)
por concepto de intereses no capitalizables y la
cual habrá de ser pagada en la siguiente forma:------
MIL QUINIENTOS DIECISIETE DOLARES ($1,517.00) en
o antes del día primero de enero de mil novecientos
noventa y tres (1993) e igual cantidad cada primero
de enero hasta el año dos mil ciento once (2111).----
----HIPOTECA por la suma de DOCE MIL DOCIENTOS
DOLARES ($12,200.00):   El importe total adeudado
al día trece (13) de marzo de mil novecientos noven-
ta y dos (1992) del pagaré por la suma de DOCE
MIL DOCIENTOS DOLARES ($12,200.00) asciende a la
suma de DOCE MIL OCHOCIENTOS CINCUENTA Y CUATRO
DOLARES CON QUINCE CENTAVOS ($12,854.15) con intere-
ses a razón de cuatro punto cinco porciento (4.5%)
anual cuyos intereses no incluirán la suma de SEIS-
CIENTOS OCHENTA Y UN DOLARES CON TREINTA Y CUATRO
CENTAVOS ($681.34) por concepto de intereses no
capitalizables y la cual habrá de ser pagada en
la siguiente forma:------------------------------
MIL NOVECIENTOS TREINTA Y DOS ($1,932.00) en o
antes del día primero de enero hasta el año dos
mil uno (2001).------------------------------------

QUINTO: El compareciente, DON CARLOS B. VEGA, en el carácter que ostenta, me entrega a mí, el notario, los pagarés que garantizan respectivamente las hipotecas, quien me asegura no han sido negociados ni gravados en forma alguna por su actual tenedor y poseedor, Estados Unidos de América y una vez identificados por mí, el notario, cerciorándome que se trata de los mismos pagarés procedo a poner al dorso de cada uno de los mismos la siguiente nota:————————————————————————————

————PAGARE por la suma de SESENTA Y CINCO MIL DOLA-RES;  El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al trece (13) de marzo de mil novecientos noventa y dos (1992) dió un saldo deudor montante a SESENTA Y CUATRO MIL TRE-CIENTOS SESENTA Y UN DOLARES CON CATORCE CENTAVOS, esto es, SESENTA MIL QUINIENTOS NOVENTA Y DOS DOLA-RES CON OCHO CENTAVOS de intereses, devengando a su vez intereses a razón de cuatro punto cinco porciento (4.5%) anual y TRES MIL SETECIENTOS SESEN-TA Y OCHO DOLARES CON TREINTA Y OCHO CENTAVOS de intereses no capitalizables, y la cual habrá de ser pagada en la siguiente forma:————————————————CUATRO MIL TRECIENTOS TREINTA Y NUEVE ($4,339.00) DOLARES en o antes del día primero de enero de mil noventa y tres e igual cantidad cada primero de enero hasta el año dos mil diecisiete (2017), según resulta de la Escritura Número Veintiocho (28) de fecha (13) trece de marzo de mil novecientos noventa y dos (1992), ante el notario Oscar Caste-llón Pérez, Doy Fe.  En Yauco, Puerto Rico, a trece (13) de marzo de mil novecientos noventa y dos (1992) (Firmado, Signado y Rubricado)  OSCAR CASTE-LLON PEREZ,  NOTARIO  PUBLICO————————————————————

Signado, Sellado y Rubricado) OSCAR CASTELLON PEREZ, NOTARIO PUBLICO---- ------------------------------------------ ----PAGARE por la suma de TREINTA Y CINCO MIL DOLA- RES: El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al trece (13) de marzo de mil novecientos noventa y dos (1992) dió un saldo deudor montante a VEINTIUN MIL SEISCIENTOS OCHENTA Y TRES DOLARES ($21,683.00) esto es, DIECI- NUEVE MIL QUINIENTOS CINCUENTA Y CINCO DOLARES CON VEINTINUEVE CENTAVOS ($19,555.29) de principal, DOS MIL CIENTO VEINTIOCHO DOLARES CON TREINTA Y UN CENTAVOS ($2,128.31) de intereses, devengando a su vez intereses a razón del siete (7%) porciento anual y DOS MIL CIENTO VEINTIOCHO DOLARES CON TREIN- TA Y UN CENTAVO ($2,128.31) de intereses no capita- lizables, y la cual habrá de ser pagada en la si- guiente forma:----------------------------------- DOS MIL DOCIENTOS NOVENTA DOLARES ($2,290.00) en o antes del día primero de enero de mil novecientos noventa y tres (1993) e igual cantidad cada primero de enero hasta el año dos mil ocho (2008), según Escritura Número Veintiocho (28), de fecha 13 de marzo de mil novecientos noventa y dos (1992) ante el notario, Oscar Castellón Pérez, Doy Fe.   En Yauco, Puerto Rico, a trece de marzo de mil nove- cientos noventa y dos (1992) (Firmado, Signado, Sellado y Rubricado) OSCAR CASTELLON PEREZ, NOTARIO PUBLICO.------------------------------------------- ----PAGARE por la suma de DIECISIETE MIL OCHOCIENTOS DOLARES ($17,800.00): El importe de este pagaró y la hipoteca lo garantiza, reamortizado al trece de marzo de mil novecientos noventa y dos (1992) dió un saldo deudor montante a DIECIOCHO MIL SETE- CIENTOS CINCUENTA Y CUATRO DOLARES CON VEINTIUN CENTAVO ($18,754.21) esto es, DIECISIETE MIL SETE-

CIENTOS SESENTA DOLARES CON TRECE CENTAVOS ----
($17,760.13) de principal, NOVECIENTOS NOVENTA
Y CUATRO DOLARES CON OCHO CENTAVOS ($994.08) de
intereses, devengando a su vez intereses a razón
de cuatro punto cinco porciento (4.5%) anual y
NOVECIENTOS NOVENTA Y CUATRO DOLARES CON OCHO CENTA-
VOS ($994.08) de intereses no capitalizables, y
la cual habrá de ser pagada en la siguiente forma:
MIL QUINIENTOS DIECISIETE DOLARES ($1,517.00) en
o antes del día primero de enero de mil novecientos
noventa y tres (1993) o igual cantidad cada primero
de enero hasta el año dos mil once (2011), según
resulta de la Escritura Número Veintiocho (28),
al día trece (13) de marzo de mil novecientos noven-
ta y dos (1992) ante el notario, Oscar Castellón
Pérez.  Doy Fe.  En Yauco, Puerto Rico, a trece
(13) de marzo de mil novecientos noventa y dos
(1992) (Firmado, Signado, Sellado y Rubricado)
OSCAR CASTELLON PEREZ, NOTARIO PUBLICO.--------------
-----PAGARE por la suma de DOCE MIL DOSCIENTOS DOLARES
($12,200.00):  El importe de este pagaré y la hipo-
teca que lo garantiza, reamortizado al trece (13)
de marzo de mil novecientos noventa y dos (1992)
dió un saldo deudor montante a DOCE MIL OCHOCIENTOS
CINCUENTA Y CUATRO DOLARES CON QUINCE CENTAVOS
($12,854.15) esto es, DOCE MIL CIENTO SETENTA Y
DOS DOLARES CON OCHENTA Y UN CENTAVO de principal,
SEISCIENTOS OCHENTA Y UN DOLARES CON TREINTA Y
CUATRO CENTAVOS de intereses, devengando a su vez
intereses a razón de cuatro punto cinco porciento
(4.5%) anual y SEISCIENTOS OCHENTA Y UN DOLARES
CON TREINTA Y CUATRO CENTAVOS de intereses no capi-
talizables, y la cual habrá de ser pagada en la

siguiente forma: ------------------------------------
MIL NOVECIENTOS TREINTA Y DOS ($1,932.30) en o
antes del día primero de enero de mil novecientos
noventa y tres (1993) e igual cantidad cada primero
de enero hasta el año dos mil uno (2001), según
resulta de la Escritura Número Veintiocho(28) de
fecha trece de marzo de mil novecientos noventa
y dos (1992) ante el notario Oscar Castellón Pérez
Doy Fe.  En Yauco, Puerto Rico, a trece (13) de
marzo de mil novecientos noventa y dos (1992)
(Firmado, Signado, Sellado Y Rubricado)   OSCAR
CASTELLON PEREZ, NOTARIO PUBLICO.------ --- ----------

ACLARACION Y CORRECCION:



En el párrafo quinto anterior donde se identifi-
ca y se describe los pagarés a reamortizar, se
aclara y se corrige que en lo referente al pagaré
SESENTA Y CINCO MIL DOLARES ($65,000.00) el
contenido que aparece subrayado debe leer de la
siguiente forma:

"...SESENTA MIL QUINIENTOS NOVENTA Y DOS DOLARES
CON SETENTA Y SEIS CENTAVOS ($60,592.76) de princi-
pal y TRES MIL SETECIENTOS SESENTA Y OCHO DOLARES
CON TREINTA Y OCHO CENTAVOS ($3,768.38) de intere-
ses devengando a su vez intereses a razón de cuatro
punto porciento (4.5%) anual y TRES MIL SETECIENTOS
SESENTA Y OCHO DOLARES CON TREINTA Y OCHO CENTAVOS
($3,768.38) de intereses no capitalizables..."

Así corregida esta Inserción Doy Fe de la misma.

------una vez puesta y firmada las respectivas notas
las devuelve al compareciente, Don Carlos B. Vega
en el carácter que ostenta.-------------------------
------SEXTO: Las partes contratantes en este instru-
mento convienen asimismo, que este convenio de
reamortización no constituye una novación extinta
de la obligación (deuda) existente a la cual ya
se ha hecho mención, por no haber ni existir incom-
patibilidad entre dicha obligación (deuda) existen-
te y la modificación de la misma bajo los términos
y condiciones aquí consignadas; por lo que se ruega
al Honorable Registrador de la Propiedad, que así
se haga constar en la inscripción de este documento.





————————ACEPTACION Y ADVERTENCIAS.————————

————LOS DEUDORES HIPOTECARIOS Y EL ACREEDOR HIPOTE-

CARIO aceptan esta escritura por estar redactada

conforme a sus instrucciones luego de haberle

hecho las advertencias legales y pertinentes a

este tipo de otorgamientos.————————

————————LECTURA Y OTORGAMIENTO————————

————Leída esta escritura a los comparecientes por

mí, el notario, en voz alta y en un solo acto,

luego de advertirle del derecho que tenían de

leerla por sí y de requerir la presencia de testi-

gos, derechos a los cuales renuncian, los compa-

recientes se ratifican en todo y proceden a estam-

par sus iniciales al margen izquierdo de todos

los folios de esta escritura y firman sus nombres

completos al final del último folio.——DE TODO

LO CONSIGNADO, YO, EL NOTARIO AUTORIZANTE, DOY

FE Y CERTIFICO.————————————————————



Inscrito este documento, allí donde se indica al margen de
Las fcas descritas en el mismo. Dominio y gravadores ambos
fcas con hipotecas a favor de los Estados Unidos de América
actuando por conducto de la Administración de Hogares de
Agricultores por las sumas de $65,000.⁰⁰; $35,000.⁰⁰; $12,200.⁰⁰
y $17,800.⁰⁰ la fca 5411 está gravada además con hipoteca
a favor de Federal Land Bank of Baltimore por la suma de
$17,000.⁰⁰ y con dos hipotecas a favor de la Puerto Rico Produc-
tion Credit Association por las sumas de $10,000.⁰⁰ y $20,000.⁰⁰ y
la fca 5656 gravada además con otra hipoteca a favor
de la Corporación de Crédito Agrícola por la suma de $6,000.⁰⁰
y afecta además con servidumbres a favor de la AFF y la
A.A.A. y condiciones restrictivas.

San Germán a 1ro de marzo de 1994.

Sin Der.

Registrador

OK
Sup.
1-23-95

Es condición de esta Hipoteca que la propiedad
no se podrá vender, arrendar o hipotecar sin el
consentimiento de la acreedora.

HIPOTECA en garantía de un pagaré sobre esta
y otra finca a favor de los Estados Unidos de Améri-
ca actuando por conducto de la Administración de
Hogares de Agricultura por la suma de TREINTA
Y CINCO MIL DOLARES (\$35,000.00) con intereses
al ocho y tres cuarto porciento (8 3/4%) anual
y con vencimiento a la presentación a los siete
(7) años de la fecha del pagaré. Fue constituida
mediante la Escritura Número 67 otorgada en Yauco,
Puerto Rico, el veinte (20) de octubre de mil nove-
cientos ochenta y siete (1987) ante el notario
Ignacio Pintado Pintado. Inscrita al folio 68 del
tomo 176 de Yauco, Puerto Rico, finca número 5656
e inscripción cuarta y última. Es condición de
esta hipoteca que la propiedad no se podrá vender,
arrendar o hipotecar sin el consentimiento de la
acreedora.

Refiérase este título y carga al Inmueble inscrito
en el Registro de la Propiedad de San Germán, al
folio 65 del tomo 176 de Yauco, finca número 5656
e inscripción primera.



SEGUNDO: Siguen manifestando los deudores hipotecarios, que con el fin de reamortizar las deudas hipotecarias, solicitaron y obtuvieron el consentimiento del acreedor hipotecario, Estados Unidos de América, actuando por conducto y a través del Administrador de la Administración de Hogares de Agricultores de conformidad con la Ley del Congreso titulada "Consolidated Farmers Home Administration Act of 1961" y el reglamento aprobado al efecto para reamortizar la deuda hipotecaria.————

TERCERO: Manifiestan los comparecientes que son de su propio y personal conocimiento todas y cada una de las obligaciones, cláusulas y estipulaciones contenidas o mencionadas en la escritura de hipoteca, y en este acto en forma clara, solemne y terminantemente, se obligan a cumplir todas y cada una de dichas obligaciones, cláusulas y estipulaciones requeridas por la Administración de Hogares de Agricultores.————————————————————

——REAMORTIZACION Y MODIFICACION DE PAGO DE PAGARE—— ————————————— E HIPOTECA————————————————

CUARTO: Manifiesta el compareciente, DON CARLOS R. VEGA, en el carácter que ostenta, que habiendo aceptado los Deudores Hipotecarios para recibir los beneficios de la Ley del Congreso titulada "Consolidated Farmers Home Administration Act of 1961" según enmendada, ha convenido en reamortizar y modificar la forma de pago de los plazos consignados en los Pagarés y en las hipotecas en la siguiente forma:————————————————————

1927-1(S) PR

-----ACEPTACION-----
-----ACCEPTANCE-----

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once.------

Yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.-----
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.-----

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)

oin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)    advertí.-----
I advised him (them).-----

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party (parties) he (they) ratify its-----

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed.-----

Incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
Including the last one, and all sign before me, the authorizing Notary who GIVES-----

FE de todo el contenido de esta escritura.-----
FAITH to everything contained in this deed.-----

FIRMADO:  GILBERTO PIETRI ORENGO Y BERTA PELLICIER-----
RODRIGUEZ.-----

Firmado, Signado, Sellado y Rubricado:  IGNACIO-----
PINTADO PINTADO.-----

Exenta del pago de los derechos de Rentas Internas.-----
Tiene adherido y cancelado el correspondiente Sello-----
del Impuesto Notarial del Colegio de Abogados de-----
Puerto Rico.-----

CERTIFICO que es copia fiel y-----
exacta de su original obrante en-----
mi Protocolo de Instrumentos-----
Públicos del corriente año al que-----
me remito.    Y a petición de-----
Don Gilberto Pietri Orengo y-----
Doña Berta Pellicier Rodríguez,-----
expido una copia de la presente
escritura, la cual consta de-----
Diecisiete (17) fólios, dejando-----
anotada dicha expedición en el-----
día de hoy, Veinte (20)-----
de julio de mil novecientos noventa
y ocho.

Gracilia
Sistema Folio Merit
Finca 5,411
Tomo 14

Cargas por sí
Hipoteca a favor de Production Credit Assoc. por $10,000.00
Hipoteca a favor de Production Credit Assoc. por $20,000.00

Hipoteca a favor de E.U.A. por $65,000.00
Hipoteca a favor de E.U.A. por $50,000.00
Hipoteca a favor de E.U.A. por $2,500.00
Hipoteca a favor de E.U.A. por $17,500.00
Hipoteca a favor de E.U.A. por $150,000.00
Esta hipoteca
Vendida N/A

Ponce 20 de agosto de 199_

DEPARTAMENTO DE ...

FmHA 427-1(S) PR
10-82)

## ---ACEPTACION---
### ACEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)   advertí.
I advised him (them).

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its

en su contenido, pone(n) sus iniciales en cada uno de los folios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES

FE de todo el contenido de esta escritura.
FAITH to everything contained in this deed.

--Antes de proceder a firmar el notario autorizante hace

constar que ha identificado a los comparecientes median-

te los siguientes documentos:  a Don Gilberto Pietri----

Orengo mediante la Licencia de Conducir de Puerto Rico--

número   676529---; y a Doña Berta Pellicier Rodríguez--

mediante la Tarjeta de Identificación Electoral 0887878.

--Que la presente escritura consta de diecisiete (17)---

folios.

REPITO LA FE.

FIRMADO:  GILBERTO PIETRI ORENGO Y BERTA PELLICIER RO--
DRIGUEZ.

FIRMADO, SELLADO, SIGNADO Y RUBRICADO:  CARMEN T.------
SALICETI MALDONADO.

Inscrito este documento allí donde se indica al margen de las fcas descritas en el mismo. Dominio y la fca (5411) se halla gravada con hipoteca a favor de The Federal Land Bank of Baltimore por la suma de $13,000.⁰⁰, dos hipotecas a favor de Puerto Rico Production Credit por las sumas de $10,000.⁰⁰ y $20,000.⁰⁰ y la finca (5656) gravada con hipoteca a favor de la Corporación de Crédito Agrícola por la suma de $10,000.⁰⁰ y afecta a servidumbres a favor de la A.F.F. de la A.A.A y condiciones restrictivas y gravados ambas fcas con hipotecas a favor de los E.U.A. (constituidos) algo, actuando por conducto de la Administración de Hogares de Agricultores por las sumas de $65,000.⁰⁰, $35,000.⁰⁰ y gravada ambas con la hipoteca aquí constituida.

San Germán a diecisiete de febrero de 1994.

Sin Seos.

Registrador. Cpl

inscrito bajo la finca # 5,411 de ponce al:
frio movil
inse 1a.
Afecta a 3 hipotecas por la suma de:
$17,000.00 · $10,000.00 y $20,000.00
a favor The Federal Land Bank y a favor de
Puerto Rico Production Credit Association res-
pectivamente y afecta 4 hipotecas por la
suma de: $65,000.00 — ; $35,000 00 · $12,2000
y $17800.00, respectivamente a favor de Estados
Unidos de America, los cuales fueron
modificados y afecta a la hipoteca que
por este documento se constata y. Ponce
a 21 de noviembre de 1997
Sin derechos.



CERTIFIED TRANSLATION

Form FmHA 1940-17 (S)

(Rev. 11-1-78)

DEPARTMENT OF AGRICULTURE OF THE UNITED STATES
FARMERS HOME ADMINISTRATION
NOTE

| LOAN CLASS |
| --- |
| Type: OL |
| Pursuant to: |
| X Consolidated Farm & Rural Development Act |
| _Emergency Agricultural Credit Adjustment Act of 1978 |

| Name PIETRI ORENGO, GILBERTO | | ACTION REQUIRED BY THE NOTE: X Initial Loan   _New Payment Plan _Subsequent Loan _Reamortization _Consolidation    _Sale on Credit and subsequent loan _Consolidation     Differed Payments |
| --- | --- | --- |
| State PUERTO RICO | Office YAUCO | |
| Case No. 63-16-081262039 | Date October 20, 1987 | |

FOR THE VALUE RECEIVED, the undersigned Borrower(s) and any other codebtor will jointly and/or severally pay to the order of the United States of America, through the United States Farmers Home Administration (hereinafter the "Government") or its assignee in its office in YAUCO, PUERTO RICO or in another place designated by the Government in writing, the principal sum of THIRTY FIVE THOUSAND 00/100 dollars ($35,000.00) plus interest over the indebted principal at eight and three fourths percent (8-3/4%) annually. If this note is for a Limited Resources loan (indicated in the "LOAN CLASS" box above, the Government can CHANGE the PERCENTAGE OF INTEREST, in accordance to the regulations of the Farmers Home Administration, no more frequently than quarterly, notifying the Borrower by mail with thirty (30) days in advance to its last address. The new interest rate shall not exceed the highest interest percentage established in the regulations of the Farmers Home Administration for the kind of loan stated above.

Principal and Interest shall be paid in EIGHT installments, as indicated below, except if it is modified by a different interest rate, on or before the following dates:

| $613.00 in January 1, 1988 | $7,745.00 in January 1, 1989 |
| --- | --- |
| $_____ in January 1, 19__ | $_____ in January 1, 19__ |
| $_____ in January 1, 19__ | $_____ in January 1, 19__ |
| $_____ in January 1, 19__ | $_____ in January 1, 19__ |
| $_____ in January 1, 19__ | $_____ in January 1, 19__ |

and $7,745.00 subsequently on January 1, of each year until the principal and interest are completely paid except that the final installment of the debt evidenced herein, that if not paid before, shall be due and payable in SEVEN years from the date of this note except that advanced payments may be made as

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

provided below. The consideration involved herein will support any agreement modifying the payment plan.

If the total amount of the loan is not advanced at the time of the closing, the loan will be advanced to the Borrower as requested by the Borrower and approved by the Government. The approval of the Government will be given as long as the advance is requested for a purpose authorized by the Government. Interest will be accrued for each advance from its current date as shown in the Advances Registries at the end of this note. The Borrower authorizes the Government to include the amount(s) and date(s) of such advance(s) in the Advances Registry.

In each reamortized or consolidated note, or with a new payment plan the interest accrued at the date of this instrument must be added to the principal and this new principal will accrue interest at the rate of the percentage evidenced by this instrument.

Every payment made in any debt represented by this note will be first applied to interest calculated at the effective date of the payment and after the principal.

Payments advanced from the stipulated installments or any part thereof, may be made at any time at the choice of the Borrower. Reimbursements and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration according to the source of the funds involved, after paying towards the interest, shall be applied to the last installments due under this note and will not affect the obligation of the Borrower to pay the remaining installments as specified herein. If the Government at any time assigns this note and ensures payment of it, the borrower will continue making the payments to the Government as a collecting agent of the holder.

While this note is in possession of an insured lender, the advance payments made by the Borrower may, at the option of the Government be sent by the Government shortly to the holder or, except the final payment, may be withheld by the Government and remitted to the holder based on the annual installment due. The effective date of every payment made by the Borrower, except payments withheld and remitted by the Government to the holder based on the annual installment due shall be the date of the check of the Treasury of the United State by which the Government remits the payment to the holder. The effective date of any advance payment withheld and remitted by the Government to the holder based on the annual installment due shall be the date of the advance payment by the Borrower and the Government shall pay the interest to which the holder is entitled to that accrue from the effective date of any of such advance payments and the date of the check to the Treasury remitted to the holder.

Any amount advanced or invested by the Government for the collection of this note or to preserve or protect the guarantee of this loan or otherwise invested under the terms of any guarantee agreement or other instrument executed in regards to the loan evidenced herein, at the option of the Government shall be part of the loan and will accrue interest at the same interest rate as the principal of the debt evidenced herein and will be due and payable immediately by the Borrower to the Government without need for request.

The property built, improved, purchased, or refinanced totally or in part with the loan evidenced herein may not be leased, assigned, transferred or encumbered voluntarily or otherwise, without the prior written consent of the Government. Unless the Government consents otherwise in writing, the Borrower will personally operate such property as a farm if this loan is made to a Farm Owner (FO).

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

If a "Consolidation and a Subsequent Loan". "Consolidation", "Reamortization" or a "New Payment Plan" is indicated in the superior box of the first page "Action Required by this Note", this note is granted to consolidate, reamortize, or evidence a new payment plan but not in satisfaction of the principal and interest of the following loan(s) or agreement(s) of subrogation(new terms).

| VALUE OF THE NOTE | INTEREST | DATE | ORIGINAL BORROWER | LAST TERM DUE |
|---|---|---|---|---|
| $ | % | _____, 19 | | _____, 19 |
| $ | % | _____, 19 | | _____, 19 |
| $ | % | _____, 19 | | _____, 19 |
| $ | % | _____, 19 | | _____, 19 |
| $ | % | _____, 19 | | _____, 19 |
| $ | % | _____, 19 | | _____, 19 |
| $ | % | _____, 19 | | _____, 19 |

The guarantee documents taken regarding the loans evidenced by these notes described and other related obligations are not affected by the execution of this consolidation, reamortization or new payment plan. These guarantee instruments will continue in effect and the guarantee offered for the loans evidenced by the notes described will remain as guarantee for the loan evidenced by this note and by any other related obligation.

REFINANCING AGREEMENT: If at any time the Government determines that the Borrower can obtain an loan from a responsible credit union or other private source of credit at a reasonable interest rate and terms for loans of similar term and conditions, the Borrower, upon request of the Government will request and accept the loan in sufficient amount to pay this note completely and pay the necessary shares if the lender is a credit union.

DEFAULT: Lack of payment when due of any debt evidenced herein or breach of any condition or agreement under this document will constitute default under any other instrument evidencing a debt of the Borrower insured or guaranteed by the Government or in any other way related to such debt; the breach of any other instrument will constitute default under the terms of this document. IF THERE IS ANY DEFAULT, the Government, at its option may declare all or part of such debt due and payable immediately.

This note is given as evidence of a loan to the Borrower granted or insured by the Government pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the kind of loan as indicated in the box "LOAN CLASS" above. This Note is subject to the current regulations of the Farmers Home Administration and its future regulations not inconsistent with the stipulations herein.

We hereby expressly waive presentation, protest and notice.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[signed]

_____

Gilberto Pietri Orengo,     (Borrower)

[signed]

_____

Berta Pellicier Rodriguez,   (Borrower)

Box 1778

Yauco, PR 00768

ADVANCES REGISTRY

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $35,000.00 | 10-20-87 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |

TOTAL        $35,000.00

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

## PAGARE

| | |
|---|---|
| Nombre | PIETRI ORENGO, GILBERTO |
| Estado PUERTO RICO | Oficina YAUCO |
| Caso Núm. 63-16-081262039 | Fecha 20 de octubre de 1987 |

**CLASE DE PRESTAMO**

Tipo: OL

De acuerdo a:
- ☒ Consolidated Farm & Rural Development Act
- ☐ Emergency Agricultural Credit Adjustment Act of 1978

**ACCION QUE REQUIERE PAGARE:**
- ☒ Préstamo Inicial       ☐ Nuevo Plan de Pago
- ☐ Préstamo Subsiguiente  ☐ Reamortización
- ☐ Consolidación y préstamo ☐ Venta a Crédito
  subsiguiente             ☐ Pagos Diferidos
- ☐ Consolidación

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su cesionario en su oficina en _____ YAUCO, PUERTO RICO _____

o en otro sitio designado por el Gobierno por escrito, la suma principal de _____ TREINTA Y CINCO MIL _____

_____ 00/100 _____ dólares ($ 35,000.00 ) más intereses sobre el principal adeudado al

OCHO Y TRES CUARTOS _____ POR CIENTO ( 8-3/4 %) anual. Si este pagaré

es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no mas frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en _____ OCHO _____ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | | |
|---|---|---|---|
| $ 613.00 | en enero 1, 19 88 | $ 7,745.00 | en enero 1, 19 89 |
| $ | en enero 1, 19  ; | $ | en enero 1, 19  ; |
| $ | en enero 1, 19  ; | $ | en enero 1, 19  ; |
| $ | en enero 1, 19  ; | $ | en enero 1, 19  ; |
| y $ 7,745.00 | en enero 1, 19  ; | $ | en enero 1, 19  ; |

, subsiguientemente en enero 1 de cada año hasta que el principal anteriormente, vencerá y será pagadero en _____ SIETE _____ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este ~~documento~~ deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento ~~fijado~~ por este instrumento.

~~cualquier~~ deuda representada por este pagaré será primero aplicado a intereses computados a la ~~fecha y después~~ al principal.

Jay-Cc-Agricultura                     Posicion 2                     Forma FmHA 1940-17 (S)
                                                                      (Rev. 11 1 78)

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertida bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenios de subrogación (nuevos términos):

| VALOR DEL PAGARÉ | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | .19 | | .19 |
| $ | % | .19 | | .19 |
| $ | % | .19 | | .19 |
| $ | % | .19 | | .19 |
| $ | % | .19 | | .19 |
| $ | % | .19 | | .19 |
| $ | % | .19 | | .19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciados por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO: Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable o una fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_____
Gilberto Pietri Orengo.                        *(Prestatario)*

_____
Berta Pellicier Rodríguez                     *(Prestatario)*

Box 1776

Yauco, P. R. 00768

_____

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $  35,000.00 | 10-25-07 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $  35,000.00 | |

Jay-Ce–Agricultura

Forma FmHA 1940-17 (?,
(Rev. 11-1-78)

Forma FmHA 427-1(S) PR
(Rev. 10-82)

```
------ ------ ------NUMERO    SESENTA Y SIETE ------ ------
------ ------ ------ NUMBER   SIXTY SEVEN ------ ------ ------

------ ------HIPOTECA VOLUNTARIA ------ ------ ------
------ ------ ------ VOLUNTARY MORTGAGE ------ ------ ------
```

En Yauco, Puerto Rico, a los Veinte (20)------ días del mes de--
In Yauco, Puerto Rico, at Twenty (20) ------- days of the month-

Octubre de mil novecientos ochenta y siete.------ ------ ------
of October of nineteen hundred and eighty seven.------ ------

```
------ ------ ------ ------ANTE MI------ ------ ------ ------
------ ------ ------ ------ BEFORE ME ------ ------ ------
```

```
------ ------IGNACIO PINTADO PINTADO ------ ------ ------
------ ------IGNACIO PINTADO PINTADO ------ ------ ------
```

Abogado y Notario Público de la Isla de Puerto Rico con residencia en   Yauco,----
Attorney and Notary Public for the Island of Puerto Rico, with residence in   Yauco,------

Puerto Rico ------ ------ y oficina en Yauco, Puerto Rico.------
Puerto Rico ------ ------ and office in   Yauco,------ ------   Puerto Rico----

```
------ ------ ------ ------ --COMPARECEN ------ ------ ------
------ ------ ------ ------ ------ APPEAR ------ ------ ------
```

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances------ ------

aparecen de dicho párrafo.------ ------ ------ ------ ------
appear from said paragraph.------ ------ ------ ------ ------



Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their----

de su edad, estado civil, profesión y vecindad.------ ------ ------
statements which I believe to be true of their age, civil status, profession and residence.------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this

miento.
voluntary mortgage.

```
------ ------ ------ ------EXPONEN------
------ ------ ------ ------ WITNESSETH: ------
```

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same

denominada de aquí en adelante "los bienes".------ ------ ------
hereinafter referred to as "the property".

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.------ ------
specified in paragraph ELEVENTH herein.------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with------ ------

un préstamo o préstamos evidenciado por uno o mas pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)

rogación, denominado en adelante el "pagaré" sean uno o mas. Se requiere por
hereinafter called "the note" whether one or more. It is required by

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one twelfth of the

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges

hayan estimado sobre la propiedad hipotecada
estimated against the property.

CUARTO: Se sobreentiende que:
FOURTH: It is understood that:

(Uno) El pagare evidencia un prestamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the

suma de principal especificada en el mismo, concedido con el proposito y la inten
principal amount specified therein made with the purpose and intention

cion de que el acreedor hipotecario puede ceder       pagare en cualquier tiempo y
that the mortgagee, at any time, may assign the note and

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y c to
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty One

consolidando la Administración de Hogares de agricultores o el Titulo Quinto de
consolidating the Farmers Home Administration or Title Five of

la Ley de Hogares de mil novecientos cuarenta y nueve, segun han sido enmenda
the Housing Act of Nineteen Hundred and Forty Nine, as amended

das.

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee

ser cedido de tiempo en tiempo y cada tenedor de dicho pagare a su vez sera el
may be assigned from time to time and each holder of the insured note, in turn,

prestamista asegurado
will be the insured lender

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree
(Three) When payment of the note is insured by the mortgagee, the

dor hipotecario otorgará y entregara al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagare.
and interest

(Cuatro) En todo tiempo que el pago del pagaré este asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender

determinaran en el endoso de seguro la porcion del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay

que sera designada como "cargo anual",
ments on the note, to be designated the "annual charge

(Cinco) Una condición del aseguramiento de pago del pagare sera de que el tene
(Five) A condition of the insurance of payment of the note will be that the holder

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales
will forego his rights and remedies against the mortgagor and any

Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit———————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor———

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any———————

cualquier convenio suplementario por parte del deudor.———————————————
supplementary agreement.———

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,———

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the———————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage———

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note, but when the note is held by an insured———————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to———————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt———————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee———————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default———————

plimiento por parte del deudor hipotecario.———————————————————
by the mortgagor.———

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note———

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee———————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH———

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the———

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,———

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee———————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof———————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement———————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its———————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any———

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in———



· 3 ·

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging.

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest

ellas, siendo entendido que este gravamen quedara en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest



antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional

adicional especificada en el párrafo NOVENO de este documento
amounts as specified in paragraph NINTH hereof

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:
SIXTH: That the mortgagor specifically agrees as follows

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness

Forma FmHA 427-1 (S) PR
(Rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgage hereby secured and to indemnify and save harmless the mortgage against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario,
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del   OCHO Y TRES CUARTOS
subparagraph shall bear interest at the rate of   EIGHT AND THREE FOURTH

por ciento  (-8-3/4-- º/o)
per cent  (-8-3/4-- º/o)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the

el deudor hipotecario dejado de pagar por los mismos, devengara intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate

del tipo estipulado en el subparrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance

hasta que los mismos sean satisfechos por el deudor hipotecario.
until repaid to the mortgagee

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,

teca con sus intereses vencerá inmediatamente y sera pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the—

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance

hecho por el acreedor hipotecario no relevara al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsaran de los
to pay. Such advances, with interest shall be repaid from the

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note  or any

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee—

hipotecario determinare.—
determines.—

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely—



los propósitos autorizados por el acreedor hipotecario.—
for purposes authorized by mortgagee.—

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagor

tecario bajo los términos de esta hipoteca.—
under the terms of this mortgage.—

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, terminos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions

aprobare el acreedor hipotecario.
approved by mortgagee

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all

reparaciones necesarias para la conservacion de los bienes; no cometera ni per-
necessary repairs for the conservation of the property; he will not commit nor

mitirá que se cometa ningún deterioro de los bienes, ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option



podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgagee may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes.

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciséis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluida como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of

Forma FmHA 427-1(S) PR
(Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as

conviene en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.
request the protection of the law.

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and

rarios de abogado.
attorney's fees.

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement, (two)



9

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando este en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quiet parte de los bienes de la hipoteca aquí constituida u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravamen constituido sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravamen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor.

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee

Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de   TREINTA Y CINCO MIL DOLARES ($35,000.00)------------------------------
of   THIRTY FIVE THOUSAND DOLLARS ($35,000.00).----------------------------
-----------------------------------------------------------------------------------

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be



miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations-------------------

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the-----------------

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and-----

y aseguramiento del préstamo antes mencionado.---------------------------------------
insuring of the loan herein before mentioned.---------------------------------------

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:--------
NINTH: The amounts guaranteed by this mortgage are as follows:------------------

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of----

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee----------------------

hipotecario cediere esta hipoteca sin asegurar el pagaré ------------------------------
should assign this mortgage without insurance of the note, ------------------------------
-----------------------------------------------------------------------------------

TREINTA Y CINCO MIL -------------------------- DOLARES ($ 35,000.00---)
THIRTY FIVE THOUSAND ----------------------- DOLLARS  ($ 35,000.00---)

el principal de dicho pagaré, con sus intereses según estipulados a razón del --------
the principal amount of said note, together with interest as stipulated therein at the rate of -------

Ocho y Tres Cuartos ----------------- por ciento (--8-3/4----º/o) anual:
Eight and Three Fourth ----------------- per cent (-----8-3/4----º/o) per annum:

11

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender -------------------------

(A)   TREINTA Y CINCO MIL -----------------------------------------------------
(A)   THIRTY THREE THOUSAND -----------------------------------------------

----------------------------------------------DOLARES ($ 35,000.00----)  }
--------------------------------------------- DOLLARS  ($ 35,000.00----)  }

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH.

Tercero;
Three;

(B)   CINCUENTA Y DOS MIL QUINIENTOS ------------------------------------
(B)   FIFTY TWO THOUSAND FIVE HUNDRED ------------------------------

---------------------------------------------- DOLARES ($ 52,500.00---)  }
--------------------------------------------- DOLLARS  ($ 52,500.00---)  }

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might

sufrir bajo su seguro de pago del pagaré.
sustain under its insurance of payment of the note;

Tres. En cualquier caso y en todo tiempo;
Three. In any event and at all times whatsoever;

(A)   CATORCE MIL DOLARES ------------------------------------------------
(A)   FOURTEEN THOUSAND DOLLARS -----------------------------------

($ 14,000.00----------) para intereses después de mora; ---------------------
($ 14,000.00----------) for default interest;

(B)   SIETE MIL DOLARES --------------------------------------------------
(B)   SEVEN THOUSAND DOLLARS -------------------------------------

($ 7,000.00---------- ) para contribuciones, seguro y otros adelantos para la con-
($ 7,000.00---------- ) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph

SEXTO, Tercero;
SIXTH, Three; - - - -

(C)   TRES MIL QUINIENTOS DOLARES ------------------------------------
(C)   THREE THOUSAND FIVE HUNDRED DOLLARS ----------------------

($ 3,500.00 ---------------- ) para costas, gastos, honorarios de abogado en caso
($ 3,500.00 ---------------- ) for costs, expenses and attorney's fees in case

de ejecución;
of foreclosure;

(D)   TRES MIL QUINIENTOS DOLARES ------------------------------------
(D)   THREE THOUSAND FIVE HUNDRED DOLLARS ----------------------

($ 3,500.00 -----------) para costas y gastos que incurriere el acreedor hipoteca-
($ 3,500.00 -----------) for costs and expenses incurred by the mortgagee in case in

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as

se consigna en el párrafo SEXTO, Trece.
provided in paragraph (SIXTH, Thirteen.

orma FmHA 427-1(S) PR
(Rev. 10-82)



DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD———————————————————

de esta hipoteca es (son) descrito(s) como sigue:——————————————————
of this mortgage is(are) described as follows:——————————————————————

"Pagaré otorgado en el caso número Seis Tres raya Uno Seis raya Cero Ocho
"Promissory note executed in case number Six Three dash One Six dash Cero Eight

Uno Dos Seis Dos Cero Tres Nueve (63-16-081262039),——————————————
One Two Six Two Cero Three Nine (63-16-081262039),——————————————

——————————————————————————————————fechado el día————————
———————————————————————————————————dated the———————————

Veinte (20)———— de Octubre——————————de mil novecientos————————
Twenty (20)————day of October———————nineteen hundred and————————

ochenta y siete (1987)————— por la suma de TREINTA Y CINCO MIL———
eighty seven (1987)——————— in the amount of THIRTY FIVE THOUSAND———

($35,000.00) ———————————————————————dólares de principal más———
DOLLARS ($35,000.00) ————————————————————of principal plus———

intereses sobre el balance del principal adeudado a razón del Ocho y Tres Cuartos
interest over the unpaid balance at the rate of Eight and Three Fourth—————

——————————————————————————(——8-3/4%————) por ciento anual,
———————————————————————————(——8-3/4%————) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due

a los SIETE (7)————————————————————————————————————
and payable SEVEN (7)

años de la fecha de este pagaré.
years from the date of this promissory note

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.——————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.—

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which

constituye Hipoteca Voluntaria, se describe como sigue:——————————————
voluntary mortgage is constituted, is described as follows:—————————————



RUSTICA: Predio de terreno de CIENTO CINCUENTA Y SEIS CUER-
DAS, sita en los barrios Naranjo y Aguas Blancas del término
municipal de Yauco, colindante por el NORTE, con terrenos de
Luis Natali y otros de Antonio Castañer antes, hoy de Juan--
Adrover; por el ESTE, con terrenos de Luis Natali y Juan-----
Juliá; por el OESTE, con tierras pertenecientes a los Herma-
nos Giussepi, separados en parte por una quebrada y por el--
SUR, con tierras de Juan Juliá y con la finca de Seis y Media
Cuerdas que es el remanente de la finca principal. Inscrita
en el Registro de la Propiedad de San Germán, al folio Ciento
Sesenta y Cuatro (164) del Tomo Ciento Sesenta y Siete (167)
de Yauco, Finca Número Cinco Mil Cuatrocientos Once (5411),-
e Inscripción Primera.----------------------------------------

URBANA: Solar Número VEINTICUATRO (24) del Bloque "H" del--
Plano de URBANIZACION LUCCHETTI, radicado en el Barrio Jáca-
nas, del término municipal de Yauco, Puerto Rico, compuesto-
de TRESCIENTOS TREINTA Y TRES METROS OCHENTICINCO CENTIMETROS
CUADRADOS (333.85 m/c), colindando por el NORTE, en Veinti--
cuatro metros dieciocho centímetros (24.18) con el Solar----
H-Veinticinco (H-25); por el SUR, en Veinticuatro metros-----
treintiocho centímetros (24.38) con el Solar H-Veintitres----
(H-23); por el ESTE, en trece metros setenticinco centímetros
(13.75) con la Calle Número Uno (1) de la Urbanización; y por
el OESTE, en trece metros setenticinco centímetros (13.75)---
con el Río Yauco. Enclava una casa de hormigón reforzado y-
bloques, de una sola planta, dedicada a vivienda. Inscrita--
en el Registro de la Propiedad de San Germán, al folio Sesen-
ta y Cinco (65) del Tomo Ciento Setenta y Seis (176) de Yauco,
Finca Número Cinco Mil Seiscientos Cincuenta y Seis (5656),-
Inscripción Primera.-----------------------------------------

Adquirió el prestatario la descrita finca por compra a Don--
Borrower acquired the described property by purchase to Mr.--

José Manuel Pietri Orengo y Doña Emilia Pacheco, la finca A;-
José Manuel Pietri Orengo and Mrs. Emilia Pacheco, the farmA;

y por compra a Urbanización Lucchetti, Inc. y Banco Crédito-
and by purchase to Urbanización Lucchetti, Inc. and Banco---

y Ahorro Ponceño, representados la primera por Don José A.--
Crédito y Ahorro Ponceño, represented the first by Mr. José A

Vientos, y el segundo por Don Tomás Serrano, Jr., la finca B,
Vientos, and the second by Mr. Tomás Serrano, Jr., the farm B,

según consta de la Escritura Número Treinta y Cinco (35),---
pursuant to Deed Number Thirty Five (35),--------------------

de fecha Cinco (5) de Septiembre de mil novecientos setenta-
dated September Five (5), nineteen hundred and seventy------

y tres (1973), otorgada en la ciudad de Yauco, Puerto Rico,-
three (1973), executed in the city of Yauco, Puerto Rico,---

ante el Notario Luis Negrón López, la finca A; y según consta
before Notary Luis Negrón López, the farm A; and pursuant to

de la Escritura Número Setenta y Tres (73), de fecha Seis (6)
Deed Number Seventy Three (73), dated April Six (6),--------

de Abril de mil novecientos sesenta y ocho (1968), otorgada-
nineteen hundred and sixty eight (1968), executed-----------

------------------------------------------------------------
------------------------------------------------------------



en la ciudad de Ponce, Puerto Rico, ante el Notario Ariel----
in the city of Ponce, Puerto Rico, before Notary Ariel------

Colón Clavell.----------------------------------------------
Colón Clavell.----------------------------------------------

DUODECIMO:  Que comparecen en la presente escritura como----
TWELFTH:  The parties appearing in the present deed as------

Deudores Hipotecarios DON GILBERTO PIETRI ORENGO, Número de-
Mortgagors MR. GILBERTO PIETRI ORENGO, Social Security------

Seguro Social ████████████████████████████████████████████

████████████████ Y DOÑA BERTA PELLICIER RODRIGUEZ, Número-
████████████████ AND MRS. BERTA PELLICIER RODRIGUEZ,-------

de Seguro Social ██████████████████████████████████████████
Social Security Number ███████████

████████████████████████████████---------------------------
██████████████████████████████-----------------------------

mayores de edad, casados entre sí, propietarios y vecinos de
of legal age, married, proprietors and neighbors of---------

Yauco, Puerto Rico, cuya dirección postal es:  Urbanización-
Yauco, Puerto Rico, whose postal address is:  H-Twenty Four-

Lucchetti, Calle Uno (1), H-Veinticuatro (H-24), Yauco,-----
(H-24), One (1) Street, Urbanización Lucchetti, Yauco,------

Puerto Rico.------------------------------------------------
Puerto Rico.------------------------------------------------

DECIMO TERCERO:  El importe del préstamo aquí consignado----
THIRTEENTH:  The proceeds of the loan herein guaranteed-----

se usó ó será usado------------------------------------------
was used or will be used------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------



Forma. FmHA-427-1(S) PR
(Rev. 10-82)



para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construida, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta cláusula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undecimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construidos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth (28) of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851)
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with



- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part-----------

de la propiedad gravada por esta Hipoteca.-----------------------------------------
of the property encumbered by this Mortgage.-----------

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances-----------

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will-----------

notificará por escrito al Supervisor Local.-----------------------------------------
notify it in writing to the County Supervisor.-----------

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed-----------

en dicha finca durante la vigencia antes mencionada deberá ser construida previa
on said farm(s) during the term hereinbefore referred to, must be made with the previous-----------

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and -----------

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.-----------------------------------------
these types of loans.-----------

VIGESIMO: Este instrumento garantiza asimismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of-----------

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the-----------

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidós del Código
Government pursuant to Forty-Two-----------

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)-----------
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)-----------

------En el párrato DECIMO TERCERO se indica que el préstamo aquí-----
------In paragraph THIRTEENTH is said the loan herein-----------------

consignado se usó ó será usado para fines agrícolas, pero especí-
guaranteed was used or will be used for agricultural purposes,-----------

ficamente será usado para la operación de lo finca y el pago de-
but specifically will be used for the farm operation and for-----------

deudas.-----------------------------------------
paid the debts.-----------

-----------------------------------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------

Firmado, signado, sellado y rubricado:  Ignacio Pintado-----
Pintado.----------------------------------------------------------

Hay cancelado en su original los correspondientes sellos de-
Rentas Internas y el Impuesto Notarial.------------------------

CERTIFICO que es copia fiel y exacta de
su original obrante en mi Protocolo de-
Instrumentos Públicos del corriente año
al que me remito.  Y a petición de-----
Don Gilberto Pietri Orengo y Doña------
Berta Pellicier Rodríguez expido una---
copia de la presente escritura, dejando
anotada dicha expedición.---------------









CERTIFIED TRANSLATION

Form FmHA 1940-17 (S)

(Rev. 12-88)

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

NOTE

| LOAN CLASS | | |
|---|---|---|
| Type: FM | X Regular | |
| | _ Limited Resources | |
| Pursuant to: | | |
| X Consolidated Farm & Rural Development Act | | |
| _ Emergency Agricultural Credit Adjustment Act of 1978 | | |

| Name PIETRI ORENGO, GILBERTO | | ACTION REQUIRED BY THE NOTE: X Initial Loan _ Restructuring _Subsequent Loan _Reamortization |
|---|---|---|
| State PUERTO RICO | Office YAUCO | _Consolidation _Consolidation and subsequent loan _ Reduction of Debt _ Sale on Credit |
| Case No. 63-16-081262039 | Date JUNE 1, 1990 | _ Differed Payments _Conservation Easement |
| Funds Key 43 | Loan No. 06 | |

     FOR THE VALUE RECEIVED, the undersigned Borrower(s) and any other codebtor will jointly and/or severally pay to the order of the United States of America, through the United States Farmers Home Administration (hereinafter the "Government") or its assignee in its office in YAUCO, PUERTO RICO or in another place designated by the Government in writing, the principal sum of SEVENTEEN THOUSAND EIGHT HUNDRED dollars ($17,800.00) plus interest over the indebted principal at FOUR AND A HALF PERCENT (4.5%) annually and N/A dollars ($ N/A), of re capitalized interest. If this note is for a Limited Resources loan (indicated in the "Loan Class" box above, the Government can CHANGE the PERCENTAGE OF INTEREST, in accordance to the regulations of the Farmers Home Administration, no more frequently than quarterly, notifying the Borrower by mail with thirty (30) days in advance to their last address. The new interest rate shall not exceed the highest interest percentage established in the regulations of the Farmers Home Administration for the kind of loan stated above.

     Principal and Interest shall be paid in 21 installments, as indicated below, except if it is modified by a different interest rate, on or before the following dates:

$470.00 in January 1, 1991          $1,369.00 in January 1, 1992

$_____ in January 1, 19__        $_____ in January 1, 19__

$_____ in January 1, 19__        $_____ in January 1, 19__

$_____ in January 1, 19__        $_____ in January 1, 19__

$_____ in January 1, 19__        $_____ in January 1, 19__

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

and $1,369.00 subsequently each year until the principal and interest are completely paid except that the final installment of the debt evidenced herein, that if not paid before, shall be due and payable 20 years from the date of this note except that advanced payments may be made as provided below. The consideration involved herein will support any agreement modifying the payment plan.

If the total amount of the loan is not advanced at the time of the closing, the loan will be advanced to the Borrower as requested by the Borrower and approved by the Government. The approval of the Government will be given as long as the advance is requested for a purpose authorized by the Government. Interest will be accrued for each advance from its date of origin as shown in the Advances Registries at the end of this note. The Borrower authorizes the Government to include the amount(s) and date(s) of such advance(s) in the Advances Registry.

In each reamortized, consolidated or restructured note, the interest accrued for more than ninety (90) days at the date of this instrument mu must be added to the principal and this new principal will accrue interest at the rate of the percentage evidenced by this instrument.

Every payment made in any debt represented by this note will be first applied to interest accrued during the different period and secondly to interest calculated at the effective date of the payment and then to the principal.

Payments advanced from the stipulated installments or any part thereof, may be made at any time at the choice of the Borrower. Reimbursements and extra payments, as defined in the regulations (7 C.F.R. 1951.8) of the Farmers Home Administration, according to the source of the funds involved, after paying towards the interest, shall be applied to the last installments due under this note and will not affect the obligation of the Borrower to pay the remaining instalments as specified herein. If the Government at any time assigns this note and ensures payment of it, the Borrower will continue making the payments to the Government as a collecting agent of the holder.

While this note is in possession of an insured lender, the advanced payments made by the Borrower may, at the option of the Government, be sent by the Government shortly to the holder or, except the final payment, may be withheld by the Government and remitted to the holder based on the annual installment due.  The effective date of every payment made by the Borrower, except payments withheld and remitted by the Government to the holder based on the annual installment due shall be the date of the check of the Treasury of the United State by which the Government remits the payment to the holder. The effective date of any advance payment withheld and remitted by the Government to the holder based on the annual installment due, shall be the date of the advanced payment by the Borrower and the Government shall pay the interest to which the holder is entitled to that accrue from the effective date of any of such advanced payments and the date of the check to the Treasury remitted to the holder.

Any amount advanced or invested by the Government for the collection of this note or to preserve or protect the guarantee of this loan or otherwise invested under the terms of any guarantee agreement or other instrument executed in regards to the loan evidenced herein, at the option of the Government shall be part of the loan and will accrue interest at the same interest rate as the principal of the debt evidenced herein and will be due and payable immediately by the Borrower to the Government without need for request.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

The property built, improved, purchased, or refinanced totally or in part with the loan evidenced herein may not be leased, assigned, transferred, or encumbered voluntarily or otherwise, without the prior written consent of the Government. Unless the Government consents otherwise in writing, the Borrower will personally operate such property as a farm if this loan is made to a Farm Owner (FO).

If a "Consolidation and a Subsequent Loan", "Debt Reduction", "Consolidation", "Restructuring",  or "Reamortization" is indicated in the upper box of the first page "Action Required by this Note", this note is granted to consolidate, reamortize, or evidence a restructuring but not in payment of the principal and interest of the following loan(s) or agreement(s) of subrogation(new terms).

| KEY AND NO. OF THE LOAN | VALUE OF THE NOTE | INTEREST RATE | DATE | ORIGINAL BORROWER | LAST TERM DUE |
|---|---|---|---|---|---|
| | $ | % | , 19_ | | , 19_ |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |

The guarantee documents taken regarding the loans evidenced by these notes described and other related obligations are not affected by the execution of this consolidation, reamortization or restructuring. These guarantee instruments will continue in effect and the guarantee offered for the loans evidenced by the notes described will remain as guarantee for the loan evidenced by this note and by any other related obligation.

REFINANCING AGREEMENT (GRADUATION): If at any time the Government determines that the Borrower can obtain an loan from a responsible credit union or other private source of credit at a reasonable interest rate and terms for loans of similar term and conditions, the Borrower, upon request of the Government will request and accept the loan in sufficient amount to pay this note completely and pay the necessary shares if the lender is a credit union.

AGREEMENT OF CONSERVATION OF ERODIBLE AND SWAMPY LANDS: The Borrower recognizes that the loan described in this note will be in breach if any part of the loan is used for a purpose that contributes to the excessive erosion of the highly erodible land or for the conversion of swampy land to produce a farming crop as explained in Exhibit M of Subpart G of Part 1940 of 7 CFR. If (1) the term of the loan is past January 1, 1992 but not January 1, 1995, and (2) the borrower attempts to produce a crop in highly erodible land that is exempt from the restrictions of Exhibit M until January 1 ,1990 or two years after the Land Conservation Service (SCS for its Spanish acronym) has completed its conservation plan for the farm of the borrower, what happens after, the borrower also agrees that prior to the loss of the exemption of the conservation restriction of highly erodible land, pursuant to part 12 of 7CFR, the borrower must show that it is actively applying in the highly erodible land a conservation plan approved by the Land Conservation Service (SCS) or the corresponding District of Conservation, if the term of the loan is past January 1, 1995. The borrower also agrees that the borrower will show before January 1, 1995 that any production of crops in highly erodible lands after that date will be performed in accordance to a

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

conservation plan approved by the Land Conservation Service (SCS) or by the District of Conservation, pursuant to the requirements of the Land Conservation Services.

DEFAULT: Lack of payment when due of any debt evidenced herein or breach of any condition or agreement under this document will constitute default under any other instrument evidencing a debt of the Borrower insured or guaranteed by the Government or in any other way related to such debt; the breach of any other instrument will constitute default under the terms of this document. IF THERE IS ANY DEFAULT, the Government, at its option, may declare all or part of such debt due and payable immediately.

This note is given as evidence of a loan to the Borrower granted or insured by the Government pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the kind of loan as indicated in the box "LOAN CLASS" above. This Note is subject to the current regulations of the Farmers Home Administration and its future regulations not inconsistent with the stipulations herein.

We hereby expressly waive presentation, protest, and notice.

(STAMP)                           [signed]

_____

GILBERTO PIETRI ORENGO (Borrower)


(STAMP)                           [signed]

_____

BERTA PELLICIER RODRIGUEZ (Borrower)


BOX 1778

YAUCO, PR 00768

(Address of Borrower)

ADVANCES REGISTRY

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $17,800.00 | 06-01-90 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |

TOTAL        $17,800.00


 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Formulario FmHA 1940-17(S)
(Rev. 12-88)

DEPARTAMENTO DE AGRICULTURA DE LOS ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

PAGARE

| CLASE DE PRESTAMO | |
|---|---|
| Tipo: FH | ☒ Regular ☐ Recursos Limitados |

De acuerdo a:

☒ Consolidated Farm and Rural Development Act
☐ Emergency Agricultural Credit Adjustment Act of 1978

| PIETRI ORENGO, GILBERTO | | ACCION QUE REQUIERE PAGARE | |
|---|---|---|---|
| PUERTO RICO | Oficina YAUCO | ☒ Préstamo Inicial | ☐ Restructuración |
| Caso Núm. 63-16-081262039 | Fecha 1 DE JUNIO DE 1990 | ☐ Préstamo Subsiguiente ☐ Consolidación y Préstamo Subsiguiente | ☐ Reamortización ☐ Consolidación ☐ Reducción de Deuda |
| Clave de Fondos 43 | Núm. de Préstamo 06 | ☐ Venta a Crédito ☐ Pagos Diferidos ☐ Servidumbre de Conservación | |

POR VALOR RECIBIDO, el Prestatario(s) suscribiente(s) y cualquier otro codeudor mancomunada y solidariamente pagaremos a la orden de los Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el "Gobierno") o su cesionario en su oficina en _____ YAUCO, PUERTO RICO

o en otro sitio designado por el Gobierno por escrito, la suma principal de DIEZ Y SIETE MIL OCHOCIENTOS _____ dólares ($ 17,800.00 ) más intereses sobre el principal adeudado al CUATRO Y MEDIO PORCIENTO ( 4.5 %) anual y N/A _____ dólares ($ N/A ) de intereses no capitalizados. Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo" el Gobierno puede CAMBIAR EL PORCIENTO DE INTERES, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en 21 plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente en o antes de las siguientes fechas:

| $ 470.00 | en | ENERO | 1 de 19 91 | $ 1,369.00 | en | ENERO | 1 de 19 92 |
|---|---|---|---|---|---|---|---|
| $ | en | | de 19 | $ | en | | de 19 |
| $ | en | | de 19 | $ | en | | de 19 |
| $ | en | | de 19 | $ | en | | de 19 |
| $ | en | | de 19 | $ | en | | de |
| $ | en | | de 19 | $ | en | | de |

y $ 1,369.00 _____, subsiguientemente cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero 20 años _____ de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha de origen, como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado o restructurado, los intereses acumulados por más de noventa (90) días a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses acumulados durante el período de diferimiento y segundo a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1951.8) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse a los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este pagaré. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el Prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, (excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devengaren entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertida bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno, pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación" y un Préstamo Subsiguiente","Reducción de Deuda", "Consolidación", "Restructuración" o una "Reamortización" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré en otorgado para consolidar, reamortizar o evidenciar una restructuración pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| CLAVE Y NUM. DEL PRESTAMO | VALOR DEL PAGARE | TASA DE INTERES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|---|
|  | $ | % | 19 |  | 19 |
|  | $ | % | 19 |  | 19 |
|  | $ | % | 19 |  | 19 |
|  | $ | % | 19 |  | 19 |
|  | $ | % | 19 |  |  |
|  | $ | % | 19 |  |  |
|  | $ | % | 19 |  |  |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas son afectadas por el otorgamiento de esta consolidación, reamortización o restructuración. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciados por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO (GRADUACION): Si en cualquier tiempo el Gobierno determina que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

CONVENIO DE CONSERVACION DE TERRENOS ALTAMENTE ERODABLES Y PANTANOSOS: El Prestatario reconoce que el préstamo descrito en este pagaré estará en incumplimiento si alguna parte del préstamo es usado para un propósito que contribuya a la erosión excesiva de terreno altamente erodable o para la conversión de terreno pantanoso para producir una cosecha agrícola según explicado en el Exhibit M de la subparte G de la Parte 1940 del 7CFR. Si (1) el término del préstamo excede del 1ro. de enero de 1990, pero no al 1ro. de enero de 1995, y (2) el prestatario intenta producir una cosecha en terreno altamente erodable, que está exento de las restricciones del Exhibit M hasta el 1ro. de enero de 1990, o dos años después de que el Servicio de Conservación de Suelos (SCS) haya completado un plan de conservación para la finca del prestatario, lo que ocurra más tarde, el prestatario además conviene que anterior a la pérdida de la exención de la restricción de conservación de terreno altamente erodable, según la parte 12 del 7CFR, el prestatario deberá demostrar que está activamente aplicando en el terreno altamente erodable un plan de conservación de suelos aprobado por el Servicio de Conservación de Suelos (SCS) o el correspondiente Distrito de Conservación de Suelos, si el término del préstamo excede del 1ro. de enero de 1995. El prestatario además conviene en que deberá demostrar antes del 1ro. de enero de 1995 que cualquier producción de cosechas en terrenos altamente erodables después de esa fecha se hará de acuerdo a un plan de conservación aprobado por el Servicio de Conservación de Suelos (SCS) o por el Distrito de Conservación de Suelos, de acuerdo a los requisitos del Servicio de Conservación de Suelos.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este pagaré, COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la "Consolidated Farm and Rural Development Act" o el "Emergency Agricultural Credit Adjustment Act of 1978" y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO". Este pagaré está sujeto a los reglamentos presentes de la Administracion de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

(SELLO)

GILBERTO PIETRI ORENGO(Prestatario)

BERTA PELLICIER RODRIGUEZ(Prestatario)

(SELLO)

BOX 1778
(Direccion del Prestatario)
YAUCO, PR  00768

REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|----------|-------|----------|-------|----------|-------|
| $ 17,800.00 | 06-01-90 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 17,800.00 | |

Agricultura                    POSICION 2                    Formulario FmHA 1940-17(S)
(Rev. 12-88)

Form. ..nHA 427-1(S) PR
(Rev. 10-82)

-----------------------NUMERO VEINTISIETE--------------
NUMBER TWENTY SEVEN----------------

-----------HIPOTECA VOLUNTARIA--------
VOLUNTARY MORTGAGE

En Yauco, Puerto Rico, a primero de junio de mil;nove---
In Yauco, Puerto Rico at first day of june nineteen----
cientos noventa (1990).------------------------
ninety (1990).---------------------------------

-----------------ANTE MI------------
BEFORE ME

-----------CARMEN T. SALICETI MALDONADO------------
-----------CARMEN T. SALICETI MALDONADO------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en Ponce,----
Attorney and Notary Public for the Island of Puerto Rico, with residence in Ponce, Puerto

Puerto Rico-------y oficina en Yauco, Puerto Rico.---------
Rico,--------------and office in Yauco--------------------Puerto Rico.

-----------COMPARECEN--------
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage--------------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances-------------

aparecen de dicho párrafo.-------------------------------------------
appear from said paragraph.--------------------------------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their----

de su edad, estado civil, profesión y vecindad.--------------------------
statements which I believe to be true of their age, civil status, profession and residence.-------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this--

miento.----------------------------------------------------------
voluntary mortgage.----------------------------------------------

-----------EXPONEN--------
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in------------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same-------

denominada de aquí en adelante "los bienes".--------------
hereinafter referred to as "the property".---------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens-------------

se especifican en el párrafo UNDECIMO.-------------------
specified in paragraph ELEVENTH herein.---------------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States-----------

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,------------------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with------------------------



un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)————

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by——————————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the——————————.

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges————————————

hayan estimado sobre la propiedad hipotecada.————————————————
estimated against the property.    ————————————————————

CUARTO: Se sobreentiende que:————————————————————
FOURTH: It is understood that:————————————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the————————————

suma de principal especificada en el mismo, concedido con el propósito y la inten
principal amount specified therein made with the purpose and intention————————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and————————————————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One

consolidando la Administración de Hogares de Agricultores o el Titulo Quinto de
consolidating the Farmers Home Administration or Title Five of————————————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.————————————

das.————————————————————————————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee————————————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.————————————————————————————
will be the insured lender.                 ————————————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the————————————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along————————————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.————————————————————————————
and interest.      ————————————————————————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,————————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender————————————————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".————————————————————
ments on the note, to be designated the "annual charge".————————————————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any————————————



(Rev    J-82)

others in connec    with said lo     s well as any benefit------

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor------

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any------

cualquier convenio suplementario por parte del deudor.------------
supplementary agreement.

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,------

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the------

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage------

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured------

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to------

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt------

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee------

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default------

plimiento por parte del deudor hipotecario.------------
by the mortgagor.------

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note------

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee------

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH------

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the------

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,------

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee------

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof------

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement------

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its------

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any------

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in------

- 3 -

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the—

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor—

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor—

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on—

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,—

y los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and—

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or—

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,—

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to—

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor—

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or—

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest—

ellas, siendo entendido que este gravamen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until—

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and—

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full,—

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the—

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and—

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account—

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and—

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of—

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional—

adicional especificada en el párrafo NOVENO de este documento.————————
amounts as specified in paragraph NINTH hereof.—

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:—————————
SIXTH: That the mortgagor specifically agrees as follows:—

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness—

Forma FmHA 427-1(S) PR
(Rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario,
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del cuatro y medio
subparagraph shall bear interest at the rate of four and a half

por ciento ( 4½ %)
per cent (4½ %)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the



- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance

hasta que los mismos sean satisfechos por el deudor hipotecario.
until repaid to the mortgagee.

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee

hipotecario determinare.
determines.

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely

los propósitos autorizados por el acreedor hipotecario.
for purposes authorised by mortgagee.

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee

tecario bajo los términos de esta hipoteca.
under the terms of this mortgage.

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantiades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions

aprobare el acreedor hipotecario.
approved by mortgagee.

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish



Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgage may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.———————————————————————————
time may prescribe.———————————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.————————————————————————
or lease.———————

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.————————————————————————
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the————————

deudor hipotecario de los convenios de esta hipoteca.————————————————
mortgagor of the covenants of this mortgage.————————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option



podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause————

para adelantos, gastos y otros pagos ————————————————
for advances, expenditures and other payments.————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced————

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,————

en el orden y manera que el acreedor hipotecario determinare.————————
in what ever order and manner mortgagee may determine.————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to————

sarias en la agencia cooperativa en relación con dicho préstamo.————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.————

(Dieciséis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured————

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should default occur, or any one of the persons herein called————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of————



Forma FmHA 427-1(S) PR
(Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,——————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is————————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness————————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and————————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the————————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as——————————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,————————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.————————————————————————
request the protection of the law.—————————————————————————

(Dieciseté) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee————————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements——————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and————————

rarios de abogado.——————————————————————————————
attorney's fees.—————————————————————————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and———

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability————————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness————————————————

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
created hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at————————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation————————————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)————————————





- 10 -



negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by)

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness in favor of mortgagee or

rio, y aquí garantizada; o (Tres), otorgar y entregar cancelaciones parciales de cual-
rio, and hereby secured; or (three) execute and deliver partial release or any

quier parte de los bienes de la hipoteca aquí constituida o otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

posterioración de esta hipoteca a favor de cualquier otro gravamen constituido sobre
postponement of this mortgage to any other lien over-

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage.

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinaciones, cancelación total, radica sola y exclusivamente en el
parciales, subordination, cancelación total, shall be vested solely and exclusively in-

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest-

terés alguno en o sobre el gravamen y los beneficios aquí contenidos.
in or to the lien as to any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any-

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held-

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor, to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidós) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee



el importe   cualquier se.  cia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de DIECISIETE MIL OCHOCIENTOS DOLARES ($17,800.00).
of SEVENTEENTH THOUSAND EIGHT HUNDRED DOLLARS
$17,800.00).

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de América que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan hereinbefore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré:DIECISIETE MIL
should assign this mortgage without insurance of the note, SEVENTEENTH THOUSANDS

OCHOCIENTOS—————————————————DOLARES ($ 17,800.00)
EIGHT HUNDRED——————————————— DOLLARS  ($17,800.00-)

el principal de dicho pagaré, con sus intereses según estipulados a razón del cuatro
the principal amount of said note, together with interest as stipulated therein at the rate of four

y medio——————————————por ciento ( 4½—————— º/o) anual;
and a half——————————————per cent  ( 4½—————º/o) per annum;

- 11 -

Dos. En todo tiempo cuando el pagaré es poseido por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A) DIECISIETE MIL OCHOCIENTOS------------------------
(A) SEVENTEENTH THOUSAND EIGHT HUNDRED---------------

----------------------------------------DOLARES ($ 17,800.00)--
----------------------------------------DOLLARS ($ 17,800.00)--

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as-----

se especifica en el pagare, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,---------

Tercero;---------------------------------------
Three;----------------------------------------

(B) VEINTISEIS MIL SETECIENTOS --------------------
(B) TWENTY SIX THOUSAND SEVEN HUNDRED---------------

----------------------------------------DOLARES ($ 26,700.00)--
----------------------------------------DOLLARS ($ 26,700.00)--

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might----

sufrir bajo su seguro de pago del pagaré.--------------
sustain under its insurance of payment of the note;--------

Tres. En cualquier caso y en todo tiempo;-------------
Three. In any event and at all times whatsoever------

(A) SIETE MIL CIENTO VEINTE DOLARES---------------
(A) SEVEN THOUSAND ONE HUNDRED TWENTY DOLLARS---------

($ 7,120.00------ ) para intereses después de mora;-----------
($ 7,120.00------ ) for default interest;------------

(B) TRES MIL QUINIENTOS SESENTA DOLARES-------------
(B) THREE THOUSAND FIVE HUNDRED SIXTY DOLLARS---------

($3,560.00------) para contribuciones, seguro y otros adelantos para la con-
($3,560.00------) for taxes, insurance and other advances for the preservation;--

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph----

SEXTO, Tercero;-----------------------
SIXTH, Three;------------------------

(C) MIL SETECIENTOS OCHENTA DOLARES------------
(C) ONE THOUSAND SEVEN HUNDRED EIGHTY DOLLARS--------

($ 1,780.00---------- ) para costas, gastos y honorarius de abogado en caso
($ 1,780.00---------- ) for costs, expenses and attorney's fees in case----

de ejecución;---------------------------
of foreclosure;-------------------------

(D) MIL SETECIENTOS OCHENTA DOLARES------------
(D) ONE THOUSAND SEVEN HUNDRED EIGHTY DOLLARS--------

($ 1,780.00------ ) para costas y gastos que incurriere el acreedor hipoteca
($ 1,780.00------ ) for costs and expenditures incurred by the mortgagee in----

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with---

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as------

se consigna en el párrafo SEXTO, Trece.-------------
provided in paragraph (SIXTH, Thirteen.------------



- 12 -

Forma ·mHA 427-1(S) PR
(Rev. 10-82)



DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD——————————————————

de esta hipoteca es (son) descrito(s) como sigue:——————————————
of this mortgage is(are) described as follows:——————————————————

"Pagaré otorgado en el caso número seis tres raya uno seis raya——
"Promissory note executed in case number six three dash one six dash——
cero ocho uno dos seis dos cero tres nueve————————————————
zero eight one two six two zero three nine——————————————
(63-16-081262039)——————————————————fechado el día primero—
(63-16-081262039)——————————————————dated the first—————

(1)——————— de   junio—————————————de mil novecientos——
(1)——————— day of  june—————————nineteen hundred and  ninety———

noventa (1990)——————————por la suma de  DIECISIETE MIL OCHO——
(1990)——————————————in the amount of  SEVENTEENTH THOUSAND—

CIENTOS ($17,800.00)——————————— dólares de principal más—
EIGHT HUNDRED ($17,800.00)——————————— of principal plus———

intereses sobre el balance del principal adeudado a razón del  cuatro y medio——
interest over the unpaid balance at the rate of  four and a half———————

——————————————————————————(4½%———) por ciento anual,
——————————————————————————(4½%———) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments, ———————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed——————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the————

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due———————————————

a los VEINTE (20)—————————————————————————————————
and payable TWENTY (20)——————————————————————————————

años de la fecha de este pagaré.————————————————————————————
years from the date of this promissory note.————————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the————————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United————

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act————

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as————————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers—————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the—————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.—

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which——————————

constituye Hipoteca Voluntaria, se describe como sigue———————————————
voluntary mortgage is constituted, is described as follows:———————————————



- 13 -

To-353 Yauco
Fo-70
Fca-5411
Insc-10ª

RUSTICA:  Predio de terreno de CIENTO CINCUENTA
Y SEIS CUERDAS, sita en los Barrios Naranjo y-
Aguas Blancas del término municipal de Yauco,--
colindante por el NORTE, con terrenos de Luis-
Natalí y otros Antonio Castañer antes, hoy de--
Juan Adrover; por el ESTE, con terrenos de Luis
Natalí y Juan Juliá; por el OESTE, con tierras-
pertenecientes a los Hermanos Giussepi, separa-
dos en parte por una quebrada y por el SUR, con
tierras de Juan Juliá y con la finca de Seis y-
Media Cuerdas que es el remanente de la finca--
principal.  Inscrita en el Registro de la Pro-
piedad de San Germán, al folio ciento sesenta y
cuatro (164) del Tomo Ciento sesenta y siete---
(167) de Yauco, finca número cinco mil cuatro-
cientos once (5411), inscripción primera.------

To-176 Yauco
Fo-69 vto
Fca-5656
Insc 6ª

URBANA:  Solar número veinticuatro (24) del----
Bloque "H" del Plano de Urbanización Luchetti,-
radicado en el Barrio Jácanas, del término mu-
nicipal de Yauco, Puerto Rico, compuesto de----
TRESCIENTOS TREINTA Y TRES METROS OCHENTICINCO-
CENTIMETROS CUADRADOS (333.85 m/c), colindando-
por el NORTE, en veinticuatro metros dieciocho-
centímetros (24.18) con el Solar número H------
veinticinco (H-25); por el SUR, en veinticuatro
metros treinta y ocho centímetros (24.38) con--
el solar número H-veintitres (H-23); por el----
ESTE, en trece metros setenticinco centímetros-
(13.75) con la Calle número Uno (1) de la Urba-
nización; y por el OESTE, en trece metros se----
tenticinco centímetros (13.75) con el Rio Yauco
Enclava una casa de hormigón reforzado y blo----
ques, de una sola planta, dedicada a vivienda.-
Inscrita en el Registro de la Propiedad de San-
Germán, al folio sesenta y cinco (65) del tomo-
ciento setenta y seis (176) de Yauco, finca nú-
mero cinco mil seiscientos cincuenta y seis----
(5656), inscripción primera.--------------------

Adquirió el prestatario la descrita finca por com--
Borrower acquired the described property by purcha-

pra a Don José Manuel Pietri Orengo y Doña Emilia--
se to Mr. Jose Manuel Pietri Orengo y Mrs. Emilia--

Pacheco, la finca A; y por compra a Urbanización---
Pacheco, the farm A; and by purchase to Urbanizacion

Luchetti, Inc., y Banco Crédito y Ahorro Ponceño,--
Luchetti, Inc., and Banco Credito y Ahorro Ponceño,

representados la primera por Don José A. Vientos, y
represented the first by Mr. Jose A. Vientos, and--

el segundo por Don Tomás Serrano, Jr., la finca B,-
the second by Mr. Tomás Serrano, Jr., the farm B,--

según consta de la Escritura número treinta y cinco
pursuant to deed number thirty five (35, dated sep-

(35), de finca cinco (5) de septiembre de mil nove-
tember five (5), nineteen hundred and seventy three

cientos setenta y tres (1973), otorgada en la Ciu--
(1973), executed in the City of Yauco, Puerto Rico.

dad de Yauco, Puerto Rico, ante el notario Luis Ne-
before Notary Luis Negrón Lopez, the farm A; and---



(13-A)

gron Lopez, la finca A; y según consta de la escri-
pursuant to deed number seventy three (73), dated--

tura número setenta y tres (73) de fecha seis (6) de
April six (6), nineteen hundred and sixty eight------

abril de mil novecientos sesenta y ocho (1968),------
(1968), executed in the City of Ponce, Puerto Rico,

otorgada en la Ciudad de Ponce, Puerto Rico, ante el
before Notary Ariel Colón Clavell.------------------

notario Ariel Colón Clavell.------------------------

DUODECIMO:  Que comparecen en la presente escritura
TWELFTH:  The parties appearing in the present deed

como Deudores Hipotecarios DON GILBERTO PIETRI------
as Mortgagors MR. GILBERTO PIETRI ORENGO, social se-

ORENGO, seguro social  número ████████ y DOÑA-
curity number "████████, and MRS. BERTHA PELLI-

BERTHA PELLICIER, también conocida por BERTHA P.----
CIER, as known as BERTHA P. PIETRI, as known as,----

PIETRI, también conocida por BERTA PELLICIER RODRI-
BERTA PELLICIER RODRIGUEZ, as known as, BERTA PE----

GUEZ, también conocida por BERTA PELLICIER, seguro-
LLICIER, social security number "████████, of-

social número ████████, mayores de edad, casa-
legal age, married to each other, propietors and----

dos entre sí, propietarios y vecinos de Yauco,------
neighbors of Yauco, Puerto Rico, whose postal ad----

Puerto Rico, cuya dirección postal és:  Urbanización
dress is:  H-twenty four (H-24), One (1) Street,----

Luchetti, Calle Uno (1) H-veinticuatro (H-24), Yauco
Urbanizacion Luchetti, Yauco, Puerto Rico.----------

Puerto Rico.----------------------------------------

DECIMO TERCERO:  El importe del préstamo aquí con---
THIRTEENTH:  The proceeds of the loan herein guaran-

signado se usó o será usaso--------------------------
teed was used or will be used-----------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------

(14)

Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construidos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851).
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with



- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final, y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, este lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construída previa
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

VIGESIMO: Este instrumento garantiza asimismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)

Vigésimo Primero; Que el número de seguro social patro-

nal de la Administración de Hogares Para Agricultores

según informado es: ███████████

16

Forma FмrмA 427-1(S) PR
(Rev. 10-82)

---ACEPTACION---
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once ------

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.------

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)-

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s) advertí.----------------------------------------------------------
I advised him (them).------------------------------------------------------

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its--------

en su contenido, pone(n) sus iniciales en cada uno de los folios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed------------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES------

FE de todo el contenido de esta escritura.------------------------------------
FAITH to everything contained in this deed.----------------------------------

--Antes de proceder a firmar el notario autorizante hace

constar que ha identificado a los comparecientes median-

te los siguientes documentos: a Don Gilberto Pietri----

Orengo mediante la Licencia de Conducir de Puerto Rico--

número 676529---; y a Doña Berta Pellicier Rodríguez--

mediante la Tarjeta de Identificación Electoral 0887878.

--Que la presente escritura consta de diecisiete (17)---

folios.---------------------------------------------------

REPITO LA FE.------------------------------------------

FIRMADO: GILBERTO PIETRI ORENGO Y BERTA PELLICIER RO-
DRIGUEZ.--------------------------------------------------

FIRMADO, SELLADO, SIGNADO Y RUBRICADO: CARMEN T.-------
SALICETI MALDONADO.--------------------------------------



17



Inscrito este documento ... desde entra al margen de las prededescribo en el mismo. Dominию la foa (5411) gravado con hipoteca a favor de The Federal Land Bank of Baltimore por la suma de $19,000.00 ; dos hipotecas a favor del Puerto Rico Production Credit Association por las sumas de $10,000.00 y $20,000.00 en la foa (3656) afecta a ... vinculación a favor de la APP y de la CRA y mediante instructiva y gravada con hipoteca a favor de la Corporación de Crédito Agrícola por la suma de $16,000.00 y gravadas ambas fincas con hipoteca a favor de la CRA actuando por conducto de la Administración de Hogares de reglamento por las sumas de $45,000.00 , $3,500.00 y $19,200.00 y con la hipoteca aquí constituida.

San Germán a diecisiete de febrero de 1994.

Sin mas.

Registrador

USDA-FmHA
Form FmHA 1940-17
(Rev. 4-92)

**⠀⠀⠀PROMISSORY NOTE**

| | |
|---|---|
| Name<br>PIETRI ORENGO  GILBERTO | |
| State<br>PUERTO RICO | County<br>PONCE |
| Case No.<br>63-16-081262039 | Date<br>SEPTEMBER 4  1997 |
| Fund Code<br>43 | Loan No.<br>12 |

**KIND OF LOAN**

Type: ____EM____

☐ Regular
☐ Limited
⠀⠀Resource

Pursuant to:
☐ Consolidated Farm & Rural Development Act
☐ Emergency Agricultural Credit Adjustment
⠀⠀Act of 1978

**ACTION REQUIRING NOTE**

☐ Initial loan ⠀⠀⠀⠀☐ Rescheduling
☐ Subsequent loan ⠀⠀☐ Reamortization
✓ Consolidated & ⠀⠀☐ Credit sale
⠀⠀subsequent loan ⠀⠀☐ Deferred payments
☐ Consolidation ⠀⠀⠀☐ Debt write down
☐ Conservation
⠀⠀easement

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture,

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀PONCE, PUERTO RICO ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀

(herein called the "Government"), or its assigns, at its office in _____

_____, or at such other place as the Government may later designate in writing, the principal sum of

ONE HUNDRED FIFTY THOUSAND ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀ dollars

($ 150,000.00 ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀), plus interest on the unpaid principal balance at the **RATE** of

THREE AND THREE QUARTERS ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀ percent ( ____3.7500____ %) per annum and

_____dollars ($ _____ )

of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farmers Home Administration, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀31

⠀⠀⠀⠀Principal and interest shall be paid in _____ installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

| | | | | |
|---|---|---|---|---|
| $ 2,528.00 | on 1/1/98 | ; $ 8,414.00 | on 1/1/99 | ; |
| $_____ | on _____ | ; $_____ | on _____ | ; |
| $_____ | on _____ | ; $_____ | on _____ | ; |
| $_____ | on _____ | ; $_____ | on _____ | ; |
| $_____ | on _____ | ; $_____ | on _____ | ; |

and $ 8,414.00 _____ thereafter on 1/1 _____ of each YEAR _____ until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable ____30____ years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

⠀⠀⠀⠀If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

For each rescheduled, reamortized or consolidated note for applications for Primary and Preservation Loan Service Programs received prior to November 28, 1990, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument. For applications for Primary and Preservation Loan Service Programs received on or after November 28, 1990, all unpaid interest accrued to the date of this instrument shall be added to the principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal. Nonprogram loans are not eligible for deferral.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in the regulations (7 CFR §1951.8) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

| FUND CODE/ LOAN NO. | FACE AMOUNT | INT. RATE | DATE | ORIGINAL BORROWER | LAST INSTALL. DUE |
|---|---|---|---|---|---|
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

REFINANCING (GRADUATION) AGREEMENT: If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan.

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived

(SEAL)

GILBERTO PIETRI ORENGO                              *(Borrower)*

BERTA PELLICIER RODRIGUEZ

BOX 1778
YAUCO, P. R.  00698

RECORD OF ADVANCES

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $ 150,000.00 | 9/4/97 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL | $ 150,000.00 |

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

```
------------------------NUMERO CINCUENTA Y NUEVE ------------
----------------------NUMBER FIFTY NINE --------------------
```

```
--------------------HIPOTECA VOLUNTARIA-------------------
--------------------VOLUNTARY MORTGAGE--------------------
```

En Yauco, Puerto Rico, a los  Cuatro  (4)------días del--
In  Yauco, Puerto Rico, at  Four (4)--------days of the--
mes de Septiembre de mil novecientos noventa y siete.---
month  of September of nineteen hundred and ninety-
seven.---------------------------------------------------

```
------------------------ANTE  MI -------------------------
------------------------BEFORE ME ------------------------
```

---IGNACIO PINTADO PINTADO, Colegiado Número Cinco------
---IGNACIO PINTADO PINTADO, Collegiate Number Five------
Nueve Cuatro Seis (5946),-------------------------------
Nine Four Six (5946),----------------------------------
Abogado y Notario Público de la Isla de Puerto Rico con residencia en  Yauco,--
Attorney and Notary Public for the Island of Puerto Rico, with residence in   Yauco,------

Puerto Rico -------y oficina en  Yauco, Puerto Rico,--
Puerto Rico -------and office in   Yauco,-------------- Puerto Rico.--

```
---------------------COMPARECEN---------------------------
---------------------APPEAR------------------------------
```

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage----

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances---------

aparecen de dicho párrafo.-------------------------------
appear from said paragraph.-------------------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their---

de su edad, estado civil, profesión y vecindad.----------
statements which I believe to be true of their age, civil status, profession and residence.--

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this---

miento.--------------------------------------------------
voluntary  mortgage.-------------------------------------

```
---------------------EXPONEN-----------------------------
---------------------WITNESSETH:-------------------------
```

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in-------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same---

denominada de aquí en adelante "los bienes",-----------
hereinafter referred to as "the property".--------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens----

se especifican en el párrafo UNDECIMO.-----------------
specified in paragraph ELEVENTH herein.----------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States----

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,--------------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with------------



un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)—

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by—

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the —

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges—

hayan estimado sobre la propiedad hipotecada—
estimated against the property.—

CUARTO: Se sobreentiende que—
FOURTH: It is understood that—

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the—

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty One

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of

la Ley de Hogares de mil novecientos cuarenta y nueve según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty Nine, as amended

das—

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee—

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note in turn

prestamista asegurado.—
will be the insured lender.—

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario el acree-
(Three) When payment of the note is insured by the mortgagee the

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré—
and interest—

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual"
ments on the note, to be designated the "annual charge"

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any

2

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor————————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————————

cualquier convenio suplementario por parte del deudor————————————————
supplementary agreement.

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the————————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————————

plimiento por parte del deudor hipotecario.
by the mortgagor.————————————————

QUINTO. Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH. That, in consideration of said loan and (a) at all times when the note————————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, to guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH————————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the————————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,————————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsement by reason of any default by the mortgagor, and (c) in any————————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever in guarantee of the additional amounts specified in————————

3

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof and to secure the

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof together with all rights

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances therein belonging,

a los mismos, toda renta, créditos, beneficios de los mismos y todo producto e
The rents, issues and profits thereof and revenues and

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by reason of any sale, lease, transfer, conveyance or total or

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest

ellas, siendo entendido que este gravamen quedará en toda su fuerza y vigor hasta
therein it being understood that this lien will continue in full force and effect until

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof with interest before and

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvente, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums and

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations with interest on all and all other charges and additional

adicional especificada en el párrafo NOVENO de este documento.
amounts as specified in paragraph NINTH hereof

SEXTO  El deudor hipotecario expresamente conviene lo siguiente:
SIXTH  That the mortgagor specifically agrees as follows:

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness

4

Forma FmHA 1927-1(5) PR
(Rev. 6-93)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.——

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the——————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee——————

hipotecario como agente cobrador del tenedor del mismo.————————————
as collection agent for the holder.————————————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal——————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by——————————

reglamentos de la Administración de Hogares de Agricultores.————————
regulations of the Farmer's Home Administration.————————————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,——————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less——————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder——————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement——————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.——————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.——————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held——————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited——————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance——————

por el acreedor hipotecario por cuenta del deudor hipotecario.————————————
by the mortgagee for the account of the mortgagor.——————————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this——————————

párrafo devengará intereses a razón del TRES PUNTO SETENTA Y CINCO————
subparagraph shall bear interest at the rate of THREE POINT SEVENTY FIVE————

————————————por ciento ( ——3.75 °/o)——————————————
————————————per cent   ( ——3.75 °/o)——————————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga ————————————————————
to the mortgagee ————————————————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the————————



5

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate——————————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance——————————————

hasta que los mismos sean satisfechos por el deudor hipotecario.——————————————————
until repaid to the mortgagee,——————————————————————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,——————————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the——————————————————————————————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance——————————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant——————————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the——————————————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments——————————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any——————————————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee—————————————————

hipotecario determinará.——————————————————————————————————————
determines.——————————



(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely——————————————————————————

los propósitos autorizados por el acreedor hipotecario.——————————————————————
for purposes authorized by mortgagee.——————————————————————————————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, grava-
(Seven) To pay when due all taxes, special assessments, liens——————————————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagor——————————

tecario bajo los términos de esta hipoteca.————————————————————————————————
under the terms of this mortgage.——————————————————————————————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required—————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the property——————————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions——————

apruebe el acreedor hipotecario.——————————————————————————————————————
approved by mortgagee.——————————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all——————————————

reparaciones necesarias para la conservación de los bienes: no cometerá ni per-
necessary repairs for the conservation of the property he will not commit nor————————

mitirá que se cometa ningún deterioro de los bienes ni removerá ni demolerá
permit to be committed any deterioration of the property, he will not remove nor demolish

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other——————————

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out——————————

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time to——————————

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices——————————

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to——————————

tiempo pueda prescribir.—————————————————————————————
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified——————————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor——————————

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it——————————

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation——————————

ción o al arrendamiento.—————————————————————————————
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require——————————

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the——

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations——

que afecten los bienes o su uso.—————————————————————————
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times—

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not——

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall———

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened——

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the——————————

deudor hipotecario de los convenios de esta hipoteca.—————————————————
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession——

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify——————————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option——————————



7

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness of mortgagee hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in whatever order and manner mortgagee may determine

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluida como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.
request the protection of the law.

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and

rarios de abogado.
attorney's fees.

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby and without affecting the lien created upon said property or the priority of

gravamen el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando este en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituida u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituido sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él o la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de CIENTO CINCUENTA MIL DOLARES ($150,000.00).
of ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00).

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be



miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado
insuring of the loan hereinbefore mentioned

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré:
should assign this mortgage without insurance of the note,

CIENTO CINCUENTA MIL ----------DOLARES ($150,000.00
ONE HUNDRED FIFTY THOUSAND ----------DOLLARS ($150,000.00

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

Tres punto Setenta y Cinco----por ciento (--3.75--%) anual;
Three point Seventy Five----per cent (--3.75--%) per annum;

11

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender.

(A)   CIENTO CINCUENTA MIL
(A)   ONE HUNDRED FIFTY THOUSAND

—————————————————————————DOLARES ($150,000.00)—
—————————————————————————DOLLARS ($150,000.00)—

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH.

Tercero;—
Three;—

(B)   DOSCIENTOS VEINTICINCO MIL
(B)   TWO HUNDRED TWENTY FIVE THOUSAND

—————————————————————————DOLARES ($ 225,000.00)—
—————————————————————————DOLLARS ($ 225,000.00)—

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might

sufrir bajo su seguro de pago del pagaré.
sustain under its insurance of payment of the note;

Tres. En cualquier caso y en todo tiempo;
Three. In any event and at all times whatsoever

(A)   SESENTA MIL DOLARES
(A)   SIXTY THOUSAND DOLLARS

($ 60,000.00 ————————) para intereses después de mora
($ 60,000.00 ————————) for default interest

(B)   TREINTA MIL DOLARES
(B)   THIRTY THOUSAND DOLLARS

($30,000.00 ————————) para contribuciones, seguro y otros adelantos para la con-
($30,000.00 ————————) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph

SEXTO, Tercero;—
SIXTH, Three

(C)   QUINCE MIL DOLARES
(C)   FIFTEEN THOUSAND DOLLARS

($ 15,000.00 ————————) para costas, gastos y honorarios de abogado en caso
($ 15,000.00 ————————) for costs, expenses and attorney's fees in case

de ejecución;—
of foreclosure

(D)   QUINCE MIL DOLARES
(D)   FIFTEEN THOUSAND DOLLARS

($ 15,000.00 ————————) para costas y gastos que incurriere el acreedor hipoteca-
($ 15,000.00 ————————) for costs and expenses incurred by the mortgagee in

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as

se consigna en el párrafo SEXTO, Trece.
provided in paragraph SIXTH, Thirteen.



12

Forma FmHA 142-1(59) PR
(Rev. 6-93)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD----------------------

de esta hipoteca es (son) descrito(s) como sigue:-------------------------
of this mortgage is(are) described as follows:

"Pagaré otorgado en el caso número  Seis Tres guión Uno Seis guión-----
"Promissory note executed in case number  Six Three dash One Six dash-----
Cero Ocho Uno Dos Seis Dos Cero Tres Nueve--------------
Zero Eight One Two Six Two Zero Three Nine--------------
(63-16-081262039),------------------- fechado el día----------
(63-16-081262039),------------------- dated the -----------

Cuatro (4)-----de  Septiembre ------- de mil novecientos --------
Four (4)------day of September  ------nineteen hundred and -----

noventa y siete (1997), por la suma de  CIENTO CINCUENTA-----
ninety seven (1997),--- in the amount of  ONE HUNDRED FIFTY----

MIL ($150,000.00) -------------------- dolares de principal mas ----
THOUSAND DOLLARS ($150,000.00) ---------------of principal plus -----

intereses sobre el balance del principal adeudado a razon del  Tres punto------
interest over the unpaid balance at the rate of  Three point------

Setenta y Cinco ---------------(--3.75%----) por ciento anual,
Seventy Five  ----------------(--3.75%----) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,---------

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed:

entre el Prestatario y el Gobierno, excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due ---

a los  TREINTA (30) ---------------------------------------
and payable  THIRTY (30) -------------------------------------

años de la fecha de este pagaré---  -----------------------
years from the date of this promissory note -  ---

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as ---------

han sido enmendadas y está sujeto a los presentes reglamentos de la Administracion
amended, and is subject to the present regulations of the Farmers----  ---

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the  ----

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.----------
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH

UNDECIMO  Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH  That the property object of this deed and over which



constituye Hipoteca Voluntaria, se describe como sigue------------
voluntary mortgage is constituted, is described as follows  ----



-----RUSTICA:   Predio de terreno de CIENTO CINCUENTA---
Y SEIS CUERDAS (156.00 cds.), sita en los Barrios---
Naranjo y Aguas Blancas, del término municipal de------
Yauco, Puerto Rico; colindante al NORTE, con tierras--
de Luis Natali y otras que eran de Antonio Castaner---
antes, hoy Juan Adrover; por el ESTE, con tierras de---
Luis Natali y Juan Juliá; por el OESTE, con tierras---
pertenecientes a los hermanos Guissepi, separados en--
parte por una quebrada, y por el SUR, con tierras de--
Juan Juliá, y con la finca de Seis punto Cincuenta----
Cuerdas (6.50 cds.), que es el remanente de la finca---
principal.-----

-----Inscrita al Folio Ciento Sesenta y Cuatro (164),--
del tomo Ciento Sesenta ySiete (167) de Yauco, Finca--
Número Cinco Mil Cuatrocientos Once (5411).-----

Adquirió el prestatario la descrita finca por compra.-----
Borrower acquired the described property by purchase.-----

según consta de la Escritura Número Diecinueve (19) y Treinticinco--
pursuant to Deed Number Nineteen (19) and Thirty Five------------
(35),-----

de fecha Junio Diecinueve (19), mil novecientos sesenta y-----
dated June Nineteen (19), nineteen hundred and sixty-----
siete (1967) y Septiembre Cinco (5), mil novecientos-----
seven (1967) and September Five (5), nineteen hundred--
setenta y tres (1973),-----
seventy three (1973),-----
otorgada en la ciudad de  Yauco, Puerto Rico,-----
executed in the city of   Yauco, Puerto Rico,-----

ante el Notario  Rafael Toro Cubergé y Luis A. Negrón López.-
before Notary Rafael Toro Cubergé and Luis A. Negrón López.--

Dicha propiedad se encuentra sujeta a las cargas que aparecen---
Said property is  liable at the burden that appeared-----

en el Registro de la Propiedad de Puerto Rico, Sección
in the Register of the Property of Puerto Rico, Section

de Ponce II.-----
Ponce II.-----

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors -----

carios  DON GILBERTO PIETRI ORENGO Y DOÑA BERTA PELLICIER-
are  MR. GILBERTO PIETRI ORENGO AND MRS. BERTA PELLICIER-
RODRIGUEZ, mayores de edad, casados entre sí, propieta-
RODRIGUEZ, of legal age, married, proprietors-----
rios y vecinos de Yauco, Puerto Rico;-----
and neighbors of Yauco, Puerto Rico;-----

cuya dirección postal es: Apartado Mil Setecientos Setenta y-----
whose postal address is   Box One Thousand Seven Hundred Seventy--

Ocho (1778), Yauco, Puerto Rico.-----
Eight (1778), Yauco, Puerto Rico.-----

DECIMO TERCERO: El importe del préstamo aquí consignado se usó o será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used-----

14

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).————————————————————————
installations on the described farm(s).————————————————————————

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construida, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan————————

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless——

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as——————

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause————————

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the————————

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government, at its option may declare due and payable the loan and proceed to————

ejecución de la hipoteca.————————————————————————
the foreclosure of the mortgage————————————————————————

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction————————

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,————



ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the————————

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present—

dueños deudores o por sus cesionarios o causahabientes.——————————
owners or by their assignees or successors.————————————————

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and——————

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or——————

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)——————

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future——————————

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings————

allí enclavados o que en el futuro fueran construidos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted——

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen——————

(13) de veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31——————

L.P.R.A. 3851)———————————————————————————
L.P.R.A. 3851)———————————————————————————

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any——————————

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with————

- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca
of the property encumbered by this Mortgage

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final, y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, este lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local
notify it in writing to the County Supervisor

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construida previa
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal laws

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

VIGESIMO: Este instrumento garantiza asimismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarenta y dos del Código
Government pursuant to Forty-Two

de Estados Unidos, Sección Mil Cuatrocientos Noventa a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety a (42 U.S.C. 1490a)



16

-----El Numero de Seguro Social de Don Gilberto----
------The Social Security Number is Mr. Gilberto----

Pietri Orengo es:  Cero Ocho Uno guión Dos Seis----
Pietri Orengo is:  Zero Eight One dash Two Six-----

guión Dos Cero Tres Nueve (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),-----------
dash Two Zero Three Nine (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);------------

el Número de Seguro Social de Doña Berta Pellicier-
the Social Security Number of Mrs. Berta Pellicier-

Rodríguez es:  Uno Cero Ocho guión Dos Seis guión--
Rodríguez is:  One Zero Eight dash Two Six dash----

Uno Cuatro Uno Uno (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) y---------------
One Four One One (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) and---------------

el Número de Seguro Social Patronal Federal--------
the Social Security Patronal Federal Number--------

de la Farm Service Agency, Oficina de Ponce es:----
of the Farm Service Agency, County of Ponce is:----

Ocho Cero Seis guión Uno Cero Seis guión Cuatro----
Eight Zero Six dash One Zero Six dash Four---------

Nueve Cero Seis (806-106-4906).-------------------
Nine Zero Six (806-106-4906).--------------------



------YO, EL NOTARIO AUTORIZANTE, hago constar que--
------I, THE AUTHORIZING NOTARY, I had identified---

he identificado al compareciente en esta----------
the appear party in this--------------------------

escritura, mediante el siguiente documento de------
deed, with the following identity-----------------

identidad:  Don Gilberto Pietri Orengo, mediante la
document:  Mr. Gilberto Pietri Orengo, with the----

Licencia de Conducir Número Seis Siete Seis Cinco--
Driver License Number Six Seven Six Five----------

Dos Nueve (676529);-------------------------------
Two Nine (676529);--------------------------------

y Doña Berta Pellicier Rodríguez, mediante la------
and Mrs. Berta Pellicier Rodríguez, with the------

Tarjeta Electoral Número Cero Ocho Ocho Siete Ocho-
Electoral Card Number Zero Eight Eight Seven Eight-

Siete Ocho (0887878).-----------------------------
Seven Eight (0887878).----------------------------

--------------------------------------------------

--------------------------------------------------

--------------------------------------------------

--------------------------------------------------

16-A

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

-----------------------ACEPTACION-----------------------
ACEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once----------

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.---------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.----------

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) comparaciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)------

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)  advertí.--------------------------------------------------------------
I advised him (them).---------------------------------------------------------

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its-------------

en su contenido, pone(n) sus iniciales en cada uno de los folios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed-------------------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES----------

FE de todo el contenido de esta escritura.----------------------------------------
FAITH to everything contained in this deed.----------------------------------------

FIRMADO:  GILBERTO PIETRI ORENGO Y BERTA PELLICIER----
RODRIGUEZ.--------------------------------------------------------

Firmado, Signado, Sellado y Rubricado:  IGNACIO-------
PINTADO PINTADO.----------------------------------------

Exenta del pago de los derechos de Rentas Internas.----
Tiene adherido y cancelado el correspondiente Sello---
del Impuesto Notarial del Colegio de Abogados de------
Puerto Rico.--------------------------------------------

                    CERTIFICO que es copia fiel y------
                    exacta de su original obrante en-
                    mi Protocolo de Instrumentos------
                    Públicos del corriente año al que-
                    me remito.  Y a petición de-------
                    Don Gilberto Pietri Orengo y------
                    Doña Berta Pellicier Rodríguez,---
                    expido una copia de la presente---
                    escritura, la cual consta de------
                    Diecisiete (17) folios, dejando---
                    anotada dicha expedición en el día
                    de hoy, Cuatro (4) de Septiembre--
                    de mil novecientos noventa y------
                    siete.--------------------------------

17

describe a la finca # 5411 de que se el:
frío movil
inc 12.
Afecta a 3 hipotecas por la suma de:
$17,000.00 · $10,000.00 y $20,000.00
a favor de Federal Land Bank y a favor de
Puerto Rico Production Credit Association res-
pectivamente y afecta 4 hipotecas por la
suma de: $65,000.00 — $35,000.00 · $10,000.00
y $17,800.00, respectivamente a favor de Estado
Unión de América, los cuales fueron
modificados y afecta a la hipoteca que
por este documento se constituye y. Posee
a 21 de Noviembre de 1997
Sin decretos.



USDA-FmHA
Form FmHA 1940-17
(Rev. 4-92)

COPY

**PROMISSORY NOTE**

| KIND OF LOAN |
| --- |
| Type: _OL_     ☐ Regular |
|       ☒ Limited Resource |
| Pursuant to: |
| ☐ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Name |
| --- |
| GILBERTO PIETRI ORENGO |

| State | County |
| --- | --- |
| PUERTO RICO | PONCE |

| Case No. | Date |
| --- | --- |
| 63–016–081–26–2039 | JULY 21, 1998 |

| Fund Code | Loan No. |
| --- | --- |
| 44 | 13 |

| ACTION REQUIRING NOTE | |
| --- | --- |
| ☐ Initial loan | ☐ Rescheduling |
| ☐ Subsequent loan | ☐ Reamortization |
| ☐ Consolidated & subsequent loan | ☐ Credit sale |
| | ☐ Deferred payments |
| ☐ Consolidation | ☐ Debt write down |
| ☐ Conservation easement | |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture, (herein called the "Government"), or its assigns, at its office in _____ PONCE, PUERTO RICO

_____, or at such other place as the Government may later designate in writing, the principal sum of

ONE HUNDRED THOUSAND _____ dollars

($100,000.00 _____), plus interest on the unpaid principal balance at the RATE of

FIVE _____ percent ( 5.00 %) per annum and

_____ dollars ($ _____ )

of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farmers Home Administration, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in _– 8 –_ installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

| | | | |
| --- | --- | --- | --- |
| $ 2,247.00 | on 01-01-99 | ; $ 17,282.00 | on 01-01-00 ; |
| $ N/A | on _____ | ; $ N/A | on _____ ; |
| $ N/A | on _____ | ; $ N/A | on _____ ; |
| $ N/A | on _____ | ; $ N/A | on _____ ; |
| $ N/A | on _____ | ; $ N/A | on _____ ; |
| $ N/A | on _____ | ; $ N/A | on _____ ; |

and $ 17,282.00 _____ thereafter on 01-01 of each YEAR _____ until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable _– 7 –_ years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

(SEAL)

GILBERTO PIETRI ORENGO      *(Borrower)*

BERTA PELLICIER RODRIGUEZ      (Co–Borrower)

P.O. BOX 1778

YAUCO, P.R. 00698

## RECORD OF ADVANCES

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $100,000.00 | 07-21-98 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $100,000.00 | |



For each rescheduled, reamortized or consolidated note for applications for Primary and Preservation Loan Service Programs received prior to November 28, 1990, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument. For applications for Primary and Preservation Loan Service Programs received on or after November 28, 1990, all unpaid interest accrued to the date of this instrument shall be added to the principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal. Nonprogram loans are not eligible for deferral.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in the regulations (7 CFR §1951.8) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, to be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

| FUND CODE/ LOAN NO. | FACE AMOUNT | INT. RATE | DATE | ORIGINAL BORROWER | LAST INSTALL. DUE |
|---|---|---|---|---|---|
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

REFINANCING (GRADUATION) AGREEMENT: If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan.

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

---
NUMERO SESENTA Y CINCO ----------
NUMBER SIXTY FIVE ----------

---
HIPOTECA VOLUNTARIA ----------
VOLUNTARY MORTGAGE ----------

En Yauco, Puerto Rico, a los Veinte (20)--------días del-
la Yauco, Puerto Rico, at Twenty (20)--------days of the-
mes de Julio de mil novecientos noventa y ocho.----------
month of July of nineteen hundred and ninety eight.----------

---
ANTE MI ----------
BEFORE ME ----------

---IGNACIO PINTADO PINTADO, Colegiado Número Cinco----
---IGNACIO PINTADO PINTADO, Collegiate Number Five----
Nueve Cuatro Seis (5946),----------
Nine Four Six (5946),----------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en Yauco,
Attorney and Notary Public for the Island of Puerto Rico, with residence in Yauco,

Puerto Rico ------- y oficina en Yauco, Puerto Rico.----------
Puerto Rico ------- and office in Yauco,----------Puerto Rico----



---
COMPARECEN ----------
APPEAR ----------

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage----------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances----------

aparecen de dicho párrafo.----------
appear from said paragraph.----------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their--

de su edad, estado civil, profesión y vecindad.----------
statements which I believe to be true of their age, civil status, profession and residence,----------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this----

miento.----------
voluntary mortgage.----------

---
EXPONEN ----------
WITNESSETH: ----------

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in----------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same----

denominada de aquí en adelante "los bienes".----------
hereinafter referred to as "the property".----------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens----------

se especifican en el párrafo UNDECIMO.----------
specified in paragraph ELEVENTH herein.----------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States----------

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,----------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with----------

un préstamo o préstamos evidenciado por uno o más pagarés o convenio sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)—

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by the—

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the——

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges——

hayan estimado sobre la propiedad hipotecada.
estimated against the property.——

CUARTO: Se sobreentiende que:
FOURTH: It is understood that:——

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the——

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention——

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and——

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One——

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of——

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.——

das.——

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee——

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,——

prestamista asegurado.
will be the insured lender.——

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the——

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along——

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal——

tereses de dicho pagaré.
and interest.——

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,——

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender——

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-——

que será designada como "cargo anual".
ments on the note, to be designated the "annual charge".——

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder——

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any——



-2-

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

quiera otros en relación con dicho préstamo    como también a los beneficios
others in connection with said loan, as well as any benefit

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any

cualquier convenio suplementario por parte del deudor.
supplementary agreement.

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt-

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default

plimiento por parte del deudor hipotecario.
by the mortgagor.

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee

tía de las sumas especificadas en el subpárrafo (Dos) del Párrafo NOVENO aquí
of the amounts specified in subparagraph 2Two of paragraph NINTH hereof,

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in



- 3 -

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the—————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor——————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on——————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,—

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,—————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or—————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to—————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or—————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest——————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until—

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.——————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el ac ee
thereon before and after maturity until paid, losses sustained by the————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual
mortgagee as insurer of the note, taxes, insurance premiums, and———————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account——

hipotecario con sus intereses hasta que sean pagadas al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of——————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional———

adicional especificada en el párrafo NOVENO de este documento.——————
amounts as specified in paragraph NINTH hereof.——————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:—————
SIXTH: That the mortgagor specifically agrees as follows:—————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness———————————

- 4 -




Forma FmHA 1927-1(S) PR
(Rev. 6-93)

aquí b...antizada e indemnizar y conservar libr...   e pérdida al acreedor hipotecario
to the mortgage hereby secured and to indemnify and save harmless the mortgage against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.——

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the——

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgage,——

hipotecario como agente cobrador del tenedor del mismo.——————————————
as collection agent for the holder.——

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal——

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by——

reglamentos de la Administración de Hogares de Agricultores.——————————
regulations of the Farmer's Home Administration.——

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,——

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less——

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgage to the holder——

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement——

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.——————
referred to in paragraph FOURTH hereof for the account of the mortgagor.——

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held——

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagor or by an insured lender, may be credite——

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgage on the note and thereupon shall constitute an advance——

por el acreedor hipotecario por cuenta del deudor hipotecario.——————————
by the mortgage for the account of the mortgagor.——

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagor as described in this——

párrafo devengará intereses a razón del C I N C O   ( R E C U R S O S   L I M I T A D O S )   - - -
subparagraph shall bear interest at the rate of   F I V E   ( L I M I T E D   R E S O U R C E ) - - - - - -

—————————— por ciento (- - 5.00 - °/o)——————————
—————————— per cent   (- - 5.00 - °/o)——————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.——————————————————————————
to the mortgage.——

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any——

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagor for property insurance premiums, repairs,——

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property.——————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the——



- 5 -

el deudor hipotecario dejado de pag... por los mismos, devengará intereses a
mortgagor's failure to pay the same, shall bear interest at the rate

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance

hasta que los mismos sean satisfechos por el deudor hipotecario.
until repaid to the mortgagee.

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee

hipotecario determinare.
determines.

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely

los propósitos autorizados por el acreedor hipotecario.
for purposes authorized by mortgagee.

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagor

tecario bajo los términos de esta hipoteca.
under the terms of this mortgage.

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions

aprobare el acreedor hipotecario.
approved by mortgagee.

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor

mitirá que se cometa ningún deterioro de los bienes; ni removerá, ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

· 6 ·

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

ningún edificio o mejora en los bienes, ni corta ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option



podrá instituir aquellos procedimien   que fueren necesarios en defensa de sus
may institute the necessary proceedings t   efense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgagee may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of





- 8 -

Forma FmHA 1927-1(S) PR
Rev. 6-93)

dores, o los bienes o parte de ellos o cualquier inte. en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,——————————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,——————————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is——————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to——————————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness——————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and——————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)——————————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the——————————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as——————————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,——————————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property——————————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.——————————————————————————
request the protection of the law.——————————————————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee——————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements——————————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including——————————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and——————————

rarios de abogado.——————————————————————————
attorney's fees.——————————————————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and——————————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligations herein set forth, and without affecting the liability——————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness——————————

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at——————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation——————————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two) ——————————



9.

negociar con el deudor hipoteca | o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituida u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituido sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee





- 10 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public ------

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment ------

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so ------

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment ------

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this ------

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario. ------
mortgage, and if any amount then remains, will pay such amount to mortgagor. ------

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case ------

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended, ------

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount ------

de CIEN MIL DOLARES ($100,000.00) ------
of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) ------

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirment of law and agrees to be ------

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay- ------

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the ------

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations ------

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the ------

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and ------

y aseguramiento del préstamo antes mencionado. ------
insuring of the loan herein before mentioned. ------

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes: ------
NINTH: The amounts guaranteed by this mortgage are as follows: ------

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of ------

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee ------

hipotecario cediere esta hipoteca sin asegurar el pagaré ------
should assign this mortgage without insurance of the note, ------

CIEN MIL ------ DOLARES ($100,000.00)
ONE HUNDRED THOUSAND ------ DOLLARS ($100,000.00)

el principal de dicho pagaré, con sus intereses según estipulados a razón del ------
the principal amount of said note, together with interest as stipulated therein at the rate of ------

Cinco (Recursos Limitados) --- por ciento (--5.00--- %) anual;
Five (Limited Resource) ------ per cent (--5.00--- %) per annum;



- 11 -

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista ase~~~~ado:
Two. At all times when said note is held by an insured lender:

(A)   CIEN MIL
(A)   ONE HUNDRED THOUSAND
                                    DOLARES ($100,000.00)
                                    DOLLARS  ($100,000.00)

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender

por motivo del incumplimiento del deudor hipotecario de pagar los plazos segun
by reason of mortgagor's failure to pay the installments as

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,

Tercero:
Three:

(B)   CIENTO CINCUENTA MIL
(B)   ONE HUNDRED FIFTY THOUSAND
                                    DOLARES ($150,000.00)
                                    DOLLARS  ($150,000.00)

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might

sufrir bajo su seguro de pago del pagaré;
sustain under its insurance of payment of the note;

Tres. En cualquier caso y en todo tiempo:
Three. In any event and at all times whatsoever:

(A)   CUARENTA MIL DOLARES
(A)   FORTY THOUSAND DOLLARS

($40,000.00      ) para intereses después de mora:
($40,000.00      ) for default interest:

(B)   VEINTE MIL DOLARES
(B)   TWENTY THOUSAND DOLLARS

($20,000.00      ) para contribuciones, seguro y otros adelantos para la con-
($20,000.00      ) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph

SEXTO, Tercero;
SIXTH, Three;

(C)   DIEZ MIL DOLARES
(C)   TEN THOUSAND DOLLARS

($10,000.00      ) para costas, gastos y honorarios de abogado en caso
($10,000.00      ) for costs, expenses and attorney's fees in case

de ejecución;
of foreclosure;

(D)   DIEZ MIL DOLARES
(D)   TEN THOUSAND DOLLARS

($10,000.00      ) para costas y gastos que incurriere el acreedor hipoteca-
($10,000.00      ) for costs and expenditures incurred by the mortgagee in

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as

se consigna en el párrafo SEXTO, Trece;
provided in paragraph SIXTH, Thirteen;




- 12 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD————————————————

de esta hipoteca es (son) descrito(s) como sigue:————————————————
of this mortgage is(are) described as follows:————————————————————

"Pagaré otorgado en el caso número Seis Tres guión Uno Seis guión——
"Promissory note executed in case number Six Three dash One Six dash—
Cero Ocho Uno Dos Seis Dos Cero Tres Nueve—————————————
Zero Eight One Two Six Two Zero Three Nine——————————————
(63-16-081262039),———————————————fechado el día——————
(63-16-081262039),———————————————dated the——————————

Veinte (20)———— de Julio —————————de mil novecientos————
Twenty (20)———— day of July —————————nineteen hundred and—————————

noventa y ocho (1998)—— por la suma de CIEN MIL—————————
ninety eight (1998)———— in the amount of ONE HUNDRED THOUSAND—

($100,000.00) ————————————————dólares de principal más
DOLLARS ($100,000.00) ———————————————of principal plus—————

intereses sobre el balance del principal adeudado a razón del ———————————
interest over the unpaid balance at the rate of—————————————————

Cinco (Recursos Limitados)————(———5.00%————) por ciento anual,
Five (Limited Resource)———————(———5.00%————) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,———————

ciones y estipulaciones contenida en dicho pagaré y según acordadas y convenidos
conditions and stipulation contained in the promissory note and as agreed—————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the—

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due ————————————

a los SIETE (7)————————————————————————————
and payable SEVEN (7)————————————————————————————

años de la fecha de este pagaré.————————————————————————
years from the date of this promissory note ————————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the————————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United ————

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act———————

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as—————————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulation of the Farmers———————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the ————————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.——————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH ———

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which———————————

constituye Hipoteca Voluntaria, se describe como sigue:—————————————
voluntary mortgage is constituted, is described as follows:————————————————



· 13 ·



-----RUSTICA  Predio de terreno de CIENTO CINCUENTA Y SEIS------
CUERDAS (156 00 cds ), sita en los Barrios Naranjo y Aguas Blancas, del-
termino municipal de Yauco, Puerto Rico; colindante al **NORTE**, con------
tierras de Luis Natali y otras que eran de Antonio Castañer antes, hoy Juan-
Adrover, por el **ESTE**, con tierras de Luis Natali y Juan Juliá; por el---------
**OESTE**, con tierras pertenecientes a los hermanos Guissepi, separados en-
parte por una quebrada, y por el **SUR**, con tierras de Juan Juliá, y con la-----
finca de Seis punto Cincuenta Cuerdas (6.50 cds ), que es el remanente de la
finca principal ------------------------------------------------

-----Inscrita al folio Ciento Sesenta y Cuatro (164), del tomo Ciento Sesenta
y Siete (167) de Yauco, Finca Numero Cinco Mil Cuatrocientos Once-------
(5411) --------------------------------------------------------

Adquirieron los prestatarios la descrita finca por compra, según consta de la
Borrowers acquired the described property by purchase, pursuant to---------

Escritura Número Diecinueve (19) y Treinticinco (35), de fecha Junio--------
Deed Number Nineteen (19) and Thirty Five (35), dated June-----------------

Diecinueve (19), mil novecientos sesenta y siete (1967) y Septiembre Cinco-
Nineteen (19), nineteen hundred and sixty seven (1967) and September Five

(5), mil novecientos setenta y tres (1973), otorgadas en la ciudad de---------
(5), nineteen hundred and seventy three (1973), executes in the city of-------

Yauco, Puerto Rico, ante el Notario Rafael Toro Cubergé y Luis A.----------
Yauco, Puerto Rico, before Notary Rafael Toro Cubergé and Luis A.---------

Negrón López.-------------------------------------------------
Negrón López.-------------------------------------------------

Dicha propiedad se encuentra sujeta a las cargas que aparecen en el----------
Said property is liable at the burden that appeared in the----------------------

Registro de la Propiedad de Puerto Rico, Sección Ponce II.--------------------
Register of the Property of Puerto Rico, Section Ponce II.---------------------

-----DUODECIMO: Que comparecen en la presente escritura como----------
-----TWELFTH: The parties appearing in the present deed as-----------------

Deudores Hipotecarios DON **GILBERTO PIETRI ORENGO**, Número de-
Mortgagors are MR. **GILBERTO PIETRI ORENGO**, Social Security-------

Seguro Social (█████████████████████████████)-----------
Social Security Number █████████████████████████10-------

███████████████████ DOÑA **BERTA PELLICIER**----------------
████████████████AND MRS. **BERTA PELLICIER**----------------

**RODRIGUEZ**, Numero de Seguro Social █████████████████████
RODRIGUEZ, Social Security Number ████████████████████████

████████████████████mayores de edad, casados entre si,---
████████████████████of legal age, married.-------------------

----------------------------------------------------------------

14

propietarios y vecinos de Yauco, Puerto Rico, cuya direccion postal es -----
propietors and neighbors of Yauco, Puerto Rico, whose postal address is --

Apartado Mil Setecientos Setenta y Ocho (1778).---------------------------
P. O. Box One Thousand Seven Hundred Seventy Eight (1778).---------------

Yauco, Puerto Rico ----------------------------------------------------------
Yauco, Puerto Rico ----------------------------------------------------------

-----DECIMO TERCERO: El importe del préstamo aquí consignado se-----
-----THIRTEENTH: The proceeds of the loan herein guaranteed was-------

uso ó será usado----------------------------------------------------------------
used or will be used------------------------------------------------------------

14-A

Forma FmHA 1927-1(8) PR
(Rev. 6-93)



para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical——

físicas en la finca(s) descrita(s).——————————————————————————————
installations on the described farm(s).——————————————————————————————

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure——

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan——————————

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless————

que el Gobierno lo consienta por escrito. La violación de esta cláusula como la
the Government so consents in writing. Violation of this clause as well as——————

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause——————

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the——————

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to——————

ejecución de la hipoteca.——————————————————————————————
the foreclosure of the mortgage.——————————————————————————

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction——————

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,——

ción o edificación que se construya en dicha finca(s) durante la vigencia del prés-
construction or building constructed on said farm(s) while the——————

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present———

dueños deudores o por sus cesionarios o causahabientes.——————————————
owners or by their assignees or successors.——————————————————

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and——

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or——

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)——————

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future ——————

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings——

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted——

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen ——————

(13) de veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31——————

L.P.R.A. 1051).——————————————————————————————
L.P.R.A. 1951).————————————————————————————————

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any——————

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with——————

- 15 -

fondos del préstamo aquí garam..ado, se considerará e interpretará c  , parte
fonds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.———————————————
of the property encumbered by this Mortgage.———————————

DECI¹O OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move——

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty——

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances——

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will——————

notificará por escrito al Supervisor Local.——————————————/
notify it in writing to the County Supervisor.——————

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed——

en dicha finca durante la vigencia antes mencionada deberá ser construida previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous——

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations——

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and——

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern——

estos tipos de préstamos.————————————————————
these types of loans.———————————

VIGESIMO: Este instrumento garantiza asimismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of——————

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the——

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidós del Código
Government pursuant to Forty-Two——

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)————
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)——

——————Por tratarse de un préstamo de Recursos Limitados———
——————Do to the fact of the loan of Limited Resource———

según indica en el Pagaré, el Gobierno puede cambiar el
pursuant indicated in the Promissory Note the Govern——

por ciento de interés de acuerdo con los reglamentos———
ment may change the interest percent according with the

de la Administración de Hogares de Agricultores antes,-
Farmers Home Administration rules before,——————

hoy Farm Service Agency.———————————————
today Farm Service Agency.——————

16

-----El Número de Seguro Social Patro...al Federal de la Farm Services-------
-----The Social Security Patronal Federal Number of the Farm Services------

Agency, Oficina de Ponce es ----------------------------------------------
Agency, County of Ponce is -----------------------------------------------

Ocho Cero Seis guion Uno Cero Seis guión Cuatro Nueve Cero Seis---------
Eight Zero Six dash One Zero Six dash Four Nine Zero Six----------------

(806-106-4906) -----------------------------------------------------------
(806-106-4906) -----------------------------------------------------------

-----YO, EL NOTARIO AUTORIZANTE, hago constar que he-------------
-----I, THE AUTHORIZING NOTARY, I had identified-------------------

identificado a los comparecientes en esta escritura, mediante los siguientes--
the appearing parties in this deed, with the following identity documents:----

documentos de identidad ----------------------------------------------------
documents ------------------------------------------------------------------

Don Gilberto Pietri Orengo, mediante la Licencia de Conducir Número------
Mr. Gilberto Pietri Orengo, with the Driver License Number--------------

S█████████████████████████) y Doña Berta Pellicier-----------
S█████████████████████████) and Mrs. Berta Pellicier----------

Rodríguez, mediante la Tarjeta Electoral Número ████████████---
Rodríguez, with the Electoral Card Number ███████████----

█████████████████ --------------------------------------------

-----------------------------------------------------------------------------

-----------------------------------------------------------------------------

-----------------------------------------------------------------------------

-----------------------------------------------------------------------------

-----------------------------------------------------------------------------

-----------------------------------------------------------------------------

-----------------------------------------------------------------------------

-----------------------------------------------------------------------------

-----------------------------------------------------------------------------

-----------------------------------------------------------------------------

-----------------------------------------------------------------------------

16-A

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

```
-----------------ACEPTACION-----------------
                  ACCEPTANCE
```

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once-----------

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.-----------

Así lo dicen y otorgan ante mí, el Notario autórizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)-----

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s) advertí.------------------------------  ---------------------------------
I advised him (them).-------------------------------------------------------------

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its------------

en su contenido, pone(n) sus iniciales en cada uno de los folios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed-----------------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES----------

FE de todo el contenido de esta escritura.------------------------------
FAITH to everything contained in this deed.-------------------------------------

FIRMADO:  GILBERTO PIETRI ORENGO Y BERTA PELLICIER-----
RODRIGUEZ.--

Firmado, Signado, Sellado y Rubricado: IGNACIO---------
PINTADO PINTADO.

Exenta del pago de los derechos de Rentas Internas.-----
Tiene adherido y cancelado el correspondiente Sello---
del Impuesto Notarial del Colegio de Abogados de----
Puerto Rico.-------------------------------------------

CERTIFICO que es copia fiel y-----
exacta de su original obrante en---
mi Protocolo de Instrumentos-------
Públicos del corriente año al que--
me remito. Y a petición de--------
Don Gilberto Pietri Orengo y------
Doña Berta Pellicier Rodríguez,----
expido una copia de la presente----
escritura, la cual consta de-------
Diecisiete (17) folios, dejando----
anotada dicha expedición en el-----
día de hoy, Veinte (20)-----------
de Julio de mil novecientos noventa
y ocho.---------------------------

5281726

# TITLE SEARCH

**CLIENT: GILBERTO PIETRI ORENGO**          **REF: 1521.189**
                                            **BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 5,411, recorded at page 173 of volume 373 of
                    Yauco, Registry of the Property of Puerto Rico,
                    section II of Ponce.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Predio de terreno de **ciento cincuenta y seis cuerdas**,
sita en los Barrios Naranjo y Aguas Blancas del término municipal
de Yauco, colindante por el **NORTE**, con terrenos de Luis Natalí y
otros, Antonio Castañer antes, hoy de Juan Adrover; por el **ESTE**,
con terrenos de Luis Natalí y Juan Juliá; por el **OESTE**, con
tierras pertenecientes a los Hermanos Giussepi, separados en
parte por una quebrada; y por el **SUR**, con tierras de Juan Juliá y
con la finca de seis y media cuerdas que es el remanente de la
finca principal.

**ORIGIN:**

It is segregated from property number 2,016, recorded at page
37, volume 90 of Yauco.

**TITLE:**

This property is registered in favor of GILBERTO PIETRI ORENGO
and his wife BERTA PELLICIER RODRÍGUEZ, who acquired as follows:

One half by purchase from Isidoro Lorenzi married to Josefa
Garriga Rodríguez, at a price of $8,000.00, pursuant to deed #19,
executed in Yauco, Puerto Rico, on June 19, 1967, before Rafael
Toro Cubergé Notary Public, recorded at page 164 of volume 167 of
Yauco, property number 5,411, 1st inscription.

And other half by purchase from José Manuel Pietri Orengo and his
wife Emilia Pacheco, at a price of $7,000.00, pursuant to deed
#35, executed in Yauco, Puerto Rico, on September 5, 1973, before
Luis A. Negrón López Notary Public, recorded at page 165 of
volume 167 of Yauco, property number 5,411, 2nd inscription.

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and
     encumbrances

II.  By reason of itself this property is encumbered by the
     following:

1.   **MORTGAGE:** Constituted by Gilberto Pietri Orengo and his wife
     Berta Pellicier Rodríguez, in favor of Puerto Rico
     Production Credit Association, in the original principal
     amount of $10,000.00, with 12.50% annual interests, due on
     presentation, constituted by deed #192, executed in San
     Germán, Puerto Rico, on December 10, 1983, before Notary
     Tomás E. Vivoni Public, recorded at page 168 of volume 167
     of Yauco, property number 5,411, 5th inscription.

2.   **MORTGAGE:** Constituted by Gilberto Pietri Orengo and his wife
     Berta Pellicier Rodríguez, in favor of Puerto Rico
     Production Credit Association, in the original principal
     amount of $20,000.00, with 10.50% annual interests, due on
     presentation, constituted by deed #132, executed in San
     Germán, Puerto Rico, on September 19, 1985, before Tomás E.
     Vivoni Notary Public, recorded at overleaf of page 168 of
     volume 167 of Yauco, property number 5,411, 6th inscription.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.



**PAGE #2**
**PROPERTY #5,411**

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.



3.   **MORTGAGE:** Constituted by Gilberto Pietri Orengo and his wife Berta Pellicier Rodríguez, over this and other properties, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $65,000.00, with 5% annual interests, due on 30 years, constituted by deed #41, executed in Yauco, Puerto Rico, on June 6, 1986, before Ignacio Pintado Pintado Notary Public, recorded at page 169 of volume 167 of Yauco, property number 5,411, 7th inscription.

4.   **MORTGAGE:** Constituted by Gilberto Pietri Orengo and his wife Berta Pellicier Rodríguez, over this and other properties, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $35,000.00, with 8¾% annual interests, due on 7 years, constituted by deed #67, executed in Yauco, Puerto Rico, on October 20, 1987, before Ignacio Pintado Pintado Notary Public, recorded at overleaf of page 170 of volume 167 of Yauco, property number 5,411, 8th inscription. **It is stated that this mortgage is constituted for agricultural purposes.**

5.   **MORTGAGE:** Constituted by Gilberto Pietri Orengo and his wife Berta Pellicier Rodríguez, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $12,200.00, with 4½% annual interests, due on 10 years, constituted by deed #28, executed in Yauco, Puerto Rico, on June 1, 1990, before Carmen T. Salicety Maldonado Notary Public, recorded at overleaf of page 171 of volume 167 of Yauco, property number 5,411, 9th inscription.

6.   **MORTGAGE:** Constituted by Gilberto Pietri Orengo and his wife Berta Pellicier Rodríguez, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $17,800.00, with 4½% annual interests, due on 20 yeas, constituted by deed #27, executed in Yauco, Puerto Rico, on June 1, 1990, before Carmen T. Salicety Maldonado Notary Public, recorded at page 70 of volume 353 of Yauco, property number 5,411, 10th inscription.

7.   The mortgages of $65,000.00; $35,000.00; $12,000.00 and $17,800.00 of inscriptions 7th, 8th, 9th and 10th were modified as follows: The mortgage of $65,000.00 of inscription 7th the balance due as of March 13, 1992 is $64,361.14, with annual interest of 4½%, which interests won't include the amount of $3,768.38 for concept of non-capitalizable interests and which will be paid as follows: $4,339.00 on or before January 1st, 1993 and the same amount on January 1st until 2017; The mortgage for the sum of $35,000.00 referred to in the previous inscription 8, the total due at March 13th, 1992 amounts to the sum of $21,683.60 with annual interest at 7%, whose interests will not include the sum of $2,128.31 for concept of non-capitalizable interests and which will be paid as follows: $2,290.00 on or before January 1st, 1993 and the same amount on January 1st until 2008; The mortgage for the sum of $12,200.00 referred to in the previous inscription 9, the total due at March 13th, 1992 amounts to the sum of $12,854.15 with annual interest at 4½%, whose interests will not include the sum of $681.34 for concept of non-capitalizable interests and which will be paid as follows: $1,932.00 on or before January 1st, 1993 and the same amount on January 1st until 2001; The mortgage for the sum of $17,800.00 referred to in the previous inscription 10, the total due at March 13th, 1992 amounts to the sum of $18,754.21 with annual interest at 4½%, whose interests will not include the sum of $994.08 for concept of non-capitalizable interests and which will be paid as follows: $2,517.00 on or before January 1st, 1993 and the same amount on January 1st until 2011, constituted by deed #28, executed in Yauco, Puerto Rico, on March 13, 1992, before Oscar Castellón Pérez Notary Public, recorded at page 71 of volume 353 of Yauco, property number 5,411, 11th inscription.

PAGE #3
PROPERTY #5,411

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

8.  **MORTGAGE:** Constituted by Gilberto Pietri Orengo and his wife Berta Pellicier Rodríguez, in favor of United States of America, in the original principal amount of $150,000.00, with 3.75% annual interests, due on 30 years, constituted by deed #59, executed on September 4, 1997, before Ignacio Pintado Pintado Notary Public, recorded at page 173 of volume 373 of Yauco, property number 5,411, 12th inscription.

9.  **MORTGAGE:** Constituted by Gilberto Pietri Orengo and his wife Berta Pellicier Rodríguez, in favor of United States of America, in the original principal amount of $100,000.00, with 5% annual interests, due on 7 years, constituted by deed #65, executed in Yauco, Puerto Rico, on July 20, 1998, before Ignacio Pintado Pintado Notary Public, recorded at page 178 of volume 373 of Yauco, property number 5,411, 14th and last inscription.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to September 9th, 2019.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed properties and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of title search and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this title search due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

                    *EAGLE TITLE AND OTHER SERVICES, INC.*

srd/mv/**F**

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on September 9th, 2019, I examined the books and files   of The Property Registry of Puerto Rico and prepared the    attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this _23th_ day of _November_ of ~~2019~~ 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4,396

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 23th day of November of ~~2019~~ 2020.

_____
NOTARY PUBLIC

RECIBO

4019-02165251

Sello

9397
11/23/2020
$5.00
Sello de Asistencia Legal
80093-2020-1123-43295382

Exhibit 13

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**

654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:      Pietri Orengo, Gilberto            Case No:    63-016-2039

### *CERTIFICATION OF INDEBTEDNESS*

I, Carlos J. Morales, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as Loan Resolution
Task Force Contractor of the *Farm Service Agency* , United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account as of      November 12, 2020*

| Loan Number | 43-08 | |
|---|---|---|
| Note Amount | $ | 65,000.00 |
| Original Note Date | 6/6/1986 | |
| Date of Last Payment | 10/9/2002 | |
| Principal Balance | $ | 45,932.14 |
| Unpaid Interest | $ | 42,053.34 |
| Misc. Charges | $ | - |
| Total Balance | $ | 87,985.48 |
| Daily Interest Accrual | $ | 5.6629 |
| Amount Delinquent | $ | 87,985.48 |
| Years Delinquent | Fully matured | |

| Loan Number | 44-09 | |
|---|---|---|
| Note Amount | $ | 35,000.00 |
| Original Note Date | 10/20/1987 | |
| Date of Last Payment | 2/25/2004 | |
| Principal Balance | $ | 6,722.06 |
| Unpaid Interest | $ | 9,755.13 |
| Misc. Charges | $ | - |
| Total Balance | $ | 16,477.19 |
| Daily Interest Accrual | $ | 1.2892 |
| Amount Delinquent | $ | 16,477.19 |
| Years Delinquent | Fully matured | |

| Loan Number | 43-10 | |
|---|---|---|
| Note Amount | $ | 17,800.00 |
| Original Note Date | 6/1/1990 | |
| Date of Last Payment | 5/19/2008 Offset | |
| Principal Balance | $ | 11,793.21 |
| Unpaid Interest | $ | 11,208.11 |
| Misc. Charges | $ | - |
| Total Balance | $ | 23,001.32 |
| Daily Interest Accrual | $ | 1.4539 |
| Amount Delinquent | $ | 23,001.32 |
| Years Delinquent | Fully matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

*Carlos J. Morales*

Digitally signed by CARLOS MORALES (Affiliate)
DN: c=US, o=U.S. Government, ou=Department of
Agriculture, 0.9.2342.19200300.100.1.1=12001003816118,
cn=CARLOS MORALES (Affiliate)
Date: 2020.11.12 10:38:55 -04'00'
Adobe Acrobat version: 2020.012.20048

Carlos J. Morales Lugo
LRTF Contractor
November 12, 2020

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**

654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:     Pietri Orengo, Gilberto          Case No:     63-016-2039

### *CERTIFICATION OF INDEBTEDNESS*

I, Carlos J. Morales, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as Loan Resolution Task Force Contractor of the *Farm Service Agency* , United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account as of*     *November 12, 2020*

| Loan Number | 43-12 | |
|---|---|---|
| Note Amount | $ | 150,000.00 |
| Original Note Date | 9/4/1997 | |
| Date of Last Payment | 10/9/2002 | |
| Principal Balance | $ | 145,248.98 |
| Unpaid Interest | $ | 104,114.87 |
| Misc. Charges | $ | - |
| Total Balance | $ | 249,363.85 |
| Daily Interest Accrual | $ | 14.9229 |
| Amount Delinquent | $ | 151,452.00 |
| Years Delinquent | 17 | |

| Loan Number | 44-13 | |
|---|---|---|
| Note Amount | $ | 100,000.00 |
| Original Note Date | 7/21/1998 | |
| Date of Last Payment | 2/25/2004 | |
| Principal Balance | $ | 67,904.74 |
| Unpaid Interest | $ | 60,108.19 |
| Misc. Charges | $ | - |
| Total Balance | $ | 128,012.93 |
| Daily Interest Accrual | $ | 9.3021 |
| Amount Delinquent | $ | 128,012.93 |
| Years Delinquent | Fully matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

*Carlos J. Morales*

Digitally signed by CARLOS MORALES (Affiliate)
DN: c=US, o=U.S. Government, ou=Department of
Agriculture, 0.9.2342.19200300.100.1.1=12001003816118,
cn=CARLOS MORALES (Affiliate)
Date: 2020.11.12 10:41:54 -04'00'
Adobe Acrobat version: 2020.012.20048

Carlos J. Morales Lugo
LRTF Contractor
November 12, 2020



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Exhibit 14

| | |
|---|---|
| SSN: | XXX-XX-2039 |
| Birth Date: | |
| Last Name: | PIETRI ORENGO |
| First Name: | GILBERTO |
| Middle Name: | |
| Status As Of: | Nov-23-2020 |
| Certificate ID: | JH6RPFC35V59YVV |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

| | |
|---|---|
| SSN: | XXX-XX-1411 |
| Birth Date: | |
| Last Name: | PIELLICIER RODRIGUEZ |
| First Name: | BERTA |
| Middle Name: | |
| Status As Of: | Nov-23-2020 |
| Certificate ID: | 4X34TNCXSW5FK5L |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture _____ *Plaintiff(s)* v. GILBERTO PIETRI ORENGO, et als. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

FORECLOSURE OF MORTGAGE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BERTA PELLICIER RODRIGUEZ
Rd. 373, Km. 4.9          Urb. Luchetti
Naranjo Wd.               Calle 1  H-24
Yauco, P.R. 00698         Yauco, P.R. 00768

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $         0         .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture _____ *Plaintiff(s)* v. GILBERTO PIETRI ORENGO, et als. _____ *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.<br><br>    FORECLOSURE OF MORTGAGE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Conjugal Partnership Pietri-Pellicier
Rd. 373, Km. 4.9                      Urb. Luchetti
Naranjo Wd.                            Calle 1  H-24
Yauco, P.R. 00698                      Yauco, P.R. 00768

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> JUAN CARLOS FORTUÑO FAS
> P.O. BOX 3908
> GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                            *Server's signature*

                                           _____
                                                            *Printed name and title*


                                           _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### District of Puerto Rico

| | |
|---|---|
| United States of America,<br>acting through the<br>United States Department of Agriculture<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>GILBERTO PIETRI ORENGO, et als.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.<br><br>FORECLOSURE OF MORTGAGE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GILBERTO PIETRI ORENGO
Rd. 373, Km. 4.9          Urb. Luchetti
Naranjo Wd.              Calle 1  H-24
Yauco, P.R. 00698        Yauco, P.R. 00768

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):     Fortuño, Juan Carlos

USDC-PR Bar Number:     211913

Email Address:     jcfortuno@fortuno-law.com

1.    Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:     UNITED STATES OF AMERICA, acting through the USDA

   Defendant:     GILBERTO PIETRI ORENGO; ET ALS.

2.    Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case
   ☐ Social Security
   ☐ Banking
   ☐ Injunction

3.    Indicate the title and number of related cases (if any).

   N/A

4.    Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5.    Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6.    Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

Date Submitted:     November 23, 2020

rev. Dec. 2009

Print Form          Reset Form

JS 44  (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | GILBERTO PIETRI ORENGO, et als. |

| (b)   County of Residence of First Listed Plaintiff _____ <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   Yauco, P.R. <br> *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF <br> THE TRACT OF LAND INVOLVED. |

| (c)   Attorneys *(Firm Name, Address, and Telephone Number)* <br> Juan C. Fortuño Fas <br> Po Box 3908, Guaynabo, PR 00970 <br> Tel. 787-751-5290 | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
        Plaintiff

☐ 3   Federal Question
        *(U.S. Government Not a Party)*

☐ 2   U.S. Government
        Defendant

☐ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                        *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place <br> of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place <br> of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a <br> Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment <br> & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> ☐ 152 Recovery of Defaulted <br> Student Loans <br> (Excludes Veterans) <br> ☐ 153 Recovery of Overpayment <br> of Veteran's Benefits <br> ☐ 160 Stockholders' Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product <br> Liability <br> ☐ 320 Assault, Libel & <br> Slander <br> ☐ 330 Federal Employers' <br> Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product <br> Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle <br> Product Liability <br> ☐ 360 Other Personal <br> Injury <br> ☐ 362 Personal Injury - <br> Medical Malpractice | **PERSONAL INJURY** <br> ☐ 365 Personal Injury - <br> Product Liability <br> ☐ 367 Health Care/ <br> Pharmaceutical <br> Personal Injury <br> Product Liability <br> ☐ 368 Asbestos Personal <br> Injury Product <br> Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal <br> Property Damage <br> ☐ 385 Property Damage <br> Product Liability | ☐ 625 Drug Related Seizure <br> of Property 21 USC 881 <br> ☐ 690 Other <br><br> **LABOR** <br> ☐ 710 Fair Labor Standards <br> Act <br> ☐ 720 Labor/Management <br> Relations <br> ☐ 740 Railway Labor Act <br> ☐ 751 Family and Medical <br> Leave Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Employee Retirement <br> Income Security Act | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal <br> 28 USC 157 <br><br> **PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 835 Patent - Abbreviated <br> New Drug Application <br> ☐ 840 Trademark <br> **SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) | ☐ 375 False Claims Act <br> ☐ 376 Qui Tam (31 USC <br> 3729(a)) <br> ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and <br> Corrupt Organizations <br> ☐ 480 Consumer Credit <br> ☐ 485 Telephone Consumer <br> Protection Act <br> ☐ 490 Cable/Sat TV <br> ☐ 850 Securities/Commodities/ <br> Exchange <br> ☐ 890 Other Statutory Actions <br> ☐ 891 Agricultural Acts |
| **REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☒ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **CIVIL RIGHTS** <br> ☐ 440 Other Civil Rights <br> ☐ 441 Voting <br> ☐ 442 Employment <br> ☐ 443 Housing/ <br> Accommodations <br> ☐ 445 Amer. w/Disabilities - <br> Employment <br> ☐ 446 Amer. w/Disabilities - <br> Other <br> ☐ 448 Education | **PRISONER PETITIONS** <br> **Habeas Corpus:** <br> ☐ 463 Alien Detainee <br> ☐ 510 Motions to Vacate <br> Sentence <br> ☐ 530 General <br> ☐ 535 Death Penalty <br> **Other:** <br> ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition <br> ☐ 560 Civil Detainee - <br> Conditions of <br> Confinement | **IMMIGRATION** <br> ☐ 462 Naturalization Application <br> ☐ 465 Other Immigration <br> Actions | **FEDERAL TAX SUITS** <br> ☐ 870 Taxes (U.S. Plaintiff <br> or Defendant) <br> ☐ 871 IRS—Third Party <br> 26 USC 7609 | ☐ 893 Environmental Matters <br> ☐ 895 Freedom of Information <br> Act <br> ☐ 896 Arbitration <br> ☐ 899 Administrative Procedure <br> Act/Review or Appeal of <br> Agency Decision <br> ☐ 950 Constitutionality of <br> State Statutes |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
        Proceeding

☐ 2   Removed from
        State Court

☐ 3   Remanded from
        Appellate Court

☐ 4   Reinstated or
        Reopened

☐ 5   Transferred from
        Another District
        *(specify)*

☐ 6   Multidistrict
        Litigation -
        Transfer

☐ 8   Multidistrict
        Litigation -
        Direct File

| VI.  CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: <br> Consolidated Farm & Development Act, 7 USC 1921, et seq. & 28 USC 1345 <br> Brief description of cause: |
|---|---|

| VII.  REQUESTED IN <br> COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION <br> UNDER RULE 23, F.R.Cv.P. | **DEMAND $** <br> 504,840.77 | CHECK YES only if demanded in complaint: <br> **JURY DEMAND:**  ☐ Yes  ☒ No |
|---|---|---|---|

| VIII.  RELATED CASE(S) <br> IF ANY | *(See instructions):* | JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|---|

DATE _____                 SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____